| Fill in this information to identify your case: | |
|---|---|
| Debtor | Daryl Greg Smith |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | 21-60162-rbk |

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of May 4, 2021 on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3 and has been prepared solely for the purpose of complying with the Federal Rules of Bankruptcy Procedure. For purposes of this form, "Debtor" shall include the estate of such Debtor.

Daryl Greg Smith holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor |
|---|---|
| Canadian River Ranch, LLC | 100% |
| Canadian River Ranch Partnership | 90% |
| Caddoa Creek Ranch, LLC | 90% |
| DD Farms LLC | 54.90% |

This *Periodic Report* contains reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

The *Entity Reports* consist of five exhibits:

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Reports*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

The source of the information in each of the *Entity Reports* is the books and records of each of the Controlled Non-Debtor Entities.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name: **Daryl Greg Smith**  Case number 21-60162-rbk

The undersigned, having reviewed the Entity Reports for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this Periodic Report and the attached Entity Reports are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

For non-individual Debtors: X _____
Signature of Authorized Individual

_____
Printed name of Authorized Individual

Date _____
MM/ DD / YYYY

For individual Debtors: X _[signature]_____  X _____
Signature of Debtor 1                         Signature of Debtor 2

**Daryl Greg Smith**                        X _____
Printed name of Debtor 1                      Printed name of Debtor 2

Date  05 / 04 / 2021                          Date _____
MM/ DD / YYYY                                 MM/ DD / YYYY

Official Form 426  Periodic Report About Controlled Non-Debtor Entities' Value, Operations, and Profitability  page 2
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor Name: Daryl Greg Smith Case number 21-60162-rbk

**Exhibit A: Financial Statements**

Debtor Name: **Daryl Greg Smith**     Case number 21-60162-rbk

### Exhibit A-1: Balance Sheets

**Name of Entity:** Canadian River Ranch Partnership / Canadian River Ranch LLC
**Address:** 5826 Cooksey Ln., Robinson TX, 76706
**Statement of Condition As Of:** 05/04/2021

| CURRENT ASSETS (SOLD/CONVERTED TO CASH WITHIN 1 YEAR) | | | CURRENT VALUE | CURRENT LIABILITIES (AMOUNTS DUE WITHIN 1 YEAR) | | | | AMOUNT OWED |
|---|---|---|---|---|---|---|---|---|
| Cash - Schedule A | | | $4,464 | Notes Payable - Short term Schedule E | | | | $0 |
| Marketable Securities - Schedule B | | | $0 | Accounts Payable: (Specify Below) | | | | $0 |
| Accounts & Notes Receivable - Schedule C | | | $160,553 | Labor | $0 | Feed/Seed | $0 | |
| Livestock Held for Sale - Schedule G | | | $0 | Repairs | $0 | Fert/Chem | $0 | |
| Commodities Held for Sale - Schedule I | | | $0 | Storage | $0 | Fuel/Oil | $0 | |
| Investment in Growing Crops:(Specify Below) | | | $0 | Other | $0 | Mach. Hire | $0 | |
| Seed | $0 | Labor | $0 | Rent/Leases Payable - Schedule F | | | | $0 |
| Fert. | $0 | Chem. | $0 | Livestock Notes Payable - Schedule G | | | | $0 |
| Fuel | $0 | Other | $0 | Interest Due and Unpaid | | | | $0 |
| Feed Inventory | | | | Other Accounts Payable | | | | $0 |
| Other Current Assets: | | | | Unpaid Federal/State Income Taxes | | | | $0 |
| Medical & Vet Supplies | | | | Other Liabilities Due in 1 Year: (Specify) | | | | $0 |
| Other (Specify) | | | $0 | | | | | |
| (1) TOTAL CURRENT ASSETS | | | $165,017 | (4) TOTAL CURRENT LIABILITIES | | | | $0 |
| **INTERMEDIATE ASSETS (ASSETS NOT NORMALLY SOLD WITHIN 1 YEAR)** | | | | **INTERMEDIATE LIABILITIES (NOT NORMALLY DUE WITHIN 1 YEAR)** | | | | |
| Auto & Trucks - Schedule D | | | $0 | Vehicle Notes Payable - Schedule D | | | | $0 |
| Machinery & Equipment - Schedule N | | | $0 | Machinery Notes Payable - Schedule N | | | | $0 |
| Breeding Livestock - Schedule H | | | $0 | Breeding Livestock Notes Payable Sch. H | | | | $0 |
| Cash Value of Life Ins. - Schedule J | | | $0 | Loans Against Life Insurance - Schedule J | | | | $0 |
| Private Equity Ownership Interest - Schedule J2 | | | $0 | Stock Loans Payable - Noncurrent -Sch B | | | | $0 |
| Other Intermediate Assets: (Specify) | | | $0 | Other Intermediate Liabilities: (Specify) | | | | $0 |
| Semen Inventory | | | $0 | Other | | | | $0 |
| Embryo Inventory | | | $0 | Other | | | | $0 |
| Other | | | $0 | | | | | |
| (2) TOTAL INTERMEDIATE ASSETS | | | $0 | (5) TOTAL INTERM. LIABILITIES | | | | $0 |
| **LONG TERM ASSETS** | | | | **LONG TERM LIABILITIES** | | | | |
| Farm/Ranch Real Estate Owned - Schl. L | | | $0 | Mortgages On Farm R.E. - Schedule L | | | | $4,147,814 |
| Farm/Ranch Improvements - Schedule M | | | $0 | Mortgages On Farm Impr. Schedule M | | | | $0 |
| Non-Farm Real Estate - Schedule K | | | $0 | Mortgages on Other R.E. - Schedule K | | | | $0 |
| Personal Property | | | $0 | Other Long Term Liabilities: (Specify) | | | | $0 |
| Retirement Accounts | | | $0 | Other | | | | $0 |
| Other Long Term Assets: (Specify) | | | $0 | | | | | |
| Other | | | $0 | (6) TOTAL LONG TERM LIAB. | | | | $4,147,814 |
| Other | | | $0 | TOTAL LIABILITIES (4+5+6) | | | | $4,147,814 |
| (3) TOTAL LONG TERM ASSETS | | | $0 | NET WORTH (Assets - Liabilities) | | | | ($3,982,797) |
| **TOTAL ASSETS (1+2+3)** | | | $165,017 | **LIABILITIES + NET WORTH** | | | | $165,017 |

