**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

**CASE NAME:**  Daryl Greg Smith

**Petition Date:**          4/9/2021

**CASE NUMBER** 21-60162-rbk

**THIS REPORT IS FOR THE MONTH/YEAR** _____ April/2021 _____  **(example:  MAY/1998)**

All Individual Debtor-in-Possession Checking, Savings, Brokerage Accounts:

All Non-Debtor-in-Possession Accounts:

| BANK NAME: | ACCOUNT NO. | | BANK NAME: | ACCOUNT NO. |
|---|---|---|---|---|
| 1.  Wells Fargo (opened 5/3/21) | x9269 | 1. | | |
| 2. | | 2. | | |
| 3. | | 3. | | |
| (attach list if needed) | | | (attach list if needed) | |

**A copy of a reconciled statement should be attached for each and all accounts.**

$0.00                      $680.00                                    $680.00

Total Disbursements from MOR-7 + Total Disbursements from MFR-2  =        Total Disbursements

(When the debtor is a sole proprietorship)            (When the debtor is an individual)

*** The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

---

*REQUIRED INSURANCE MAINTAINED*
*AS OF SIGNATURE DATE*                    *EXP.*
                                          *DATE*

| | | |
|---|---|---|
| *HOME OWNERS* | YES( ) NO (X) | __-__-__ |
| *AUTO* | YES( ) NO (X) | __-__-__ |
| *OTHER* | YES( ) NO ( ) | __-__-__ |
| *OTHER* | YES( ) NO ( ) | __-__-__ |

CIRCLE ONE

Are all post-petition liabilities, including taxes, being paid within term  (Yes)  No
Have any pre-petition liabilities been paid?                               Yes  (No)
If so, describe:
Were any assets disposed of outside the normal course of business?        (Yes)  No
If so, describe:
Are all U.S. Trustee Quarterly Fee Payments current?                      (Yes)  No
What is the status of your Plan of Reorganization?
_____ anticipate filing Plan within 90-120 days _____

| | |
|---|---|
| **ATTORNEY NAME:** | Thomas D. Berghman, Esq. |
| **FIRM:** | Munsch Hardt Kopf & Harr, P.C. |
| **ADDRESS:** | 500 North Akard St. |
| | Ste. 3800 |
| **CITY, STATE, ZIP** | Dallas, Texas 75201 |
| **TELEPHONE:** | (214) 855-7500 |

I certify under penalty of perjury that the following complete Monthl Financial Report (MFR), consisting of MFR-1 through MFR-3 plus attachments, is true and correct.

SIGNED: _____  DATE: May 20, 2021
            (ORIGINAL SIGNATURE)

This FORM is for INDIVIDUALS ONLY

**CASE NAME:**  Daryl Greg Smith                              **CASE NUMBER:** 21-60162-rbk

| CASH RECEIPTS AND DISBURSEMENTS | SCHEDULE I & J | MONTH April/2021 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | | | | | | | |
| RECEIPTS: | | | | | | | |
| 2. Wages, Salary, Commissions (net) | 0.00 | 0.00 | | | | | |
| 3. Rents, Royalties, Dividends, Interest | 0.00 | 0.00 | | | | | |
| 4. Social Security, Pensions, etc.          (food stamps) | 236.00 | 234.00 | | | | | |
| 5. Other (attach list)          (living expenses assistance) | 1,250.00 | 446.00 | | | | | |
| TOTAL RECEIPTS | 1,486.00 | 680.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Draw from (Contribution to) Operation of Business MOR-7 | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 6. Rent or Home Mortgage Payment | 0.00 | 0.00 | | | | | |
| 7. Utilities (electric/gas, water, telephone) | 520.00 | 130.00 | | | | | |
| 8. Home Maintenance (repairs and upkeep) | 0.00 | 0.00 | | | | | |
| 9. Food, Clothing, Laundry, and Dry Cleaning | 540.00 | 500.00 | | | | | |
| 10. Medical and Dental | 0.00 | 0.00 | | | | | |
| 11. Transportation (not including car payment) | 200.00 | 50.00 | | | | | |
| 12. Recreations, Clubs, and Entertainment | 100.00 | 0.00 | | | | | |
| 13. Insurance (not included in wages or home mortgage) | 0.00 | 0.00 | | | | | |
| 14. Taxes (not included in wages or home mortgage) | 0.00 | 0.00 | | | | | |
| 15. Auto Payment | 0.00 | 0.00 | | | | | |
| 16. Credit Cards | 0.00 | 0.00 | | | | | |
| 17. OTHER (attach list)          (child support) | 2,536.31 | 0.00 | | | | | |
| TOTAL DISBURSEMENTS (for individual) | 3,896.31 | 680.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18. PROFESSIONAL FEES | | | | | | | |
| 19. U.S. TRUSTEE FEES | | | | | | | |
| (attach list if needed) | 3,896.31 | 680.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20. NET CASH FLOW | -2,410.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21. CASH - END OF MONTH | -2,410.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**MFR-2**

*Revised 07/01/98*

This FORM is for INDIVIDUALS ONLY

**CASE NAME:**  Daryl Greg Smith                                                    **CASE NUMBER:** 21-60162-rbk

| POST-PETITION LIABILITIES | MONTH April/2021 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| **SECURED:** | 0.00 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **(attach list)** | | | | | | |
| **TOTAL SECURED** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **UNSECURED:** | 0.00 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **(attach list)** | | | | | | |
| **TOTAL UNSECURED** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TAXES:** | 0.00 | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **(attach list)** | | | | | | |
| **TOTAL TAXES** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL POST-PETITION LIABILITIES (for individual)** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**MFR-3**

*Revised 07/01/98*