**MOR-1**

| | |
|---|---|
| CASE NAME: | Canadian River Ranch, LLC |
| CASE NUMBER: | 21-60163-rbk |
| PROPOSED PLAN DATE: | 9/28/2021 |

**UNITED STATES BANKRUPTCY COURT**

| | |
|---|---|
| PETITION DATE: | 4/9/2021 |
| DISTRICT OF TEXAS: | Western |
| DIVISION: | Waco |

## MONTHLY OPERATING REPORT SUMMARY FOR MONTH April    YEAR 2021

| MONTH | April 2021 | | | | | |
|---|---|---|---|---|---|---|
| REVENUES (MOR-6) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT; DEPREC./TAX (MOR-6) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME (LOSS) (MOR-6) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO INSIDERS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PAYMENTS TO PROFESSIONALS (MOR-9) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL DISBURSEMENTS (MOR-7) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

***The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

| REQUIRED INSURANCE MAINTAINED AS OF SIGNATURE DATE | | EXP. DATE |
|---|---|---|
| CASUALTY | YES ( ) NO (X) | __-__-__ |
| LIABILITY | YES ( ) NO (X) | __-__-__ |
| VEHICLE | YES ( ) NO (X) | __-__-__ |
| WORKER'S | YES ( ) NO (X) | __-__-__ |
| OTHER | YES ( ) NO (X) | __-__-__ |

CIRCLE ONE

Are all accounts receivable being collected within terms?   Yes **(No)**
Are all post-petition liabilities, including taxes, being paid within terms?   **(Yes)** No
Have any pre-petition liabilities been paid?   Yes **(No)**
If so, describe _____
Are all funds received being deposited into DIP bank accounts?   **(Yes)** No
Were any assets disposed of outside the normal course of business?   Yes **(No)**
If so, describe _____
Are all U.S. Trustee Quarterly Fee Payments current?   **(Yes)** No
What is the status of your Plan of Reorganization?
anticipate filing Plan within 90-120 days

| | |
|---|---|
| ATTORNEY NAME: | Thomas D. Berghman, Esq. |
| FIRM NAME: | Munsch Hardt Kopf & Harr, P.C. |
| ADDRESS: | 500 North Akard St. |
| | Ste. 3800 |
| CITY, STATE, ZIP: | Dallas, Texas 75201 |
| TELEPHONE/FAX: | (214) 855-7500 |

MOR-1

*I certify under penalty of perjury that the following complete Monthly Operating Report (MOR), consisting of MOR-1 through MOR-9 plus attachments, is true and correct.*

SIGNED X _[signature]_    TITLE: Managing Member
(ORIGINAL SIGNATURE)

Daryl Greg Smith                    May 20, 2021
(PRINT NAME OF SIGNATORY)            DATE

Revised 07/01/98

**CASE NAME:** Canadian River Ranch, LLC
**CASE NUMBER:** 21-60163-rbk

## COMPARATIVE BALANCE SHEETS

| ASSETS | FILING DATE* 4/9/2021 | MONTH April 2021 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **CURRENT ASSETS** | | | | | | | |
| Cash | 4,715.16 | 4,715.16 | | | | | |
| Accounts Receivable, Net | 0.00 | see MOR-5 | | | | | |
| Inventory: Lower of Cost or Market | 0.00 | 0.00 | | | | | |
| Prepaid Expenses | 112,554.39 | 112,554.39 | | | | | |
| Investments | 0.00 | 0.00 | | | | | |
| Other | 0.00 | 0.00 | | | | | |
| TOTAL CURRENT ASSETS | 117,269.55 | 117,269.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PROPERTY, PLANT & EQUIP. @ COST | 0.00 | 0.00 | | | | | |
| Less Accumulated Depreciation | 0.00 | 0.00 | | | | | |
| NET BOOK VALUE OF PP & E | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OTHER ASSETS** | | | | | | | |
| 1. Tax Deposits | 0.00 | 0.00 | | | | | |
| 2. Investments in Subsidiaries | 0.00 | 0.00 | | | | | |
| 3. Electric Deposit | 0.00 | 0.00 | | | | | |
| 4. | | | | | | | |
| TOTAL ASSETS | $117,269.55 | $117,269.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

