**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| DARYL GREG SMITH, | § | Lead Case No. 21-60162-rbk |
| | § | |
| CANADIAN RIVER RANCH, LLC | § | Second Case No. 21-60163-rbk |
| | § | |
| Jointly Administered Debtors. | § | (Jointly Administered Under |
| | § | Case No. 21-60162-rbk) |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGIES, AND DISCLAIMERS REGARDING THE DEBTORS' AMENDED SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

The Amended Schedules of Assets and Liabilities (the "Schedules") and the Amended Statements of Financial Affairs (the "SOFAs") filed by Daryl Greg Smith ("Daryl") and Canadian River Ranch, LLC ("CRR LLC," and together with Daryl, the "Debtors") as debtors and debtors-in-possession were prepared pursuant to Section 521 of the Bankruptcy Code and Rule 1007 of the Federal Rules of Bankruptcy Procedure by the Debtors, with the assistance of the Debtors' advisors, and are unaudited.

These *Global Notes and Statement of Limitations, Methodologies, and Disclaimers Regarding the Debtors' Amended Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and SOFAs and should be referred to and considered in connection with any review of the Schedules and SOFAs.

While the Debtors have made reasonable efforts to ensure that the Schedules and SOFAs are as accurate and complete as possible under the circumstances, based on information that was available at the time of preparation, inadvertent errors, inaccuracies, or omissions may have occurred or the Debtors may discover subsequent information that requires material changes to the Schedules and SOFAs. Because the Schedules and SOFAs contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and SOFAs are complete.

The Global Notes supplement and are in addition to any specific notes contained in the respective Schedules or SOFAs. Disclosure of information in one or more Schedules, one or more SOFAs, or one or more exhibits or attachments to the Schedules or SOFAs, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, SOFA, exhibit, or attachment.

## I.  DESCRIPTION OF CASES

The Debtors filed their voluntary petitions for relief pursuant to chapter 11 of the Bankruptcy Code on April 9, 2021 (the "Petition Date"). The Court has ordered procedural consolidation and joint administration of these chapter 11 cases pursuant to Bankruptcy Rule 1015(b). Copies of the Global Notes are being filed with each of the Debtors' respective Statements and SOFAs in their respective cases. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

## II.  "AS OF" INFORMATION DATE

To the best of the Debtors' knowledge, the asset information provided herein, except as expressly noted otherwise, represents the asset data of the Debtors as of the Petition Date. Where applicable, the basis for the valuation of each asset is listed on the Schedules. The Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities may exclude items identified as "unknown" or listed with a value of $0, and as a result, the liabilities may differ materially from those stated in the Schedules and SOFAs. Financial statements included herein include estimates to the best of the Debtors' knowledge.

## III.  GENERAL RESERVATION OF RIGHTS

Reasonable efforts have been made to prepare and file complete and accurate Schedules and SOFAs; however, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend or supplement the Schedules and SOFAs from time to time, in all respects, as may be necessary or appropriate, including the right to amend the Schedules and Statements with respect to any claim ("Claim") description, designation, or Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and SOFAs as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated"; or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and SOFAs as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of (i) liability or (ii) amounts due or owed, if any, by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and SOFAs shall constitute a waiver of rights with respect to these chapter 11 cases, including issues involving Claims, substantive consolidation, defenses, equitable subordination, or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

## IV.  RECHARACTERIZATION

The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the Claims, assets, executory contracts, unexpired leases, interests, and other items reported in the Schedules and SOFAs. Nevertheless, the Debtors may not have accurately

characterized, classified, categorized, or designated certain items. The Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and SOFAs at a later time as necessary or appropriate.

V.     **RESERVATION OF RIGHTS**

The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

VI.     **TOTALS**

All totals that are included in the Schedules and Statements represent totals of all known amounts included in the Schedules and SOFAs. To the extent there are unknown or otherwise undetermined amounts, the actual total may be different than the listed total.

