**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

CASE NAME:  Daryl Greg Smith        Petition Date:        4/9/2021

CASE NUMBER 21-60162-rbk

**THIS REPORT IS FOR THE MONTH/YEAR** _____ May/2021 _____  (example:  MAY/1998)

All Individual Debtor-in-Possession Checking, Savings, Brokerage Accounts:

All Non-Debtor-in-Possession Accounts:

| BANK NAME: | ACCOUNT NO. | | BANK NAME: | ACCOUNT NO. |
|---|---|---|---|---|
| 1. Wells Fargo | x9269 | 1. | | |
| 2. | | 2. | | |
| 3. | | 3. | | |

(attach list if needed)            (attach list if needed)

**A copy of a reconciled statement should be attached for each and all accounts.**

| $0.00 | $1,629.00 | | $1,629.00 |
|---|---|---|---|
| Total Disbursements from MOR-7 + | Total Disbursements from MFR-2  = | | Total Disbursements |
| (When the debtor is a sole proprietorship) | (When the debtor is an individual) | | |

*** The original of this document must be filed with the United States Bankruptcy Court and a copy must be sent to the United States Trustee***

CIRCLE ONE

_REQUIRED INSURANCE MAINTAINED_
_AS OF SIGNATURE DATE_                    _EXP. DATE_

Are all post-petition liabilities, including taxes, being paid within term  (Yes)  No
Have any pre-petition liabilities been paid?  Yes  (No)
If so, describe:
Were any assets disposed of outside the normal course of business?  (Yes)  No
If so, describe:
Are all U.S. Trustee Quarterly Fee Payments current?  (Yes)  No
What is the status of your Plan of Reorganization?
anticipate filing Plan within 90-120 days

| | | EXP. DATE |
|---|---|---|
| _HOME OWNERS_ | YES( ) NO (X) | --.--.-- |
| _AUTO_ | YES( ) NO (X) | --.--.-- |
| _OTHER_ | YES( ) NO ( ) | --.--.-- |
| _OTHER_ | YES( ) NO ( ) | --.--.-- |

ATTORNEY NAME:   Thomas D. Berghman, Esq.
FIRM:   Munsch Hardt Kopf & Harr, P.C.
ADDRESS:   500 North Akard St.
Ste. 3800
CITY, STATE, ZIP   Dallas, Texas 75201
TELEPHONE:   (214) 855-7500

I certify under penalty of perjury that the following complete Monthl Financial Report (MFR), consisting of MFR-1 through MFR-3 plus attachments, is true and correct.

SIGNED: _____  DATE:  June 21, 2021
(ORIGINAL SIGNATURE)

This FORM is for INDIVIDUALS ONLY

**CASE NAME:**  Daryl Greg Smith                                                           **CASE NUMBER:** 21-60162-rbk

| CASH RECEIPTS AND DISBURSEMENTS | SCHEDULE I & J | MONTH April/2021 | MONTH May/2021 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| 1. CASH-BEGINNING OF MONTH | | 1400.00 | 1400.00 | | | | |
| RECEIPTS: | | | | | | | |
| 2. Wages, Salary, Commissions (net) | 0.00 | 0.00 | 0.00 | | | | |
| 3. Rents, Royalties, Dividends, Interest | 0.00 | 0.00 | 0.00 | | | | |
| 4. Social Security, Pensions, etc. (food stamps) | 236.00 | 234.00 | 234.00 | | | | |
| 5. Other (attach list) (living expenses assistance) | 1,250.00 | 446.00 | 500.00 | | | | |
| TOTAL RECEIPTS | 1,486.00 | 680.00 | 734.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Draw from (Contribution to) Operation of Business MOR-7 | | | | | | | |
| DISBURSEMENTS: | | | | | | | |
| 6. Rent or Home Mortgage Payment | 0.00 | 0.00 | 0.00 | | | | |
| 7. Utilities (electric/gas, water, telephone) | 520.00 | 130.00 | 132.00 | | | | |
| 8. Home Maintenance (repairs and upkeep) | 0.00 | 0.00 | 0.00 | | | | |
| 9. Food, Clothing, Laundry, and Dry Cleaning | 540.00 | 500.00 | 650.00 | | | | |
| 10. Medical and Dental | 0.00 | 0.00 | 0.00 | | | | |
| 11. Transportation (not including car payment) | 200.00 | 50.00 | 302.00 | | | | |
| 12. Recreations, Clubs, and Entertainment | 100.00 | 0.00 | 500.00 | | | | |
| 13. Insurance (not included in wages or home mortgage) | 0.00 | 0.00 | 0.00 | | | | |
| 14. Taxes (not included in wages or home mortgage) | 0.00 | 0.00 | 0.00 | | | | |
| 15. Auto Payment | 0.00 | 0.00 | 0.00 | | | | |
| 16. Credit Cards | 0.00 | 0.00 | 0.00 | | | | |
| 17. OTHER (attach list) (child support) | 2,536.31 | 0.00 | 45.00 | | | | |
| TOTAL DISBURSEMENTS (for individual) | 3,896.31 | 680.00 | 1,629.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 18. PROFESSIONAL FEES | | | | | | | |
| 19. U.S. TRUSTEE FEES | | | | | | | |
| (attach list if needed) | 3,896.31 | 680.00 | 1,629.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 20. NET CASH FLOW | -2,410.31 | 0.00 | -895.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 21. CASH - END OF MONTH | -2,410.31 | 1,400.00 | 505.00 | 0.00 | 0.00 | 0.00 | 0.00 |

$20 - Printing new checks for debtor in possession account
$25 - Deposit to open Canadian River Ranch, LLC debtor in possession account

**MFR-2**

*Revised 07/01/98*

This FORM is for INDIVIDUALS ONLY

**CASE NAME:**  Daryl Greg Smith

**CASE NUMBER:** 21-60162-rbk

| POST-PETITION LIABILITIES | MONTH April/2021 | MONTH May/2021 | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|
| **SECURED:** | 0.00 | 0.00 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **(attach list)** | | | | | | |
| **TOTAL SECURED** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **UNSECURED:** | 0.00 | 0.00 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **(attach list)** | | | | | | |
| **TOTAL UNSECURED** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TAXES:** | 0.00 | 0.00 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **(attach list)** | | | | | | |
| **TOTAL TAXES** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL POST-PETITION LIABILITIES (for individual)** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**MFR-3**

*Revised 07/01/98*