

**The relief described hereinbelow is SO ORDERED.**

**Signed June 29, 2021.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| IN RE: § | |
| § | LEAD CASE NO. 21-60162-RBK-11 |
| § | SECOND CASE NO. 21-60163-RBK-11 |
| DARYL GREG SMITH and § | |
| CANADIAN RIVER RANCH, LLC § | Chapter 11 |
| § | (Jointly Administered Under |
| § | Case No. 21-60162-rbk) |
| Debtors. § | |

### ORDER APPROVING APOINTMENT OF GREGORY S. MILLIGAN
### AS CHAPTER 11 TRUSTEE

The Court having considered the Application of the United States Trustee for entry of an Order approving appointment of Gregory S. Milligan as Chapter 11 Trustee in the bankruptcy cases of Daryl Greg Smith, case number 21-60162, and Canadian River Ranch, LLC, case number 21-60163, jointly administered under case number 21-60162, it is hereby

ORDERED that the appointment is approved.

# # #

Order submitted by
Shane P. Tobin
Office of the United States Trustee
903 San Jacinto, Ste. 230
Austin, TX 78701
(512) 916-5348
shane.p.tobin@usdoj.gov