UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| DARYL GREG SMITH, | § | Case No. 21-60162-rbk |
| | § | |
| CANADIAN RIVER RANCH, LLC | § | Case No. 21-60163-rbk |
| | § | |
| Debtors. | § | (Jointly Administered Under |
| | § | Case No. 21-60162-rbk) |

**TRUSTEE'S WITNESS AND EXHIBIT LIST IN SUPPORT OF MOTION FOR ORDER (I) APPROVING ASSUMPTION OF SOLAR LEASE; (II) AUTHORIZING ENTRY INTO LEASE AMENDMENT; (III) PROVIDING PROTECTIONS FOR LESSEE; AND (IV) AUTHORIZING THE CHAPTER 11 TRUSTEE TO EXECUTE CERTAIN DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 70, MADE APPLICABLE TO THIS PROCEEDING THROUGH <u>FEDERAL RULE OF BANKRUPTCY PROCEDURE 7070</u>**

TO THE HONORABLE RONALD B. KING,
UNITED STATES BANKRUPTCY JUDGE:

Gregory S. Milligan, in his capacity as Chapter 11 Trustee of the above captioned Estates (the "**Trustee**") files this Designation of Witnesses and Exhibits for the hearing on the *Trustee's Expedited Motion for Entry of Order: (I) Authorizing Assumption of Solar Lease; (II) Authorizing Entry into Lease Amendment; (III) Providing Protections for Lessee; and (IV) Authorizing the Chapter 11 Trustee to Execute Certain Documents Pursuant to Federal Rule of Civil Procedure 70, Made Applicable to this Proceeding through Federal Rule of Bankruptcy Procedure 7070* (the "**Motion**")[1] scheduled for hearing on July 13, 2021 (the "**Hearing**") as follows:

## WITNESSES

The Trustee reserves the right to call the following witness(es):

1. Greg Milligan

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

In addition, the Trustee reserves the right to call any witness designated by any other party, and any witness necessary for rebuttal or to authenticate a document.

## EXHIBITS

The Trustee may offer into evidence any or all of the following exhibits at the Hearing:

| Exh. No. | Description | Offer | Object | Admit |
|---|---|---|---|---|
| 1. | Final Decree of Divorce entered by the State Court in the State Court Proceeding | | | |
| 2. | Special Warranty Deed concerning the Subject Property executed by Stanley Wright, as Receiver on February 7, 2020, and recorded in Bosque County, Instrument No. 2020-00455 | | | |
| 3. | Ground Lease Agreement as between Caddoa Creek Ranch, LLC and Angus Solar, LLC executed on October 31, 2017 (the "**Lease**") | | | |
| 4. | Memorandum of Lease dated October 25, 2019 and recorded on June 28, 2019 filed in the Bosque County Clerk's Office, Instrument No. 2019-02195 | | | |
| 5. | First Amendment to the Lease as between Caddoa Creek Ranch, LLC and Angus Solar, LLC executed on July 22, 2020 | | | |
| 6. | Order Appointing Substitute Receiver and Granting Specific Authority to Receiver entered by the State Court on February 7, 2020. | | | |
| 7. | Declaration of Gregory S. Milligan[2] | | | |
| 8. | Second Amendment to Ground Lease Agreement | | | |
| 9. | Subordination Agreement | | | |
| 10. | Corrected Transfer Deed | | | |

In addition, the Trustee designates and asks the Court to take judicial notice of any pleadings, including exhibits, filed in adversary No. 21-06007-rbk, or the above captioned bankruptcy cases, which are being jointly administered under Case No. 21-60162-rbk and any exhibits designated by any other party. The Trustee reserves the right to amend or supplement this Designation as may otherwise be appropriate.

---

[2] Exhibits 7-10 are in the process of being completed and will be circulated immediately upon completion.