Debtor Name: Daryl Greg Smith     Case number 21-60162-rbk

**Exhibit A-1: Balance Sheets**

Page 2    Canadian River Ranch Partnership / Canadian River Ranch LLC    05/04/2021

### SCHEDULE - A   CASH - DEPOSITORY RELATIONSHIPS

| Type Account | Account In Name Of | Where Deposited | Amount |
|---|---|---|---|
| Checking | Canadian River Ranch | BBVA Bank | $3,439 |
| Checking | Canadian River Ranch | Wells Fargo Bank | $1,025 |
| | | | |

**Total Schedule-A**    $4,464

### SCHEDULE - B   MARKETABLE SECURITIES - ACTIVELY TRADED

| Number of Shares | Market Value per share | Total | Description Of Securities | In Name of | Debt Owed | To Whom Payable |
|---|---|---|---|---|---|---|
| | | $0 | | | | |

**Total Schedule - B**   $0     $0

### SCHEDULE - C   ACCOUNTS & NOTES RECEIVABLE - DUE WITHIN 1 YEAR

| Maker / Debtor | When Due | Security (if any) | Original Amount | Balance Due |
|---|---|---|---|---|
| Hockley Cattle CO – Annual Grazing lease | 07/01/2021 | | $120,000 | $120,000 |
| BSO – Semi-Annual Hunting Lease | 03/01/2021 | | $100,000 | $40,553 |
| | | | | $0 |

**Total Schedule - C**    $160,553

### SCHEDULE - D   AUTOS & TRUCKS

| Description | Year Model | Serial / Vin Number | Note Balance | Lien Holder | Present Value |
|---|---|---|---|---|---|
| | | | | | |

**Total Schedule - D**    $0

### SCHEDULE - E   NOTES PAYABLE - SHORT TERM

| Orig Date | Name of Lien Holder | Security / Collateral | Repayment / Terms | Orig Amt | Present Balance |
|---|---|---|---|---|---|
| | | | | | |

**Total SCHEDULE - E**    $0    $0

### SCHEDULE - F   RENT / LEASES PAYABLE

| Land Owned By | Land Use | County | No. of Acres | Date Lease Expires | Date Lease is Paid To | Rental / Lease Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

**Total SCHEDULE - F**    $0

### SCHEDULE - G   LIVESTOCK HELD FOR SALE

| # - Head | Description (Breed, Age, Weight, Grade) | Livestock Debt | To Whom Payable | Value / Hd. | Total Value |
|---|---|---|---|---|---|
| 0 | | | | | $0 |

**Total SCHEDULE - G**    $0    $0

Debtor Name: Daryl Greg Smith     Case number 21-60162-rbk

**Exhibit A-1: Balance Sheets**

Page 3     Canadian River Ranch Partnership / Canadian River Ranch LLC     05/04/2021

### SCHEDULE - H   BREEDING LIVESTOCK

| # - Head | Description (Breed, Age, Weight, Grade) | Livestock Debt | To Whom Payable | Value / Hd. | Total Value |
|---|---|---|---|---|---|
|  |  |  |  |  | $0 |

**Total SCHEDULE - H**    $0    $0

### SCHEDULE - I   COMMODITIES HELD FOR SALE

| Kind / Grade | Storage Location | # Of Units | Unit Value | CCC or Contract | Current Value |
|---|---|---|---|---|---|
|  |  |  |  |  | $0 |

**Total SCHEDULE - I**    $0

### SCHEDULE - J   LIFE INSURANCE (OWNED)

| Face Value | Insurance Co. | Insured Name | Beneficiary Name | Present Cash Value | Policy Loans |
|---|---|---|---|---|---|
|  |  |  |  | $0 | $0 |