* Per Schedules and Statement of Affairs

**MOR-2**

Revised 07/01/98

CASE NAME: Canadian River Ranch, LLC
CASE NUMBER: 21-60163-rbk

## COMPARATIVE BALANCE SHEETS

| LIABILITIES & OWNER'S EQUITY | FILING DATE* 4/9/2021 | MONTH April 2021 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| **LIABILITIES** | | | | | | | |
| POST-PETITION LIABILITIES(MOR-4) | | 0.00 | | | | | |
| PRE-PETITION LIABILITIES | | | | | | | |
| Notes Payable - Secured | 0.00 | 0.00 | | | | | |
| Priority Debt | 0.00 | 0.00 | | | | | |
| Federal Income Tax | 0.00 | 0.00 | | | | | |
| FICA/Withholding | 0.00 | 0.00 | | | | | |
| Unsecured Debt | 8,506,296.31 | 8,506,296.31 | | | | | |
| Other | 0.00 | 0.00 | | | | | |
| TOTAL PRE-PETITION LIABILITIES | 8,506,296.31 | 8,506,296.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL LIABILITIES** | 8,506,296.31 | 8,506,296.31 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OWNER'S EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | | | | | | | |
| COMMON STOCK | -8,389,026.76 | -8,389,026.76 | | | | | |
| ADDITIONAL PAID-IN CAPITAL | | | | | | | |
| RETAINED EARNINGS: Filing Date | | | | | | | |
| RETAINED EARNINGS: Post Filing Date | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL OWNER'S EQUITY (NET WORTH) | -8,389,026.76 | -8,389,026.76 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL LIABILITIES & OWNERS EQUITY | $117,269.55 | $117,269.55 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

\* Per Schedules and Statement of Affairs

**MOR-3**

*Revised 07/01/98*

CASE NAME: Canadian River Ranch, LLC
CASE NUMBER: 21-60163-rbk

## SCHEDULE OF POST-PETITION LIABILITIES

|  | MONTH April 2021 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| *TRADE ACCOUNTS PAYABLE* | | | | | | |
| TAX PAYABLE | | | | | | |
|    Federal Payroll Taxes | 0.00 | | | | | |
|    State Payroll Taxes | 0.00 | | | | | |
|    Ad Valorem Taxes | 0.00 | | | | | |
|    Other Taxes | 0.00 | | | | | |
| TOTAL TAXES PAYABLE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SECURED DEBT POST-PETITION | 0.00 | | | | | |
| ACCRUED INTEREST PAYABLE | 0.00 | | | | | |
| ACCRUED PROFESSIONAL FEES* | 0.00 | | | | | |
| OTHER ACCRUED LIABILITIES | | | | | | |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| **TOTAL POST-PETITION LIABILITIES (MOR-3)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Payment requires Court Approval

**MOR-4**

*Revised 07/01/98*

**CASE NAME:** Canadian River Ranch, LLC
**CASE NUMBER:** 21-60163-rbk

**AGING OF POST-PETITION LIABILITIES**
**MONTH** April 2021

| DAYS | TOTAL | TRADE ACCOUNTS | FEDERAL TAXES | STATE TAXES | AD VALOREM, OTHER TAXES | OTHER |
|---|---|---|---|---|---|---|
| 0-30 | 0.00 | | | | | |
| 31-60 | 0.00 | | | | | |
| 61-90 | 0.00 | | | | | |
| 91+ | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**AGING OF ACCOUNTS RECEIVABLE**

| MONTH | April 2021 | | | | | |
|---|---|---|---|---|---|---|
| 0-30 DAYS | 0.00 | | | | | |
| 31-60 DAYS | 0.00 | | | | | |
| 61-90 DAYS | 0.00 | | | | | |
| 91+ DAYS | 0.00 | | | | | |
| TOTAL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-5**  As previously noted on Debtor's Schedule A/B, there are accounts receivable (90 days old or less) of $40,553 and accounts receivable (over 90 days old) or $120,506.86 that Debtor believes are doubtful or uncollectible accounts.

*Revised 07/01/98*

CASE NAME: Canadian River Ranch, LLC
CASE NUMBER: 21-60163-rbk

## STATEMENT OF INCOME (LOSS)

| | MONTH April 2021 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| REVENUES (MOR-1) | 0.00 | | | | | | 0.00 |
| TOTAL COST OF REVENUES | 0.00 | | | | | | 0.00 |
| GROSS PROFIT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **OPERATING EXPENSES:** | | | | | | | |
| Selling & Marketing | 0.00 | | | | | | 0.00 |
| General & Administrative | 0.00 | | | | | | 0.00 |
| Insiders Compensation | 0.00 | | | | | | 0.00 |
| Professional Fees | 0.00 | | | | | | 0.00 |
| Other | | | | | | | 0.00 |
| Other | | | | | | | 0.00 |
| TOTAL OPERATING EXPENSES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INCOME BEFORE INT, DEPR/TAX (MOR-1) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| INTEREST EXPENSE | 0.00 | | | | | | 0.00 |
| DEPRECIATION | 0.00 | | | | | | 0.00 |
| OTHER (INCOME) EXPENSE* | 0.00 | | | | | | 0.00 |
| OTHER ITEMS** | 0.00 | | | | | | 0.00 |
| TOTAL INT, DEPR & OTHER ITEMS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NET INCOME BEFORE TAXES | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FEDERAL INCOME TAXES | | | | | | | 0.00 |
| **NET INCOME (LOSS) (MOR-1)** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Accrual Accounting Required, Otherwise Footnote with Explanation.*

*\* Footnote Mandatory.*

*\*\* Unusual and/or infrequent item(s) outside the ordinary course of business requires footnote.*