VII.     **GLOBAL NOTES CONTROL**

In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

VIII.     **SPECIFIC DISCLOSURES WITH RESPECT TO THE SCHEDULES**

**The Divorce Proceeding Appraisals and Valuations**

In 2015, Daryl's former spouse, Karen A. Smith ("Karen"), commenced divorce proceedings (the "Divorce Proceedings") in the 325th District Court for Tarrant County, Texas (the "Family Court"). During the Divorce Proceedings, appraisals were performed of certain property in McIntosh County, Oklahoma and Bosque County, Texas (the "Divorce Proceeding Appraisals") and opinions of value were provided of various business entities (the "Divorce Proceeding Valuations"). The values of certain property in McIntosh County, Oklahoma and Bosque County, Texas and of certain business entities may be listed on the Schedules and SOFAs using values from the Divorce Proceeding Appraisals and the Divorce Proceeding Valuations, which values may represent the most recent available appraisals and valuations of such property. The Debtors may obtain updated valuations of such properties and business entities and reserve all rights to amend the scheduled amounts to reflect any such assessments.

**The Receiver Deeds and Mortgages**

In November 2019, the Family Court entered a *Final Decree of Divorce* (the "Divorce Decree"), which, among other things, ordered a division of community property, including, among other things, awarding to Daryl, as his sole and separate property—and divesting Karen of all right, title, interest, and claim to—the property in McIntosh County, Oklahoma[1] and 100% of the community interest in the various business entities. The Divorce Decree included the entry of a judgment in favor of Karen in the amount of $8,500,000 (the "Money Judgment") and ordered

---

[1]     Karen retains an undivided 50% interest in the mineral acreage.

Daryl to sign a note payable to Karen in the amount of the Money Judgment (the "Money Judgment Note"). The Divorce Decree ordered that the Money Judgment Note be secured by liens on certain property in McIntosh County, Oklahoma and Bosque County, Texas and net mineral acres in Bent County, Colorado and appointed a receiver to effect such liens (the "Money Judgment Liens").

On February 7, 2020, the Family Court entered an *Order Appointing Substitute Receiver and Granting Specific Authority to Receiver*, which appointed Stanley W. Wright as the receiver (the "Receiver") in the Divorce Proceedings to effectuate the Money Judgment Liens. On February 7, 2020, Karen and the Receiver executed various deeds, which purported to convey Karen's interest in the properties in McIntosh County, Oklahoma and interests held by Caddoa Creek Ranch, LLC in the properties in Bosque County, Texas and in the net mineral acres in Bent County, Colorado to the Receiver "for and on behalf of" Daryl (the "Receiver Deeds"). The Receiver also executed mortgages on the properties to Karen to secure the Money Judgment Note (the "Receiver Mortgages"). The Receiver Deeds and the Receiver Mortgages were recorded in the respective counties, and the Receiver has been discharged. Although the Debtors continue to dispute the validity of the Receiver Deeds and Mortgages, the Statements and SOFAs reflect the property transfers and encumbrances effected by the Receiver. The Debtors reserve all rights to amend the scheduled amounts.

## The McIntosh County, Oklahoma Properties

The Debtors are currently marketing for sale certain of the McIntosh County, Oklahoma properties (the "McIntosh Properties") in order to satisfy the Money Judgment. The valuation of the McIntosh Properties is based on the experience of the broker marketing the land, a review of comparable sales, and the knowledge of the Debtors regarding the McIntosh County, Oklahoma properties. The Debtors reserve all rights to amend the scheduled values as additional information is gathered and/or appraisals and valuations performed.

RESPECTFULLY SUBMITTED this 4th day of June 2021.

**MUNSCH HARDT KOPF & HARR, P.C.**

By: */s/ Thomas Berghman*
      Davor Rukavina, Esq.
      Texas Bar No. 24030781
      Thomas D. Berghman, Esq.
      Texas Bar No. 24082683
      500 North Akard St., Ste. 3800
      Dallas, Texas 75201
      Telephone: (214) 855-7500
      Facsimile: (214) 978-4375
      Email: drukavina@munsch.com
      Email: tberghman@munsch.com

      *Counsel to the Debtors*
      *and Debtors in Possession*

Fill in this information to identify the case:

Debtor name    Canadian River Ranch, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    21-60163-rbk

■ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ Amended *Schedule*     A/B, D, E/F, G, H
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 4, 2021      X _____

Signature of individual signing on behalf of debtor

Daryl Smith
Printed name

Managing Member
Position or relationship to debtor

Official Form 202      **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name  Canadian River Ranch, LLC |
| United States Bankruptcy Court for the:   WESTERN DISTRICT OF TEXAS |
| Case number (if known):    21-60163-rbk |

■ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Boomer State Outdoors, LLC 12384 West 81st Street South Sapulpa, OK 74066-8141 | | pending litigation | Unliquidated Disputed Subject to Setoff | | | $0.00 |
| Hockley County Cattle Company, Inc. c/o Steven Garner PO Box 429 Eufaula, OK 74432 | | | | | | $0.00 |
| Jessica L. Brown PLLC 9450 SW Gemini Dr. #99088 Beaverton, OR 97008-7105 | | | | | | $0.00 |
| Karen Annette Smith 700 Nettleton Dr. Southlake, TX 76092 | | divorce judgment | Disputed | | | $8,500,000.00 |
| Lazy K Cattle Company, LLC 2956 Via Esperanza Edmond, OK 73013 | | pending litigation | Unliquidated Disputed | | | $0.00 |
| Stipe Law Firm 343 East Carl Albert Pkwy. PO Box 1369 McAlester, OK 74502 | | legal fees | Disputed | | | $6,296.31 |
| Tekell & Tekell, LLP Roosevelt Building 400 Austin Ave. Ste. 1000 Waco, TX 76701 | | pending litigation | Unliquidated Disputed | | | $0.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    Canadian River Ranch, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    21-60163-rbk

■ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | **Summary of Assets** |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*..........................................................................................    $      0.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.......................................................................................    $      117,269.55

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.........................................................................................    $      117,269.55

| Part 2: | **Summary of Liabilities** |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $      0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............    +$      8,506,296.31

4. **Total liabilities** ...........................................................................................
   Lines 2 + 3a + 3b      $      8,506,296.31

**Fill in this information to identify the case:**

Debtor name __Canadian River Ranch, LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number (if known) __21-60163-rbk__

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | BBVA | Checking | 1572 | $4,715.16 |

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $4,715.16 |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | Appeal bond posted with McIntosh County District Court, Oklahoma , Boomer State Outdoors, LLC v. Canadian River Ranch, LLC, Case No. CJ-2013-0059 | $112,554.39 |
| --- | --- | --- |

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.** **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81. | $112,554.39 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  Canadian River Ranch, LLC
Name

Case number *(If known)*  21-60163-rbk

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:

| 40,553.00 | - | 40,553.00 = .... | $0.00 |
|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | |

11b. Over 90 days old:

| 120,506.86 | - | 120,506.86 =.... | $0.00 |
|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | |

12.  **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $0.00 |
|---|

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | Canadian River Ranch, LLC | Case number *(If known)* | 21-60163-rbk |
|---|---|---|---|
| | Name | | |

---

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

---

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>Counterclaims against Tekell & Tekell LLP in the lawsuit pending in the McLennan County District Court, Tekell & Tekell LLP v. C2S Property Holdings LLC, et al., Cause No. 2020-2691-4 | Unknown |
| | Nature of claim          Malpractice, negligence<br>Amount requested                              $0.00 | |
| | Lawsuit pending in the McIntosh County, Oklahoma, District Court, Canadian River Ranch, LLC, Daryl Greg Smith, and Darren Keith Reed v. Stanley W. Wright and Karen A. Smith, Cause No. CV-2020-00083 | Unknown |
| | Nature of claim          Action to clear title<br>Amount requested                              $0.00 | |
| | Lawsuit pending in the McIntosh County, Oklahoma, District Court, Boomer State Outdoors, LLC v. Canadian River Ranch, LLC , Case No. CJ-2013-00059 | Unknown |
| | Nature of claim          Lease dispute<br>Amount requested                              $0.00 | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

| Debtor | Canadian River Ranch, LLC | Case number *(if known)* | 21-60163-rbk |
|---|---|---|---|
| | Name | | |

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

| Debtor | Canadian River Ranch, LLC | Case number *(If known)* | 21-60163-rbk |
|---|---|---|---|
| | Name | | |

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,715.16 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $112,554.39 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $117,269.55 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $117,269.55 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Canadian River Ranch, LLC___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF TEXAS___

Case number (if known) ___21-60163-rbk___

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
| :--- |
| Debtor name    Canadian River Ranch, LLC |
| United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS |
| Case number (if known)    21-60163-rbk |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507.)