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

By: */s/ Morris D. Weiss*
    Morris D. Weiss
    Texas Bar No. 21110850
    William R. "Trip" Nix, III
    Texas Bar No. 24092902
    100 Congress Ave., Suite 1800
    Austin, Texas 78701
    Telephone: (512) 685-6400
    Facsimile: (512) 685-6417
    morris.weiss@wallerlaw.com
    trip.nix@wallerlaw.com

PROPOSED COUNSEL TO GREGORY S. MILLIGAN, CHAPTER 11 TRUSTEE

## CERTIFICATE OF SERVICE

The foregoing was served on all parties on the attached service list via ECF or via United States mail on July 12, 2021.

*/s/ Morris D. Weiss*
Morris D. Weiss

**SERVICE LIST**

**Debtors**
Daryl Greg Smith
Canadian River Ranch, LLC
5826 Cooksey Lane
Waco, TX 76706

**Counsel to Debtors (via ECF)**
Thomas Daniel Berghman
Davor Rukavina
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St., Ste. 3800
Dallas, TX 75201

**United States Trustee (via ECF)**
Shane P. Tobin
Office of the United States Trustee
903 San Jacinto Blvd., Room 230
Austin, TX 78701

**Chapter 11 Trustee (via ECF)**
Gregory S. Milligan
3800 N. Lamar Blvd., Suite 200
Austin, Texas 78756

**Creditors**
Andrew F. Stasio
Stasio & Stasio, P.C.
303 Main Street, Suite 302
Fort Worth, Texas 76102

Angus Solar, LLC
c/o Cypress Creek Renewables, LLC
3402 Pico Blvd
Santa Monica, CA 90405

Bank of America
Attn: Bankruptcy Department
475 Cross Point Pkwy
PO Box 9000
Getzville, NY 14068-9000

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2238

Boomer State Outdoors, LLC
12384 West 81st Street
South Sapulpa, OK 74066-8141

Bosque County
c/o Tara LeDay
P.O. Box 1269
Round Rock, TX 78680

Canadian River Ranch Partnership
5826 Cooksey Ln
Robinson, TX 76706

Catherine Aileen Smith
5826 Cooksey Lane
Waco, TX 76706

Central TX Radiological
Associates, PA
3206 4th Street
Longview, TX 75605

Central TX Radiological
Associates, PA
3206 4th Street
TX 75695

City of Fort Worth
10000 Throckmorton Street
Fort Worth, TX 76102

Darren Keith Reed and Julie Reed
601 S Llano St
Whitney, TX 76692

Discover Bank
PO Box 385908
Minneapolis, MN 55438-5908

Dolcefino Consulting
3701 Kirby Dr., Ste. 560
Houston, TX 77098

Dolcefino Consulting
Freedman Price & Anziani PC
1102 West Avenue, Suite 200
Austin, TX 78701

Eric Grantham
Stipe Law Firm
343 E Carl Albert Pkwy
McAlester, OK 74501

Farm Credit of Western Oklahoma
513 S. Mission St.
Anadarko, OK 73005

Freedman & Price, P.C.
1102 West Avenue, Ste. 200
Austin, TX 78701

Gary L. Nickelson
Law Office of Gary L. Nickelson
5201 W. Freeway, Ste. 100
Fort Worth, TX 76107

Greg A. Farrar
Farrar & Farrar PC
2021 S. Lewis Ave., Ste. 420
Tulsa, OK 74104

Griffith, Jay & Michel
2200 Forest Park Blvd.
Fort Worth, TX 76110-1732

Hanszen Laporte, LLP
14201 Memorial Drive
Houston, TX 77079

Hill County
c/o Tara LeDay
P.O. Box 1269
Round Rock, TX 78680

Hill County Tax Assessor
PO Box 412
Hillsboro, TX 76645

Hockley County Cattle Company, Inc.
P.O. Box 825
Levelland, TX 79336

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

James C. Hodges
26522 East 21st Street, Ste. 4
Tulsa, OK 74114

Jessica L. Brown, PLLC
9450 SW Gemini Dr. #99088
Beaverton, OR 97008-7105

Karen Annette Smith
700 Nettleton Dr.
Southlake, TX 76092

KELCIE A. HIBBS
Loe, Warren, Hibbs & Lawrence, PC
4420 W. Vickery Blvd, Suite 200
Fort Worth, TX 76107