**Total SCHEDULE - J**    $0    $0

### SCHEDULE - J2   PRIVATE EQUITY OWNERSHIP INTEREST

| Description Of Partnership | Present Value | Present Liabilities | Equity Value | Ownership Percentage | Value |
|---|---|---|---|---|---|
|  |  |  | $0 | 100% | 0 |

**Total Schedule - J2**    $0    $0    $0    $0

### SCHEDULE - K   NON-FARM REAL ESTATE

| | Title in Name of | Date Acquired | Original Cost | Present Value | Mtg. Balance | Payment Terms | Maturity | To Whom Payable |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |

**Total SCHEDULE - K**    $0

### SCHEDULE - L   FARM/RANCH REAL ESTATE OWNED

| Description / Acres | Title in Name of | Date Acquired | Original Cost | Present Value | Mortgage Balance | Payment Terms | Maturity | To Whom Payable |
|---|---|---|---|---|---|---|---|---|
| 10,498 Acres McIntosh | Daryl Greg Smith |  |  |  | $4,147,814 | annual |  | FC of Western OK |
| 160 Acres McIntosh | Daryl Greg Smith |  |  |  | $0 |  |  |  |
| 183 Acres McIntosh | Daryl Greg Smith |  |  |  | $0 |  |  |  |
| 240 Acres McIntosh | Darren Keith Reed |  |  |  | $0 |  |  |  |
| 180 Acres McIntosh | Daryl Greg Smith |  |  |  | $0 |  |  |  |

**Total SCHEDULE - L**    $4,147,814

### SCHEDULE - M   FARM/RANCH IMPROVEMENTS

| Description | Date | Debt Balance | To Whom Payable | Present Value |
|---|---|---|---|---|
|  |  | $0 |  | $0 |

**Total SCHEDULE - M**    $0    $0

Debtor Name: Daryl Greg Smith  Case number 21-60162-rbk

**Exhibit A-1: Balance Sheets**

**Page 4**  Canadian River Ranch Partnership / Canadian River Ranch LLC  05/04/2021

| SCHEDULE - N | Machinery & Equipment & Vehicles | | | | |
|---|---|---|---|---|---|
| Year | Description | Serial Number | Debt Balance | To Whom Payable | Present Value |
|  |  |  | $0 |  | $0 |
| **Total SCHEDULE - N** | | | $0 | | $0 |

| CONTINGENT LIABILITIES AS COMAKER, ENDORSER, GUARANTOR | | |
|---|---|---|
| Debt Payable By What Entity | Debt Payable To | Amt. Owed |
|  |  | $0 |
| **Total Contingent Liabilities** | | $0 |

Debtor Name: <u>Daryl Greg Smith</u>    Case number <u>21-60162-rbk</u>

**Exhibit A-1: Balance Sheets**

| | |
|---|---|
| **Name of Entity:** | Caddoa Creek Ranch, LLC |
| **Address:** | 611 S. Llano, Whitney, TX 76692 |
| **Statement of Condition As Of:** | 05/04/2021 |