**MOR-6**
*Revised 07/01/98*

CASE NAME: Canadian River Ranch, LLC
CASE NUMBER: 21-60163-rbk

| CASH RECEIPTS AND DISBURSEMENTS | MONTH April 9 – 30, 2021 | MONTH | MONTH | MONTH | MONTH | MONTH | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | $4,715.16 | $4,715.16 | $4,715.16 | $4,715.16 | $4,715.16 | $4,715.16 | $4,715.16 |
| RECEIPTS: | | | | | | | |
| 2. CASH SALES | | | | | | | 0.00 |
| 3. COLLECTION OF ACCOUNTS RECEIVABLE | | | | | | | 0.00 |
| 4. LOANS & ADVANCES (attach list) | | | | | | | 0.00 |
| 5. SALE OF ASSETS | | | | | | | 0.00 |
| 6. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL RECEIPTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| (Withdrawal) Contribution by Individual Debtor MFR-2* | | | | | | | 0.00 |
| DISBURSEMENTS: | | | | | | | |
| 7. NET PAYROLL | | | | | | | 0.00 |
| 8. PAYROLL TAXES PAID | | | | | | | 0.00 |
| 9. SALES, USE & OTHER TAXES PAID | | | | | | | 0.00 |
| 10. SECURED/RENTAL/LEASES | | | | | | | 0.00 |
| 11. UTILITIES & TELEPHONE | | | | | | | 0.00 |
| 12. INSURANCE | | | | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | | | | 0.00 |
| 14. VEHICLE EXPENSES | | | | | | | 0.00 |
| 15. TRAVEL & ENTERTAINMENT | | | | | | | 0.00 |
| 16. REPAIRS, MAINTENANCE & SUPPLIES | | | | | | | 0.00 |
| 17. ADMINISTRATIVE & SELLING | | | | | | | 0.00 |
| 18. OTHER (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS FROM OPERATIONS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 19. PROFESSIONAL FEES | | | | | | | 0.00 |
| 20. U.S. TRUSTEE FEES | | | | | | | 0.00 |
| 21. OTHER REORGANIZATION EXPENSES (attach list) | | | | | | | 0.00 |
| TOTAL DISBURSEMENTS** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 22. NET CASH FLOW | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. CASH - END OF MONTH (MOR-2) | $4,715.16 | $4,715.16 | $4,715.16 | $4,715.16 | $4,715.16 | $4,715.16 | $4,715.16 |

* Applies to Individual debtors only

**MOR-7**

**Numbers for the current month should balance (match) RECEIPTS and CHECKS/OTHER DISBURSEMENTS lines on MOR-8

Revised 07/01/98

**CASE NAME:** Canadian River Ranch, LLC
**CASE NUMBER:** 21-60163-rbk

## CASH ACCOUNT RECONCILIATION
## MONTH OF April 2021

| BANK NAME | Wells Fargo | | | BBVA | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER | #3580 (opened 5/3/21) | # | # | #1572 | |
| *ACCOUNT TYPE* | *OPERATING* | *PAYROLL* | *TAX* | *OTHER FUNDS* | *TOTAL* |
| BANK BALANCE | 0.00 | | | 4,715.16 | $4,715.16 |
| DEPOSITS IN TRANSIT | | | | | $0.00 |
| OUTSTANDING CHECKS | | | | | $0.00 |
| ADJUSTED BANK BALANCE | $0.00 | $0.00 | $0.00 | $4,715.16 | $4,715.16 |
| BEGINNING CASH - PER BOOKS | | | | 4,715.16 | $4,715.16 |
| RECEIPTS* | | | | | $0.00 |
| TRANSFERS BETWEEN ACCOUNTS | | | | | $0.00 |
| (WITHDRAWAL) OR CONTRIBUTION BY INDIVIDUAL DEBTOR MFR-2 | | | | | $0.00 |
| CHECKS/OTHER DISBURSEMENTS* | | | | | $0.00 |
| ENDING CASH - PER BOOKS | $0.00 | $0.00 | $0.00 | $4,715.16 | $4,715.16 |

**MOR-8**   *Numbers should balance (match) TOTAL RECEIPTS and TOTAL DISBURSEMENTS lines on MOR-7

*Revised 07/01/98*

**CASE NAME:** Canadian River Ranch, LLC
**CASE NUMBER:** 21-60163-rbk

# PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown for the month, list the amount paid to insiders (as defined in Section 101(31)(A)-(F) of the U.S. Bankruptcy Code) and the professionals. Also, for insiders, identify the type of compensation paid (e.g., salary, commission, bonus, etc.) (Attach additional pages as necessary).

| INSIDERS: NAME/COMP TYPE | MONTH April 2021 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL INSIDERS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| PROFESSIONALS | MONTH April 2021 | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |
| TOTAL PROFESSIONALS (MOR-1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**MOR-9**

*Revised 07/01/98*