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
| :--- | :--- | ---: |
| **3.1** **Nonpriority creditor's name and mailing address**<br>Boomer State Outdoors, LLC<br>12384 West 81st Street South<br>Sapulpa, OK 74066-8141<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**  pending litigation <br><br>Is the claim subject to offset? ☒ No  ☐ Yes | Unknown |
| **3.2** **Nonpriority creditor's name and mailing address**<br>Hockley County Cattle Company, Inc.<br>c/o Steven Garner<br>PO Box 429<br>Eufaula, OK 74432<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | Unknown |
| **3.3** **Nonpriority creditor's name and mailing address**<br>Jessica L. Brown PLLC<br>9450 SW Gemini Dr. #99088<br>Beaverton, OR 97008-7105<br><br>**Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ☒ No  ☐ Yes | Unknown |
| **3.4** **Nonpriority creditor's name and mailing address**<br>Karen Annette Smith<br>700 Nettleton Dr.<br>Southlake, TX 76092<br><br>**Date(s) debt was incurred**  11/27/2019 <br>**Last 4 digits of account number** __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**  divorce judgment <br><br>Is the claim subject to offset? ☒ No  ☐ Yes | $8,500,000.00 |

| Debtor | Canadian River Ranch, LLC | Case number (if known) | 21-60163-rbk |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Lazy K Cattle Company, LLC<br>2956 Via Esperanza<br>Edmond, OK 73013 | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** pending litigation<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,296.31 |
|---|---|---|---|
| | Stipe Law Firm<br>343 East Carl Albert Pkwy.<br>PO Box 1369<br>McAlester, OK 74502 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** legal fees<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | Tekell & Tekell, LLP<br>Roosevelt Building<br>400 Austin Ave. Ste. 1000<br>Waco, TX 76701 | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** __<br>**Last 4 digits of account number** __ | **Basis for the claim:** pending litigation<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:** List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | David G. Tekell<br>Tekell & Tekell, L.L.P.<br>400 Austin Avenue, Suite 1000<br>Waco, TX 76701 | Line 3.7<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | Dylan Charles Edward<br>101 North Robinson Ave.<br>Corporate Tower, Ste. 700<br>Oklahoma City, OK 73102 | Line 3.5<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | Greg A. Farrar<br>Farrar & Farrar, P.C.<br>2021 South Lewis Ave. Ste. 420<br>Tulsa, OK 74104 | Line 3.1<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | James C. Hodges<br>26522 East 21st Street, Ste. 4<br>Tulsa, OK 74114 | Line 3.4<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | Jeremy R. Pruett<br>301 Commerce St., Ste. 1500<br>Fort Worth, TX 76102 | Line 3.4<br><br>☐ Not listed. Explain ____ | __ |
| 4.6 | Marc W. Taubenfeld<br>McGuire, Craddock & Strother, P.C.<br>500 N. Akard Street, Suite 2200<br>Dallas, TX 75201 | Line 3.1<br><br>☐ Not listed. Explain ____ | __ |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | Canadian River Ranch, LLC | Case number (if known) | 21-60163-rbk |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.7    William Korb <br> Bourland, Wall & Wenzel, PC <br> Fort Worth, TX 76102 | Line   3.4 <br><br> ☐   Not listed. Explain ____ | _ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.**   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $        0.00 |
| **5b. Total claims from Part 2** | 5b.   + | $        8,506,296.31 |
| **5c. Total of Parts 1 and 2** <br>     Lines 5a + 5b = 5c. | 5c. | $        8,506,296.31 |