Law Offices of Elizabeth 'Betsy' Parmer
309 W. 7th St., Ste. 900
Fort Worth, TX 76102

Lazy K Cattle Company, LLC
2956 Via Esperanza
Edmond, OK 73013

Lazy K. Cattle Company, LLC
Dylan Charles Edward
Rosell Law Group LLP
101 North Robinson Ave., Suite 700
Oklahoma City, OK 73102

Mark Cochran
101 W. Randol Mill Road, Ste 110
Arlington, TX 76011

North Texas Tollway Authority
PO Box 660244
Dallas, TX 75266-0244

Office of the Attorney General
Child Support Division
PO Box 12017
Austin, TX 78711

Paul B. Cason
Goodwin/Lewis
PO Box 312
Oklahoma City, OK 73101

Peov Linda Hem
Law Office of Linda Hem, PLLC
10300 North Central Expressway
Suite 235
Dallas, Texas 75231

Providence Health Network
Frost-Arnett Company
PO Box 198988
Nashville, TN 37219

Shawn R. Redman
Couch, Conville & Blitt LLC
3501 N. Causeway Blvd., Ste. 800
Metairie, LA 70002

Stipe Law Firm
343 E Carl Albert Pkwy
Mcalester, OK 74501

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
PO Box 248848
Oklahoma City, OK 73124-8848

T-Mobile
Credence Resource Management, LLC
17000 Dallas Parkway, Ste. 204
Dallas, TX 75248

Terry Terry Law, PLLC
300 Throckmorton, Suite 500
Fort Worth, Texas 76102

Texas Taxing Authorities
c/o Tara LeDay
P.O. Box 1269
Round Rock, TX 78680

Tina Horn
PO Box 154729
Waco, TX 76715

Trustee Jeremy R. Pruett
301 Commerce St., Ste. 1500
Fort Worth, TX 76102

V. Wayne Ward, P.C.
Trinity Plantation Building
1201 E. Belknap
Fort Worth, Texas 7610

White Bluff Property Owners' Association
20022 Misty Valley Cir
Whitney, TX 76692

Whitney ISD
c/o Perdue Brandon Fielder et al
500 East Border Street, Suite 640
Arlington, TX 76010

Whitney ISD Tax Office
305 S San Jacinto St, PO Box 592
Whitney, TX 76692

William R. Korb
Bourland, Wall & Wenzel, P.C.
301 Commerce, Ste. 1500
Fort Worth, TX 76102

**Parties Requesting Service (via ECF)**

Eboney Cobb
Perdue, Brandon, Fielder, Collins & Mott
500 E. Border Street, Suite 640
Arlington, TX 76010

Mark Cochran
c/o Mark B. French
1901 Central Drive, Ste. 704
Bedford, TX 76021

Edwin Paul Keiffer
Rochelle McCullough, LLP
325 N. St. Paul Street, Suite 4500
Dallas, Texas 75201

Jason M. Rudd and Scott Lawrence
Wick Phillips Gould & Martin, LLP
3131 McKinney Avenue, Suite 500
Dallas, TX 75204

Tara LeDay
McCreary, Veselka, Bragg & Allen, P.C.
P. O. Box 1269
Round Rock, TX 78680

Griffith, Jay & Michel, LLP
c/o Mark J. Petrocchi
2200 Forest Park Blvd.
Fort Worth, TX 76110

Steve Stasio
Stasio & Stasio, P.C.
303 Main Street, Suite 302
Fort Worth, Texas 76102

Marc W. Taubenfeld
McGuire, Craddock & Strother, P.C.
500 N. Akard Street, Suite 2200
Dallas, TX 75201

David G. Tekell
Tekell & Tekell, LLP
400 Austin Avenue, Suite 1000
Waco, TX 76701

040122-15051/4823-7486-0273.1