| CURRENT ASSETS (SOLD/CONVERTED TO CASH WITHIN 1 YEAR) | CURRENT VALUE | CURRENT LIABILITIES (AMOUNTS DUE WITHIN 1 YEAR) | | | | AMOUNT OWED |
|---|---|---|---|---|---|---|
| Cash - Schedule A | $1,050 | Notes Payable - Short term Schedule E | | | | $0 |
| Marketable Securities - Schedule B | $0 | Accounts Payable: (Specify Below) | | | | $0 |
| Accounts & Notes Receivable - Schedule C | $58,310 | Labor | $0 | Feed/Seed | $0 | |
| Livestock Held for Sale - Schedule G | $0 | Repairs | $0 | Fert/Chem | $0 | |
| Commodities Held for Sale - Schedule I | $0 | Storage | $0 | Fuel/Oil | $0 | |
| Investment in Growing Crops:(Specify Below) | $0 | Other | $0 | Mach. Hire | $0 | |
| Seed $0 Labor $0 | | Rent/Leases Payable - Schedule F | | | | $0 |
| Fert. $0 Chem. $0 | | Livestock Notes Payable - Schedule G | | | | $0 |
| Fuel $0 Other $0 | | Interest Due and Unpai | | | | $0 |
| Feed Inventory | | Other Accounts Payable | | | | $0 |
| Other Current Assets (Specify) | $0 | Unpaid Federal/State Income Taxes | | | | $0 |
| Medical & Vet Supplies | $0 | Other Liabilities Due in 1 Year: (Specify) | | | | $0 |
| Other (Specify) | $0 | | | | | |
| (1) TOTAL CURRENT ASSETS | $59,360 | (4) TOTAL CURRENT LIABILITIES | | | | $0 |
| **INTERMEDIATE ASSETS (ASSETS NOT NORMALLY SOLD WITHIN 1 YEAR)** | | **INTERMEDIATE LIABILITIES (NOT NORMALLY DUE WITHIN 1 YEAR)** | | | | |
| Auto & Trucks - Schedule D | $0 | Vehicle Notes Payable - Schedule D | | | | $0 |
| Machinery & Equipment - Schedule N | $0 | Machinery Notes Payable - Schedule N | | | | $0 |
| Breeding Livestock - Schedule H | $0 | Breeding Livestock Notes Payable Sch. H | | | | $0 |
| Cash Value of Life Ins. - Schedule J | $0 | Loans Against Life Insurance - Schedule J | | | | $0 |
| Securities - Not Readily Marketable:(Specify) | $0 | Stock Loans Payable - Noncurrent -Sch B | | | | $0 |
| Other Intermediate Assets: (Specify) | $0 | Other Intermediate Liabilities: (Specify) | | | | $0 |
| Semen Inventory | $0 | Other | | | | $0 |
| Embryo Inventory | $0 | Other | | | | $0 |
| Other | $0 | | | | | |
| (2) TOTAL INTERMEDIATE ASSETS | $0 | (5) TOTAL INTERM. LIABILITIES | | | | $0 |
| **LONG TERM ASSETS** | | **LONG TERM LIABILITIES** | | | | |
| Farm/Ranch Real Estate Owned - Schl. L | $0 | Mortgaes On Farm R.E. - Schedule L | | | | $0 |
| Farm/Ranch Improvements - Schedule M | $0 | Mortgaes On Farm Impr. Schedule M | | | | $0 |
| Non-Farm Real Estate - Schedule K | $0 | Mortgages on Other R.E. - Schedule K | | | | $0 |
| Personal Property | $0 | Other Long Term Liabilities: (Specify) | | | | $0 |
| Retirement Accounts | $0 | Other | | | | $0 |
| Other Long Term Assets: (Specify) | $0 | | | | | |
| Other | $0 | (6) TOTAL LONG TERM LIAB. | | | | $0 |
| Other | $0 | TOTAL LIABILITIES (4+5+6) | | | | $0 |
| (3) TOTAL LONG TERM ASSETS | $0 | NET WORTH (Assets - Liabilities) | | | | $59,360 |
| **TOTAL ASSETS (1+2+3)** | $59,360 | **LIABILITIES + NET WORTH** | | | | $59,360 |

Official Form 426    Periodic Report About Controlled Non-Debtor Entities' Value, Operations, and Profitability    page 8
Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor Name: Daryl Greg Smith     Case number 21-60162-rbk

**Exhibit A-1: Balance Sheets**

Page 2     Caddoa Creek Ranch, LLC     05/04/2021

### SCHEDULE - A   CASH - DEPOSITORY RELATIONSHIPS

| Type Account | Account In Name Of | Where Deposited | Amount |
|---|---|---|---|
| Checking | Caddoa Creek Ranch, LLC | BBVA | $1,050 |
| | | | |

**Total Schedule-A**     $1,050

### SCHEDULE - B   MARKETABLE SECURITIES - ACTIVELY TRADED

| Number of Shares | Market Value per share Total | Description Of Securities | In Name of | Debt Owed | To Whom Payable |
|---|---|---|---|---|---|
| | $0 | | | $0 | |

**Total Schedule - B**     $0     $0

### SCHEDULE - C   ACCOUNTS & NOTES RECEIVABLE - DUE WITHIN 1 YEAR

| Maker / Debtor | When Due | Security (if any) | Original Amount | Balance Due |
|---|---|---|---|---|
| Robert Heise – Annual Grazing lease | 11/01/2021 | | $36,970 | $36,970 |
| Bent Creek Annual Hunting lease | 07/01/2021 | | $13,710 | $13,710 |
| Willow Creek Annual Hunting lease | 08/15/2021 | | $18,630 | $7,630 |
| | | | | |

**Total Schedule - C**     $58,310

### SCHEDULE - D   AUTOS & TRUCKS

| Description | Year Model | Serial / Vin Number | Note Balance | Lien Holder | Present Value |
|---|---|---|---|---|---|
| | | | | | $0 |

**Total Schedule - D**     $0

### SCHEDULE - E   NOTES PAYABLE - SHORT TERM

| Orig Date | Name of Lien Holder | Security / Collateral | Repayment / Terms | Orig Amt | Present Balance |
|---|---|---|---|---|---|
| | | | | $0 | $0 |

**Total SCHEDULE - E**     $0     $0

### SCHEDULE - F   RENT / LEASES PAYABLE

| Land Owned By | Land Use | County | No. of Acres | Date Lease Expires | Date Lease is Paid To | Rental / Lease Amount |
|---|---|---|---|---|---|---|
| | | | | | | $0 |

**Total SCHEDULE - F**     $0

### SCHEDULE - G   LIVESTOCK HELD FOR SALE

| # - Head | Description (Breed, Age, Weight, Grade) | Livestock Debt | To Whom Payable | Value / Hd. | Total Value |
|---|---|---|---|---|---|
| 0 | | | | | $0 |