**Fill in this information to identify the case:**

Debtor name _____Canadian River Ranch, LLC_____

United States Bankruptcy Court for the:  WESTERN DISTRICT OF TEXAS

Case number (if known) _____21-60163-rbk_____

■ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    - ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    - ■ Yes. Fill in all of the information below even if the contacts or leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest — Exclusive Hunting, Fishing, and Recreation Lease Agreement | |
| State the term remaining — January 31, 2022 | Boomer State Outdoors, L.L.C. |
| List the contract number of any government contract | 12384 West 81st Street South |
| | Sapulpa, OK 74066-8141 |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest — Cattle Grazing Lease | |
| State the term remaining — June 30, 2025 | Hockley County Cattle Company, Inc. |
| List the contract number of any government contract | P.O. Box 825 |
| | Levelland, TX 79336 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Canadian River Ranch, LLC___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF TEXAS___

Case number (if known) ___21-60163-rbk___

■ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Daryl Greg Smith | 5826 Cooksey Ln<br>Robinson, TX 76706 | Jessica L. Brown PLLC | ☐ D _____<br>■ E/F ___3.3___<br>☐ G _____ |
| 2.2 | Daryl Greg Smith | 5826 Cooksey Ln<br>Robinson, TX 76706 | Karen Annette Smith | ☐ D _____<br>■ E/F ___3.4___<br>☐ G _____ |
| 2.3 | Daryl Greg Smith | 5826 Cooksey Ln<br>Robinson, TX 76706 | Lazy K Cattle<br>Company, LLC | ☐ D _____<br>■ E/F ___3.5___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    Canadian River Ranch, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF TEXAS

Case number (if known)    21-60163-rbk

■ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2021 to Filing Date | ■ Operating a business<br>☐ Other _____ | $0.00 |
| For prior year:<br>From  1/01/2020 to 12/31/2020 | ■ Operating a business<br>☐ Other _____ | $180,076.70 |
| For year before that:<br>From  1/01/2019 to 12/31/2019 | ■ Operating a business<br>☐ Other _____ | $157,000.00 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  1/01/2021 to Filing Date | Patronage Payment | $13,787.76 |
| **For prior year:**<br>From  1/01/2020 to 12/31/2020 | Patronage Payment | $25,722.00 |
| **For year before that:**<br>From  1/01/2019 to 12/31/2019 | Patronage Payment | $15,234.41 |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Canadian River Ranch, LLC | Case number (if known) | 21-60163-rbk |
|---|---|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer <br> *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Holders and Associates PC <br> 405 S Cascade Ave, Ste 106 <br> Colorado Springs, CO 80903 | 04/07/2021 | $4,034.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other _bank error_ |
| 3.2. | Jessica L Brown PLLC <br> 15205 Traditions Lake Pkwy <br> Edmond, OK 73013 | 03/24/2021 | $5,138.69 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other _legal services_ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address <br> Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Caddoa Creek Ranch, LLC <br> 611 S Llano Street <br> Whitney, TX 76692 <br> affiliated entity | 05/07/2020, <br> 10/30/2020, <br> 01/19/2020, <br> 02/17/2021 | $23,500.00 | repayment of money from Caddoa Creek Ranch, LLC |
| 4.2. | DD Farms, LLC <br> 5912 Cooksey Lane <br> Robinson, TX 76706 <br> affiliated entity | 07/08/2020 | $9,500.00 | repayment of money from DD Ranch, LLC |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Official Form 207 | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy | page 2 |
|---|---|---|

| Debtor | Canadian River Ranch, LLC | Case number *(if known)* | 21-60163-rbk |
|--------|---------------------------|--------------------------|--------------|