**Total SCHEDULE - G**     $0     $0

### SCHEDULE - H   BREEDING LIVESTOCK

| # - Head | Description (Breed, Age, Weight, Grade) | Livestock Debt | To Whom Payable | Value / Hd. | Total Value |
|---|---|---|---|---|---|
| | | | | $0 | $0 |

**Total SCHEDULE - H**     $0     $0

Debtor Name: **Daryl Greg Smith**     Case number 21-60162-rbk

**Exhibit A-1: Balance Sheets**

Page 3     **Caddoa Creek Ranch, LLC**     05/04/2021

| SCHEDULE - I | COMMODITIES HELD FOR SALE | | | | |
|---|---|---|---|---|---|
| Kind / Grade | Storage Location | # Of Units | Unit Value | CCC or Contract | Current Value |
| | | | | | $0 |
| **Total SCHEDULE - I** | | | | | $0 |

| SCHEDULE - J | LIFE INSURANCE (OWNED) | | | | |
|---|---|---|---|---|---|
| Face Value | Insurance Co. | Insured Name | Beneficiary Name | Present Cash Value | Policy Loans |
| | | | | $0 | $0 |
| **Total SCHEDULE - J** | | | | $0 | $0 |

| SCHEDULE - K | NON-FARM REAL ESTATE | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title in Name of | Date Acquired | Original Cost | Present Value | Mtg. Balance | Payment Terms | Maturity | To Whom Payable |
| | | | | | $0 | | | |
| **Total SCHEDULE - K** | | | | $0 | | | | |

| SCHEDULE - L | FARM/RANCH REAL ESTATE OWNED | | | | | | |
|---|---|---|---|---|---|---|---|
| Description / Acres | Title in Name of | Date Acquired | Original Cost | Present Value | Mortgage Balance | Payment Terms | Maturity | To Whom Payable |
| 914 Acres Bosque | Daryl Greg Smith | 06/05/2014 | $1,832,659 | | $0 | | | |
| 1,093 Acres Bosque | Daryl Greg Smith | 08/11/2014 | $1,931,557 | | $0 | | | |
| 147 Acres Bosque | Daryl Greg Smith | 10/15/2014 | $214,444 | | $0 | | | |
| | | | | | $0 | | | |
| **Total SCHEDULE - L** | | | | $0 | | | | |

| SCHEDULE - M | FARM/RANCH IMPROVEMENTS | | | | |
|---|---|---|---|---|---|
| Description | | Date | Debt Balance | To Whom Payable | Present Value |
| | | | $0 | | $0 |
| **Total SCHEDULE - M** | | | $0 | | $0 |

| SCHEDULE - N | Machinery & Equipment & Vehicles | | | | |
|---|---|---|---|---|---|
| Year | Description | Serial Number | Debt Balance | To Whom Payable | Present Value |
| | | | $0 | | $0 |
| **Total SCHEDULE - N** | | | $0 | | $0 |

| CONTINGENT LIABILITIES AS COMAKER, ENDORSER, GUARANTOR | | | | |
|---|---|---|---|---|
| Debt Payable By What Entity | | Debt Payable To | | Amt. Owed |
| | | | | $0 |
| **Total Contingent Liabilities** | | | | $0 |

Debtor Name: <u>Daryl Greg Smith</u>     Case number <u>21-60162-rbk</u>

**Exhibit A-1: Balance Sheets**

| Name of Entity: | DD Farms, LLC |
|---|---|
| Address: | 5912 Cooksey Ln. Robinson, TX 76706 |
| Statement of Condition As Of: | 05/04/2021 |

| CURRENT ASSETS (SOLD/CONVERTED TO CASH WITHIN 1 YEAR) | CURRENT VALUE | CURRENT LIABILITIES (AMOUNTS DUE WITHIN 1 YEAR) | | | | AMOUNT OWED |
|---|---|---|---|---|---|---|
| Cash - Schedule A | $3,811 | Notes Payable - Short term Schedule E | | | | $0 |
| Marketable Securities - Schedule B | $0 | Accounts Payable: (Specify Below) | | | | $0 |
| Accounts & Notes Receivable - Schedule C | $14,620 | Labor | $0 | Feed/Seed | $0 | |
| Livestock Held for Sale - Schedule G | $0 | Repairs | $0 | Fert/Chem | $0 | |
| Commodities Held for Sale - Schedule I | $0 | Storage | $0 | Fuel/Oil | $0 | |
| Investment in Growing Crops:(Specify Below) | $0 | Other | $0 | Mach. Hire | $0 | |
| Seed $0 Labor $0 | | Rent/Leases Payable - Schedule F | | | | $0 |
| Fert. $0 Chem. $0 | | Livestock Notes Payable - Schedule G | | | | $0 |
| Fuel $0 Other $0 | | Interest Due and Unpaid | | | | $0 |
| Feed Inventory | | Other Accounts Payable | | | | $0 |
| Other Current Assets (Specify) | $0 | Unpaid Federal/State Income Taxes | | | | $0 |
| Medical & Vet Supplies | | Other Liabilities Due in 1 Year: (Specify) | | | | $0 |
| Other (Specify) | $0 | | | | | |
| (1) TOTAL CURRENT ASSETS | $18,431 | (4) TOTAL CURRENT LIABILITIES | | | | $0 |
| **INTERMEDIATE ASSETS (ASSETS NOT NORMALLY SOLD WITHIN 1 YEAR)** | | **INTERMEDIATE LIABILITIES (NOT NORMALLY DUE WITHIN 1 YEAR)** | | | | |
| Auto & Trucks - Schedule D | $0 | Vehicle Notes Payable - Schedule D | | | | $0 |
| Machinery & Equipment - Schedule N | $0 | Machinery Notes Payable - Schedule N | | | | $0 |
| Breeding Livestock - Schedule H | $0 | Breeding Livestock Notes Payable Sch. H | | | | $0 |
| Cash Value of Life Ins. - Schedule J | $0 | Loans Against Life Insurance - Schedule J | | | | $0 |
| Securities - Not Readily Marketable:(Specify) | $0 | Stock Loans Payable - Noncurrent -Sch B | | | | $0 |
| Other Intermediate Assets: (Specify) | $0 | Other Intermediate Liabilities: (Specify) | | | | $0 |
| Semen Inventory | $0 | Other | | | | $0 |
| Embryo Inventory | $0 | Other | | | | $0 |
| Other | $0 | | | | | |
| (2) TOTAL INTERMEDIATE ASSETS | $0 | (5) TOTAL INTERM. LIABILITIES | | | | $0 |
| **LONG TERM ASSETS** | | **LONG TERM LIABILITIES** | | | | |
| Farm/Ranch Real Estate Owned - Schl. L | $1,045,397 | Mortgaes On Farm R.E. - Schedule L | | | | $0 |
| Farm/Ranch Improvements - Schedule M | $0 | Mortgaes On Farm Impr. Schedule M | | | | $0 |
| Non-Farm Real Estate - Schedule K | $0 | Mortgages on Other R.E. - Schedule K | | | | $0 |
| Personal Property | $0 | Other Long Term Liabilities: (Specify) | | | | $0 |
| Retirement Accounts | $0 | Other | | | | $0 |
| Other Long Term Assets: (Specify) | $0 | | | | | |
| Other | $0 | (6) TOTAL LONG TERM LIAB. | | | | $0 |
| Other | $0 | **TOTAL LIABILITIES (4+5+6)** | | | | $0 |
| (3) TOTAL LONG TERM ASSETS | $1,045,397 | **NET WORTH (Assets - Liabilities)** | | | | $1,063,828 |
| **TOTAL ASSETS (1+2+3)** | $1,063,828 | **LIABILITIES + NET WORTH** | | | | $1,063,828 |

Debtor Name: Daryl Greg Smith                                                                                Case number 21-60162-rbk

**Exhibit A-1: Balance Sheets**

Page 2        DD Farms, LLC                                                                                  05/04/2021

### SCHEDULE - A   CASH - DEPOSITORY RELATIONSHIPS

| Type Account | Account In Name Of | Where Deposited | Amount |
|---|---|---|---|
| Checking | DD Farms, LLC | BBVA | $1,206 |
| Checking | DD Farms, LLC | Bank of America | $2,605 |
| | | | |

**Total Schedule-A**                                                                                         $3,811

### SCHEDULE - B   MARKETABLE SECURITIES - ACTIVELY TRADED

| Number of Shares | Market Value per share | Total | Description Of Securities | In Name of | Debt Owed | To Whom Payable |
|---|---|---|---|---|---|---|
| | | $0 | | | $0 | |

**Total Schedule - B**    $0                                                                $0

### SCHEDULE - C   ACCOUNTS & NOTES RECEIVABLE - DUE WITHIN 1 YEAR

| Maker / Debtor | When Due | Security (if any) | Original Amount | Balance Due |
|---|---|---|---|---|
| Robert Heise – Annual Grazing lease | 11/01/2021 | | $8,620 | $8,620 |
| House lease | monthly | $750/month x 8 rem. months | $750 | $6,000 |
| | | | | |

**Total Schedule - C**                                                                                       $14,620

### SCHEDULE - D   AUTOS & TRUCKS

| Description | Year Model | Serial / Vin Number | Note Balance | Lien Holder | Present Value |
|---|---|---|---|---|---|
| | | | | | |

**Total Schedule - D**                                                                                       $0

### SCHEDULE - E   NOTES PAYABLE - SHORT TERM

| Orig Date | Name of Lien Holder | Security / Collateral | Repayment / Terms | Orig Amt | Present Balance |
|---|---|---|---|---|---|
| | | | | | |

**Total SCHEDULE - E**                                                                 $0      $0

### SCHEDULE - F   RENT / LEASES PAYABLE

| Land Owned By | Land Use | County | No. of Acres | Date Lease Expires | Date Lease is Paid To | Rental / Lease Amount |
|---|---|---|---|---|---|---|
| | | | | | | |

**Total SCHEDULE - F**                                                                                       $0

### SCHEDULE - G   LIVESTOCK HELD FOR SALE

| # - Head | Description (Breed, Age, Weight, Grade) | Livestock Debt | To Whom Payable | Value / Hd. | Total Value |
|---|---|---|---|---|---|
| | | | | | $0 |

**Total SCHEDULE - G**                                $0                                                     $0

### SCHEDULE - H   BREEDING LIVESTOCK

| # - Head | Description (Breed, Age, Weight, Grade) | Livestock Debt | To Whom Payable | Value / Hd. | Total Value |
|---|---|---|---|---|---|
| | | | | | $0 |

**Total SCHEDULE - H**                                $0                                                     $0

Page 3         DD Farms, LLC                                                      05/04/2021

### SCHEDULE - I — COMMODITIES HELD FOR SALE

| Kind / Grade | Storage Location | # Of Units | Unit Value | CCC or Contract | Current Value |
|---|---|---|---|---|---|
|  |  |  |  |  | $0 |

**Total SCHEDULE - I**                                                              $0

### SCHEDULE - J — LIFE INSURANCE (OWNED)

| Face Value | Insurance Co. | Insured Name | Beneficiary Name | Present Cash Value | Policy Loans |
|---|---|---|---|---|---|
|  |  |  |  | $0 | $0 |

**Total SCHEDULE - J**                                               $0       $0

### SCHEDULE - K — NON-FARM REAL ESTATE

| Title in Name of | Date Acquired | Original Cost | Present Value | Mtg. Balance | Payment Terms | Maturity | To Whom Payable |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**Total SCHEDULE - K**                                   $0

### SCHEDULE - L — FARM/RANCH REAL ESTATE OWNED

| Description / Acres | Title in Name of | Date Acquired | Original Cost | Present Value | Mortgage Balance | Payment Terms | Maturity | To Whom Payable |
|---|---|---|---|---|---|---|---|---|
| 431 Acres Bosque |  | 12/22/2009 | $921,530 | $1,045,397 | $0 |  |  |  |
|  |  |  |  |  | $0 |  |  |  |

**Total SCHEDULE - L**                             $1,045,397      $0

### SCHEDULE - M — FARM/RANCH IMPROVEMENTS

| Description | Date | Debt Balance | To Whom Payable | Present Value |
|---|---|---|---|---|
|  |  | $0 |  | $0 |

**Total SCHEDULE - M**                   $0                      $0

### SCHEDULE - N — Machinery & Equipment & Vehicles

| Year | Description | Serial Number | Debt Balance | To Whom Payable | Present Value |
|---|---|---|---|---|---|
|  |  |  | $0 |  | $0 |

**Total SCHEDULE - N**                   $0                      $0

### CONTINGENT LIABILITIES AS COMAKER, ENDORSER, GUARANTOR

| Debt Payable By What Entity | Debt Payable To | Amt. Owed |
|---|---|---|
|  |  | $0 |

**Total Contingent Liabilities**                                   $0

**Exhibit A-2: Statement of Income (*Loss*)**

[Provide a statement of income (loss) for the following periods:

  a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

  b. the prior fiscal year.]

| Name of Controlled Non-Debtor Entity | 2020 Revenue | 2020 Expenses | 2020 Net Income |
|---|---|---|---|
| Canadian River Ranch, LLC / Canadian River Ranch Partnership | $205,798.70 | $205,716.76 | $81.94 |
| Caddoa Creek Ranch, LLC | $77,690.32 | $100,010.65 | $(22,320.33) |
| DD Farms, LLC | $12,220.00 | $2,473.56 | $9,746.44 |

| Name of Controlled Non-Debtor Entity | Jan. 2021-Mar. 2021 Revenue | Jan. 2021-Mar. 2021 Expenses | Jan. 2021-Mar. 2021 Net Income |
|---|---|---|---|
| Canadian River Ranch, LLC / Canadian River Ranch Partnership | $13,787.76 | $5,437.82 | $8,349.94 |
| Caddoa Creek Ranch, LLC | $0.00 | $6,194.98 | $(6,194.98) |
| DD Farms, LLC | $750.00 | $20,691.56 | $(19,941.56) |

Debtor Name: Daryl Greg Smith Case number 21-60162-rbk

**Exhibit A-3: Statement of Cash Flows for period ending March 30, 2021**

[Provide a statement of changes in cash position for the following periods:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.]

| Name of Controlled Non-Debtor Entity | 2020 Starting Cash | 2020 Ending Cash | 2020 Net Cash Flow |
|---|---|---|---|
| Canadian River Ranch, LLC / Canadian River Ranch Partnership | $2,987.28 | $3,069.22 | $81.94 |
| Caddoa Creek Ranch, LLC | $25,179.68 | $2,844.35 | $0.00 |
| DD Farms, LLC | $3,616.96 | $13,363.40 | $9,746.44 |

| Name of Controlled Non-Debtor Entity | Jan. 2021-Mar. 2021 Starting Cash | Jan. 2021-Mar. 2021 Ending Cash | Jan. 2021-Mar. 2021 Net Cash Flow |
|---|---|---|---|
| Canadian River Ranch, LLC / Canadian River Ranch Partnership | $3,069.22 | $8,749.16 | $5,679.94 |
| Caddoa Creek Ranch, LLC | $2,844.35 | $99.37 | $(2,744.98) |
| DD Farms, LLC | $13,363.40 | $3,076.84 | $(10,286.56) |

Debtor Name: Daryl Greg Smith                                    Case number 21-60162-rbk

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for period ending March 30, 2021**

[Provide a statement of changes in shareholders'/partners equity (deficit) for the following periods:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.]

| Name of Controlled Non-Debtor Entity | 2020 Starting Equity | 2020 Ending Equity | 2020 Net Equity |
|---|---|---|---|
| Canadian River Ranch, LLC / Canadian River Ranch Partnership | $19,020,733.70[a] | $3,069.22[b] | $(19,017,664.50) |
| Caddoa Creek Ranch, LLC | $5,220,500.00 | $2,844.35[c] | $(5,217,655.65) |
| DD Farms, LLC | $1,049,013.96 | $1,058,760.40 | $9,746.44 |

| Name of Controlled Non-Debtor Entity | Jan. 2021-Mar. 2021 Starting Equity | Jan. 2021-Mar. 2021 Ending Equity | Jan. 2021-Mar. 2021 Net Equity |
|---|---|---|---|
| Canadian River Ranch, LLC / Canadian River Ranch Partnership | $3,069.22 | $8,749.16 | $5,679.94 |
| Caddoa Creek Ranch, LLC | $2,844.35 | $99.37 | $(2,744.98) |
| DD Farms, LLC | $1,058,760.40 | $1,061,837.24 | $3,076.84 |

[a] The 2020 Starting Equity of Canadian River Ranch, LLC / Canadian River Ranch Partnership reflects (i) the value of the entire property in McIntosh County, Oklahoma, which is owned collectively by Debtor Daryl Greg Smith, Canadian River Ranch, LLC, and others (the "McIntosh Property"), which is currently being marketed for sale with a listing price of $23,165,560, plus (ii) cash held by Canadian River Ranch, LLC / Canadian River Ranch Partnership, minus (iii) the value of a mortgage encumbering a large portion of the McIntosh Property.

[b] The 2020 Ending Equity of Canadian River Ranch, LLC / Canadian River Ranch Partnership reflects certain deeds executed by a court-appointed receiver on February 7, 2020, which purported to convey, among other things, the interests held by Debtor Daryl Greg Smith and Canadian River Ranch, LLC in the McIntosh Property to the receiver "for and on behalf of" Debtor Daryl Greg Smith.

[c] The 2020 Ending Equity of Caddoa Creek Ranch, LLC reflects certain deeds executed by a court-appointed receiver on February 7, 2020, which purported to convey, among other things, the interests held by Caddoa Creek Ranch, LLC in certain properties in Bosque County, Texas, to the receiver "for and on behalf of" Debtor Daryl Greg Smith.

Debtor Name: Daryl Greg Smith  Case number 21-60162-rbk

**Exhibit B: Description of Operations**

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity. Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.]

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Business Conducted |
|---|---|---|
| Canadian River Ranch, LLC | 100% | land investment / rental |
| Canadian River Ranch Partnership | 90% | land investment / rental |
| Caddoa Creek Ranch, LLC | 90% | land investment / rental |
| DD Farms, LLC | 54.90% | land investment / rental |

Debtor Name: Daryl Greg Smith    Case number 21-60162-rbk

**Exhibit C: Description of Intercompany Claims**

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.]

None of the Controlled Non-Debtor Entities hold or assert any claims against any other Controlled Non-Debtor Entities.

Debtor Name: Daryl Greg Smith                                                                                   Case number 21-60162-rbk

**Exhibit D: Allocation of Tax Liabilities and Assets**

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities. Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.]

Canadian River Ranch, LLC is party to (1) an *Exclusive Hunting, Fishing and Recreation Lease Agreement*, dated June 2, 2011 (the "Hunting Lease") and (2) a *Cattle Grazing Lease*, dated July 1, 2020 (the "Grazing Lease"), which each lease to a third party certain of the tracts of land located in McIntosh County, Oklahoma, owned by Debtor Daryl Greg Smith and certain other parties (the "McIntosh Property"). The income from the leases is used to pay expenses related to operating the leases and to pay down a mortgage encumbering a large portion of the McIntosh Property, which mortgage is a liability of Canadian River Ranch Partnership and is guaranteed by Debtor Daryl Greg Smith and others.

The annual tax returns filed by Canadian River Ranch Partnership reflect all income, losses, tax payments, tax refunds, and other tax attributes of both Canadian River Ranch Partnership and Canadian River Ranch, LLC. Canadian River Ranch, LLC does not file a tax return. There are no tax sharing or tax allocation agreements between Canadian River Ranch, LLC and Canadian River Ranch Partnership.

Debtor Name: Daryl Greg Smith     Case number 21-60162-rbk

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.]

---

None of the Controlled Non-Debtor Entities have made any payments or incurred any obligations in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.