---

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved
in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Lazy K. Cattle Company, LLC v. Canadian River Ranch, LLC, et al<br>CJ-2017-4210 | cattle grazing lease dispute | Oklahoma County District Court, Oklahoma<br>Oklahoma County Courthouse<br>320 Robert S. Kerr<br>Oklahoma City, OK 73102 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Canadian River Ranch, LLC, Daryl Greg Smith, and Darren Keith Reed v. Stanley W. Wright and Karen A. Smith<br>CV-2020-00083 | action to clear  title | McIntosh County District Court, Oklahoma<br>McIntosh County Courthouse<br>110 N First St.<br>Eufaula, OK 74432 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Boomer State Outdoors, LLC v. Canadian River Ranch, LLC<br>CJ-2013-00059 | lease dispute | McIntosh County District Court, Oklahoma<br>McIntosh County Courthouse<br>110 N. First St.<br>Eufaula, OK 74432 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Tekell & Tekell LLP v. C2S Property Holdings LLC, et al.<br>2020-2691-4 | legal fees dispute; Debtor filed countersuit | McLennan County District Court, Texas<br>501 Washington Avenue<br>Suite 300<br>Waco, TX 76701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a
receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of
the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Debtor | Canadian River Ranch, LLC | Case number *(if known)* | 21-60163-rbk |
| --- | --- | --- | --- |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | Munsch Hardt Kopf & Harr, P.C.<br>500 N. Akard Street, Suite 3800<br>Dallas, TX 75201 | | 11/25/2020 | $20,000.00 |
| | **Email or website address**<br>tberghman@munsch.com | | | |
| | **Who made the payment, if not debtor?** | | | |

---

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- | --- |
| 13.1. | Daryl Greg Smith<br>5826 Cooksey Ln<br>Robinson, TX 76706 | 120 acres and 159 acres of real property in McIntosh County, Oklahoma, transferred by court-appointed receiver in divorce proceedings | 2/17/2020 | $382,470.00 |
| | **Relationship to debtor**<br>managing member | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

| Debtor | Canadian River Ranch, LLC | Case number *(if known)* | 21-60163-rbk |
|---|---|---|---|

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

| Debtor | Canadian River Ranch, LLC | Case number *(if known)* | 21-60163-rbk |
|---|---|---|---|

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

---

| Debtor | Canadian River Ranch, LLC | Case number *(if known)* | 21-60163-rbk |
|---|---|---|---|

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.1. Canadian River Ranch Partnership<br>5912 Cooksey Ln<br>Robinson, TX 76706 | mortgagee of land that Debtor leases to third parties | EIN: 75-2949091<br><br>From-To 12/15/2000 to present |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. Lisa W. Hull, CPA, PC<br>PO Box 20502<br>Waco, TX 76702 | 2019 to present (taxes for Canadian River Ranch Partnership) |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Daryl Greg Smith<br>5912 Cooksey Ln<br>Robinson, TX 76706 | |
| 26c.2. Darren Keith Reed<br>601 S Llano St<br>Whitney, TX 76692 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Farm Credit of Western Oklahoma<br>513 S. Mission St<br>Anadarko, OK 73005 |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

Debtor    Canadian River Ranch, LLC                                   Case number *(if known)*   21-60163-rbk

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Daryl Greg Smith | 5912 Cooksey Ln<br>Robinson, TX 76706 | Managing Member | 100 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Caddoa Creek Ranch, LLC<br>611 S Llano Street<br>Whitney, TX 76692 | $23,500.00 | 5/7/2020,<br>10/30/2020,<br>1/19/2021,<br>2/17/2021 | repayment of money from Caddoa Creek Ranch, LLC |
| | **Relationship to debtor**<br>affiliated entity | | | |
| 30.2. | DD Farms, LLC<br>5912 Cooksey Lane<br>Robinson, TX 76706 | $9,500 | 07/08/2020 | repayment of money from DD Ranch, LLC |
| | **Relationship to debtor**<br>affiliated entity | | | |
| 30.3. | Farm Credit of Western Oklahoma<br>513 S. Mission St.<br>Anadarko, OK 73005 | $130,000.00 | 06/11/2020,<br>8/14/2020 | payment on behalf of mortgagee (Canadian River Ranch Partnership) of land being leased by Debtor |
| | **Relationship to debtor**<br>mortgagor of land that Debtor leases to third parties | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| Canadian River Ranch Partnership | **EIN:**  75-294901 |

| Debtor | Canadian River Ranch, LLC | Case number *(if known)* 21-60163-rbk |
|--------|---------------------------|----------------------------------------|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

Name of the pension fund                    Employer Identification number of the parent
                                            corporation

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      June 4, 2021

_____             Daryl Smith
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    Managing Member

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy