**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| DARYL GREG SMITH and, | § | CASE NO. 21-60162-RBK-11 |
| CANADIAN RIVER RANCH, LLC | § | CASE NO. 21-60163-RBK-11 |
| | § | Jointly Administered Under |
| | § | Case No. 21-60162-rbk |
| Debtors. | § | |

## <u>NOTE TO THE AMENDED SCHEDULES AND</u> <u>STATEMENTS OF FINANCIAL AFFAIRS</u>

These Amended Schedules and Statement of Financial Affairs in these cases for Daryl Greg Smith and Canadian River Ranch, LLC (collectively the "**Debtors**") have been completed by Gregory S. Milligan, chapter 11 trustee (the "**Trustee**") pursuant to the *Order Approving Appointment of Gregory S. Milligan as Chapter 11 Trustee* entered on June 29, 2021 in the above-referenced cases.

During the period that he has served as Trustee, Mr. Milligan has conducted an investigation of the Debtors' finances and operations. Based upon the information gathered through such investigation, Mr. Milligan has used his best efforts to complete these Amended Schedules and Statements of Financial Affairs. Mr. Milligan, however, does not have first-hand knowledge of the financial and operational histories of the Debtors that preceded his appointment as Trustee.

The Debtors each filed their initial schedules and statement of financial affairs on April 24, 2021 (the "**Original Schedules**") and amended schedules and statement of financial affairs on June 4, 2021 (the "**First Amended Schedules**"). Each of the Original Schedules and First Amended Schedules were preceded by *Global Notes and Statement of Limitations, Methodologies, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Debtors' Global Notes**"). The Debtors' Global Notes from the Original Schedules and First Amended Schedules are incorporated herein by reference, subject to the foregoing limitations.

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Daryl Greg Smith** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS | |
| Case number (if known) | **21-60162-rbk** | |

■ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information                12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1:    Summarize Your Assets

| | | **Your assets** Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) 1a. Copy line 55, Total real estate, from Schedule A/B.......................................... | $ **25,523,982.65** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................................................... | $ **600,208.69** |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................................. | $ **26,124,191.34** |

### Part 2:    Summarize Your Liabilities

| | | **Your liabilities** Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ **13,681,817.02** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $ **1,067,039.98** |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $ **610,695.29** |
| | **Your total liabilities** | $ **15,359,552.29** |

### Part 3:    Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*.................................................................... | $ **1,486.00** |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $ **3,896.31** |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ■ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum          Summary of Your Assets and Liabilities and Certain Statistical Information          page 1 of 2

Debtor 1    **Daryl Greg Smith**                                    Case number *(if known)*  **21-60162-rbk**

8.   **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
     122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                        $ _____1,486.00

9.   **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 1,067,039.98 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 1,067,039.98 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Daryl Greg Smith** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | **21-60162-rbk** |

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

**1.**   **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

**2.**   **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

| 2.1 | **Hill County Tax Assessor** | Last 4 digits of account number ___ ___ ___ ___ | $574.70 | $574.70 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
**PO Box 412**
**Hillsboro, TX 76645**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

Debtor 1  **Daryl Greg Smith**                                                    Case number (if known)   **21-60162-rbk**

| 2.2 | **Internal Revenue Service** | | **$1,065,337.32** | **$0.00** | **$1,065,337.32** |

Priority Creditor's Name
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

Last 4 digits of account number _____ _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____

---

| 2.3 | **Karen Annette Smith** | | **Unknown** | **Unknown** | **Unknown** |

Priority Creditor's Name
**700 Nettleton Dr.**
**Southlake, TX 76092**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

Last 4 digits of account number _____ _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Type of PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ■ Other. Specify _____
  **spousal support**

---

| 2.4 | **Office of the Attorney General** | | **Unknown** | **Unknown** | **Unknown** |

Priority Creditor's Name
**Child Support Division**
**PO Box 12017**
**Austin, TX 78711**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

Last 4 digits of account number _____ _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Type of PRIORITY unsecured claim:**

- ■ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify _____
  **child support**

Debtor 1  **Daryl Greg Smith**                                    Case number (if known)  **21-60162-rbk**

| 2.5 | **Whitney ISD Tax Office** | | Last 4 digits of account number | | | $1,127.96 | $1,127.96 | $0.00 |

Priority Creditor's Name
**305 S San Jacinto St, PO Box 592**
**Whitney, TX 76692**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|     |     |     | **Total claim** |

| 4.1 | **Andrew F. Stasio** | | Last 4 digits of account number | | | $9,396.00 |

Nonpriority Creditor's Name
**Stasio & Stasio, P.C.**
**303 Main Street, Suite 302**
**Fort Worth, TX 76102**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **legal fees**

---

Debtor 1  **Daryl Greg Smith**                                           Case number (if known)   **21-60162-rbk**

---

| 4.2 | **Baccus Estates** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name

**ADDED**  **Und. 1/5 Interest**
**Rt. 1 Box 709**
**Vernon, OK 74845**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.3 | **Bank of America** | Last 4 digits of account number  **5499** | **$32,228.67** |

Nonpriority Creditor's Name

**Attn: Bankruptcy Department**
**475 Cross Point Pkwy**
**PO Box 9000**
**Getzville, NY 14068-9000**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Judgment, Bank of America, N.A. v. Daryl G. Smith, McLennan County, Texas, Cause No. 20180422CV2**

---

| 4.4 | **Catherine Aileen Smith** | Last 4 digits of account number _____ | **$25,000.00** |

Nonpriority Creditor's Name

**5826 Cooksey Lane**
**Waco, TX 76706**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

Debtor 1  **Daryl Greg Smith**                          Case number (if known)   **21-60162-rbk**

---

**4.5**

**Central TX Radiological Associates, PA**
Nonpriority Creditor's Name
**3206 4th Street**
**Longview, TX 75605**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____                            $437.00

When was the debt incurred?      _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **medical bills**

---

**4.6**

**ADDED**

**Charles and Dona Morgan Living Trust**
Nonpriority Creditor's Name
**28 S. Fork Eagle Mountain Rd.**
**Columbus, MT 59019-7101**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____                        **Unknown**

When was the debt incurred?      _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    _____

---

**4.7**

**ADDED**

**Cheryl Wise**
Nonpriority Creditor's Name
**c/o Law Offices of David Wise**
**P.O. Box 1102**
**Friendswood, TX 77549**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____                        **Unknown**

When was the debt incurred?      _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Pending litigation**

---

Debtor 1  **Daryl Greg Smith**  Case number (if known)  **21-60162-rbk**

| 4.8 | **City of Fort Worth** | | Last 4 digits of account number | | **$195.00** |

Nonpriority Creditor's Name

**10000 Throckmorton Street**
**Fort Worth, TX 76102**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☑ Other. Specify  **parking fees**

---

**ADDED**

| 4.9 | **David Wise** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name

**c/o Law Offices of David Wise**
**P.O. Box 1102**
**Friendswood, TX 77549**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☑ Other. Specify  **Pending litigation**

---

| 4.10 | **Discover Bank** | | Last 4 digits of account number | **4492** | **$598.27** |

Nonpriority Creditor's Name

**PO Box 385908**
**Minneapolis, MN 55438-5908**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☑ Other. Specify  **credit card debt**

---

Debtor 1  **Daryl Greg Smith**                                              Case number *(if known)*  **21-60162-rbk**

| 4.1 1 | **Dolcefino Consulting** | Last 4 digits of account number _____ | $18,886.23 |

Nonpriority Creditor's Name

**3701 Kirby Dr., Ste. 560**
**Houston, TX 77098**

Number City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **investigator costs** _____

---

**ADDED**

| 4.1 2 | **Dorothy O'Shea** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name

**201 Amarillo Terrace #228**
**Houston, TX 77077**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

**ADDED**

| 4.1 3 | **Emily Bear, et al.** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name

**P.O. Box 907**
**Coweta, OK 74429-0907**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

**Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

---

| Debtor 1 | **Daryl Greg Smith** | | Case number *(if known)* | **21-60162-rbk** |

---

**4.1 4**

**ADDED**

**Francis R. First, III, et al.**
Nonpriority Creditor's Name
**3208 N. State Hwy 97**
**Sand Springs, OK 74063**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.1 5**

**ADDED**

**Freddie Smith**
Nonpriority Creditor's Name
**c/o Charles Morgan**
**28 S. Fork Eagle Mountain Rd.**
**Columbus, MT 59019-7101**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.1 6**

**ADDED**

**George J. Khair, Jr., Trustee**
Nonpriority Creditor's Name
**1/3 Interest of Khair Family Trust**
**519 E Andover Dr.**
**Burbank, CA 91504**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1  **Daryl Greg Smith**

Case number (if known)  **21-60162-rbk**

---

| 4.17 | | |
|---|---|---|

**GLB Exploration Inc.**

Nonpriority Creditor's Name

**ADDED**

**c/o Robert D. Gray**
**3500 S. Boulevard, #10B**
**Edmond, OK 73013**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

**Unknown**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify  **Pending litigation**

---

| 4.18 | | |
|---|---|---|

**Griffith, Jay & Michel**

Nonpriority Creditor's Name

**2200 Forest Park Blvd.**
**Fort Worth, TX 76110-1732**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

**$25,723.35**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **legal fees**

---

| 4.19 | | |
|---|---|---|

**Handprint Valley Ranch, LLC**

Nonpriority Creditor's Name

**ADDED**

**2940 Via Esperanza**
**Edmond, OK 73013**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

**Unknown**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Pending litigation**

---

Debtor 1  **Daryl Greg Smith**

Case number (if known)  **21-60162-rbk**

---

| 4.20 | | | |
|---|---|---|---|

**Hanszen Laporte, LLP**
Nonpriority Creditor's Name
**14201 Memorial Drive**
**Houston, TX 77079**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    $128,496.38

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **legal fees**

---

| 4.21 | | | |
|---|---|---|---|

**ADDED**

**James Bruce Siberts, Jr.**
Nonpriority Creditor's Name
**212 W Clegern**
**Henryetta, OK 74437**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.22 | | | |
|---|---|---|---|

**Jessica L. Brown, PLLC**
Nonpriority Creditor's Name
**9450 SW Gemini Dr. #99088**
**Beaverton, OR 97008-7105**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    Unknown

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

Debtor 1 **Daryl Greg Smith**

Case number (if known) **21-60162-rbk**

---

**4.2 3**

**Joshua Rumsey and Jack N. Rumsey**
Nonpriority Creditor's Name

**ADDED**

**1981 N. Lexington Dr.**
**Chandler, AZ 85224**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Pending litigation**

**Unknown**

---

**4.2 4**

**Juanita Louise Daniels**
Nonpriority Creditor's Name

**ADDED**

**Steigleder Trust**
**621 B Street NW**
**Ardmore, OK 73401**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify _____

**Unknown**

---

**4.2 5**

**Kelcie A. Hibbs**
Nonpriority Creditor's Name

**Loe, Warren, Hibbs & Lawrence, PC**
**4420 W. Vickery Blvd, Suite 200**
**Fort Worth, TX 76107**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **legal fees**

**$63,371.00**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Daryl Greg Smith**                                          Case number (if known)  **21-60162-rbk**

---

| 4.2 6 | | |
|---|---|---|

**ADDED**

**Lana Marie Shaughnessy**
Nonpriority Creditor's Name
**947 N. Jackson St**
**Glendale, CA 91207**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                              **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.2 7 | | |
|---|---|---|

**Law Offices of Elizabeth "Betsy" Parmer**
Nonpriority Creditor's Name
**309 W. 7th St., Ste. 900**
**Fort Worth, TX 76102**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                              **$178,454.97**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **legal fees**

---

| 4.2 8 | | |
|---|---|---|

**Lazy K. Cattle Company, LLC**
Nonpriority Creditor's Name
**Dylan Charles Edward**
**Rosell Law Group LLP**
**101 North Robinson Ave., Suite 700**
**Oklahoma City, OK 73102**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                              **Unknown**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **litigation**

---

Debtor 1  **Daryl Greg Smith**                                      Case number (if known)      **21-60162-rbk**

---

| 4.29 | **Madill Bank & Trust Co. 1/5 Interest** |
|------|------|

Last 4 digits of account number _____    **Unknown**

Nonpriority Creditor's Name
**155 Dowsett Ave.**
**Honolulu, HI 96817**

When was the debt incurred?  _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

□ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

□ Student loans

Is the claim subject to offset?

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify _____

**ADDED**

---

| 4.30 | **Mark Cochran** |
|------|------|

Last 4 digits of account number _____    **Unknown**

Nonpriority Creditor's Name
**101 W. Randol Mill Road, Suite 110**
**Arlington, TX 76011**

When was the debt incurred?  _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

□ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**Check if this claim is for a community debt**

□ Student loans

Is the claim subject to offset?

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify _____

---

| 4.31 | **Melinda Sandlin, 1/9 Interest** |
|------|------|

Last 4 digits of account number _____    **Unknown**

Nonpriority Creditor's Name
**c/o Melinda Sandlin Gorin**
**3243 Robinwood Ave**
**Clovis, CA 93619**

When was the debt incurred?  _____

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

□ Contingent

□ Debtor 2 only

□ Unliquidated

□ Debtor 1 and Debtor 2 only

□ Disputed

□ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

□ Student loans

Is the claim subject to offset?

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

□ Debts to pension or profit-sharing plans, and other similar debts

□ Yes

■ Other. Specify _____

**ADDED**

---

Debtor 1  **Daryl Greg Smith**                                                    Case number *(if known)*  **21-60162-rbk**

---

| 4.3 2 | **North Texas Tollway Authority** | Last 4 digits of account number _____ | $117.83 |

Nonpriority Creditor's Name
**PO Box 660244**
**Dallas, TX 75266-0244**                          When was the debt incurred? _____
Number Street City State Zip Code

**Who incurred the debt? Check one.**                As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
**Check if this claim is for a  community**         ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify   **tolls**

---

| 4.3 3 | **Peov Linda Hem** | Last 4 digits of account number _____ | $60,000.00 |

Nonpriority Creditor's Name
**Law Office of Linda Hem, PLLC**
**10300 North Central Expressway**                 When was the debt incurred? _____
**Suite 235**
**Dallas, TX 75231**
Number Street City State Zip Code                  As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**
■ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
**Check if this claim is for a  community**         ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify   **legal fees**

---

| 4.3 4 | **Preslie H. Brown, et al.** | Last 4 digits of account number _____ | **Unknown** |

**ADDED**

Nonpriority Creditor's Name
**c/o Newt Mitchell**
**2201 West Main**                                 When was the debt incurred? _____
**Norman, OK 73069**
Number Street City State Zip Code                  As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**
■ Debtor 1 only                                    ■ Contingent
☐ Debtor 2 only                                    ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ■ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
**Check if this claim is for a  community**         ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify _____

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1  **Daryl Greg Smith**                                                     Case number (if known)  **21-60162-rbk**

---

| 4.3 5 | **Providence Health Network** | Last 4 digits of account number _____ | **$4,334.06** |

Nonpriority Creditor's Name
**Frost-Arnett Company**
**PO Box 198988**
**Nashville, TN 37219**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **medical bills**

---

**ADDED**

| 4.3 6 | **Robert Phillip Siberts** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**and James Bruce Siberts, Jr.**
**212 W. Clegern**
**Henryetta, OK 74437**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**ADDED**

| 4.3 7 | **Rodney Ford** | Last 4 digits of account number _____ | **Unknown** |

Nonpriority Creditor's Name
**145A HC 62**
**Eufaula, OK 74432**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Pending litigation**

---

Debtor 1 **Daryl Greg Smith**     Case number (if known)    **21-60162-rbk**

---

**4.38**

**Sky River Properties, LLC**
Nonpriority Creditor's Name

**ADDED**

**3000 Custer Rd #270-222**
**Plano, TX 75075**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.39**

**Stidham School**
Nonpriority Creditor's Name

**ADDED**

**113074 E. 4110 Rd**
**Eufaula, OK 74432**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **Unknown**

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

**4.40**

**T-Mobile**
Nonpriority Creditor's Name

**Credence Resource Management, LLC**
**17000 Dallas Parkway, Ste. 204**
**Dallas, TX 75248**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____     **$264.38**

When was the debt incurred?     _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **cell phone**

---

| Debtor 1 | **Daryl Greg Smith** | Case number (if known) | **21-60162-rbk** |

---

<table>
<tr><td>4.4<br>1</td><td colspan="2"><b>Terry Terry Law, PLLC</b></td><td>Last 4 digits of account number</td><td align="right"><b>$10,000.00</b></td></tr>
</table>

Nonpriority Creditor's Name

**300 Throckmorton, Suite 500**
**Fort Worth, TX 76102**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **legal fees**

---

<table>
<tr><td>4.4<br>2</td><td colspan="2"><b>Tina Horn</b></td><td>Last 4 digits of account number</td><td align="right"><b>$49,000.00</b></td></tr>
</table>

Nonpriority Creditor's Name

**PO Box 154729**
**Waco, TX 76715**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  _____

---

<table>
<tr><td>4.4<br>3</td><td colspan="2"><b>V. Wayne Ward, P.C.</b></td><td>Last 4 digits of account number</td><td align="right"><b>$1,630.00</b></td></tr>
</table>

Nonpriority Creditor's Name

**Trinity Plantation Building**
**1201 E. Belknap**
**Fort Worth, TX 76102**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **legal fees**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1 **Daryl Greg Smith**                                                     Case number (if known)    **21-60162-rbk**

| 4.4 4 | **V.E. Hill** | Last 4 digits of account number | **Unknown** |

**ADDED**

Nonpriority Creditor's Name
**c/o Southwest Management Inc.**
**10 Marin Street**
**Honolulu, HI 96817**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- □ Yes

- □ Contingent
- □ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.4 5 | **White Bluff Property Owners' Association** | Last 4 digits of account number | **$2,562.15** |

Nonpriority Creditor's Name
**20022 Misty Valley Cir**
**Whitney, TX 76692**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another
- □ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- □ Yes

- □ Contingent
- □ Unliquidated
- □ Disputed

**Type of NONPRIORITY unsecured claim:**

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **HOA fees**

---

| 4.4 6 | **Wise Family Living Trust** | Last 4 digits of account number | **Unknown** |

**ADDED**

Nonpriority Creditor's Name
**c/o Law Offices of David Wise**
**P.O. Box 1102**
**Friendswood, TX 77549**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- □ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- □ Yes

- ■ Contingent
- □ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- □ Student loans
- □ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- □ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Pending litigation**

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

**5.** Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you

| Debtor 1 | **Daryl Greg Smith** | Case number (if known) | **21-60162-rbk** |

have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Eboney Cobb**<br>**Perdue, Brandon, Fielder, Collins & Mott**<br>**500 E. Border Street, Suite 640**<br>**Arlington, TX 76010**<br><br>Last 4 digits of account number | Line **2.5** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Freedman & Price, P.C.**<br>**1102 West Avenue, Ste. 200**<br>**Austin, TX 78701**<br><br>Last 4 digits of account number | Line **4.11** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| <span style="color:red">ADDED</span> **Handprint Valley Ranch, LLC**<br>**c/o Sam T. Allen IV**<br>**Loeffler, Allen & Ham**<br>**221 E. Dewey Ave.**<br>**Sapulpa, OK 74066**<br><br>Last 4 digits of account number | Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| <span style="color:red">ADDED</span> **Joshua Rumsey**<br>**c/o Mark Grober**<br>**830 N. Main Street**<br>**Muskogee, OK 74401**<br><br>Last 4 digits of account number | Line **4.23** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Lazy K Cattle Company, LLC**<br>**2956 Via Esperanza**<br>**Edmond, OK 73013**<br><br>Last 4 digits of account number | Line **4.28** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Paul B. Cason**<br>**Goodwin/Lewis**<br>**PO Box 312**<br>**Oklahoma City, OK 73101**<br><br>Last 4 digits of account number | Line **4.28** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Shawn R. Redman**<br>**Couch, Conville & Blitt LLC**<br>**3501 N. Causeway Blvd., Ste. 800**<br>**Metairie, LA 70002**<br><br>Last 4 digits of account number | Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **T Mobile/T-Mobile USA Inc**<br>**American InfoSource as agent**<br>**4515 N Santa Fe Ave**<br>**Oklahoma City, OK 73118**<br><br>Last 4 digits of account number | Line **4.40** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Tara LeDay**<br>**McCreary, Veselka, Bragg & Allen, P.C.**<br>**P. O. Box 1269**<br>**Round Rock, TX 78680**<br><br>Last 4 digits of account number | Line **2.1** of (Check one):<br>■ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| <span style="color:red">ADDED</span> **Wise Family Living Trust**<br>**c/o Brandon Wilson** | Line **4.46** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Official Form 106 E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**     Page 19 of 20

| Debtor 1 | **Daryl Greg Smith** | Case number (*if known*) | **21-60162-rbk** |

**3847 South Blvd., Suite 100**
**Edmond, OK 73013**

Last 4 digits of account number

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 1,067,039.98 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 1,067,039.98 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 610,695.29 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 610,695.29 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Daryl Greg Smith** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number (if known) | **21-60162-rbk** |

■ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                           12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

    In which community state or territory did you live?  ___**Texas**___ . Fill in the name and current address of that person.

    **Karen Annette Smith**
    **700 Nettleton Dr**
    **Southlake, TX 76092**
    Name of your spouse, former spouse, or legal equivalent
    Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: Your codebtor<br>Name, Number, Street, City, State and ZIP Code | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.1   **Canadian River Ranch Partnership**<br>      **5826 Cooksey Ln**<br>      **Robinson, TX 76706** | ■ Schedule D, line  __2.1__<br>☐ Schedule E/F, line _____<br>☐ Schedule G  _____<br>**Farm Credit of Western Oklahoma** |
| 3.2   **Canadian River Ranch, LLC**<br>      **5826 Cooksey Ln**<br>      **Robinson, TX 76706** | ■ Schedule D, line  __2.5__<br>☐ Schedule E/F, line _____<br>☐ Schedule G  _____<br>**Karen Annette Smith** |

| Debtor 1 | **Daryl Greg Smith** | Case number *(if known)* | **21-60162-rbk** |
|---|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.3 ADDED | **Canadian River Ranch, LLC**<br>**5826 Cooksey Ln**<br>**Robinson, TX 76706** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.19**<br>☐ Schedule G _____<br>**Handprint Valley Ranch, LLC** |
| 3.4 ADDED | **Canadian River Ranch, LLC**<br>**5826 Cooksey Ln**<br>**Robinson, TX 76706** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.23**<br>☐ Schedule G _____<br>**Joshua Rumsey and Jack N. Rumsey** |
| 3.5 ADDED | **Darren Keith Reed**<br>**601 S Llano St**<br>**Whitney, TX 76692** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.19**<br>☐ Schedule G _____<br>**Handprint Valley Ranch, LLC** |
| 3.6 ADDED | **Darren Keith Reed**<br>**601 S Llano St**<br>**Whitney, TX 76692** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.37**<br>☐ Schedule G _____<br>**Rodney Ford** |
| 3.7 ADDED | **Darren Keith Reed**<br>**601 S Llano St**<br>**Whitney, TX 76692** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.7**<br>☐ Schedule G _____<br>**Cheryl Wise** |
| 3.8 ADDED | **Darren Keith Reed**<br>**601 S Llano St**<br>**Whitney, TX 76692** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.9**<br>☐ Schedule G _____<br>**David Wise** |
| 3.9 ADDED | **Darren Keith Reed**<br>**601 S Llano St**<br>**Whitney, TX 76692** | ☐ Schedule D, line _____<br>■ Schedule E/F, line  **4.46**<br>☐ Schedule G _____<br>**Wise Family Living Trust** |
| 3.10 | **Darren Keith Reed and Julie Reed**<br>**601 S Llano St**<br>**Whitney, TX 76692** | ■ Schedule D, line  **2.1**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Farm Credit of Western Oklahoma** |

| Debtor 1 | **Daryl Greg Smith** | Case number *(if known)* | **21-60162-rbk** |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|

**ADDED** 3.11

**Darren Keith Reed and Julie Reed**
**601 S Llano St**
**Whitney, TX 76692**

☐ Schedule D, line _____
■ Schedule E/F, line __4.17__
☐ Schedule G _____
**GLB Exploration Inc.**

---

**ADDED** 3.12

**Darren Keith Reed and Julie Reed**
**601 S Llano St**
**Whitney, TX 76692**

☐ Schedule D, line _____
■ Schedule E/F, line __4.23__
☐ Schedule G _____
**Joshua Rumsey and Jack N. Rumsey**

---

**ADDED** 3.13

**Karen Annette Smith**
**700 Nettleton Dr.**
**Southlake, TX 76092**

☐ Schedule D, line _____
■ Schedule E/F, line __4.17__
☐ Schedule G _____
**GLB Exploration Inc.**

---

**ADDED** 3.14

**Karen Annette Smith**
**700 Nettleton Dr.**
**Southlake, TX 76092**

☐ Schedule D, line _____
■ Schedule E/F, line __4.23__
☐ Schedule G _____
**Joshua Rumsey and Jack N. Rumsey**

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Texas

| In re | **Daryl Greg Smith** | Case No. | **21-60162-rbk** |
|---|---|---|---|
| | Debtor(s) | Chapter | **11** |

# AMENDED
# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing Schedules E/F and H, consisting of __**23**__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date **August 25, 2021**  
Signature **/s/ Gregory S. Milligan, Chapter 11 Trustee for Daryl Greg Smith**  
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Daryl Greg Smith** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF TEXAS |
| Case number | **21-60162-rbk** |
| (if known) | |

■ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy     4/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1:     Give Details About Your Marital Status and Where You Lived Before

**1.     What is your current marital status?**

☐  Married
■  Not married

**2.     During the last 3 years, have you lived anywhere other than where you live now?**

■  No
☐  Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3.     Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐  No
■  Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2     Explain the Sources of Your Income

**4.     Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

■  No
☐  Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |

| Debtor 1 | **Daryl Greg Smith** | Case number *(if known)* | **21-60162-rbk** |
|---|---|---|---|

**5.    Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐  No

■  Yes. Fill in the details.

| | Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | stimulus payment | $1,400.00 | | |
| **For last calendar year: (January 1 to December 31, 2020 )** | stimulus payment | $1,800.00 | | |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐    No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐    No.    Go to line 7.

☐    Yes    List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

■    Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

■    No.    Go to line 7.

☐    Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

**7.    Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■    No

☐    Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

| Debtor 1 | **Daryl Greg Smith** | Case number *(if known)* | **21-60162-rbk** |
|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

| **Part 4:** | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Karen Annette Smith v. Daryl Greg Smith, et al.** 325-584465-15 | divorce proceedings | **325th District Court, Tarrant County, TX Family Law Center 200 E. Weatherford St. 5th Floor Fort Worth, TX 76196-0233** | ☐ Pending ■ On appeal ☐ Concluded |
| **Daryl Smith v. Karen Smith** 02-20-00064-CV | appeal of divorce proceedings | **Texas 2nd Court of Appeals Tim Curry Criminal Justice Center 401 West Belknap, Suite 9000 Fort Worth, TX 76196** | ☐ Pending ■ On appeal ☐ Concluded |
| **Daryl Smith and Darren Keith Reed v. Karen Smith** 20-0996 | appeal of divorce proceedings | **Texas Supreme Court Supreme Court Building 201 W. 14th Street, Room 104 Austin, TX 78701** | ■ Pending ☐ On appeal ☐ Concluded |
| **Daryl Smith and Darren Keith Reed v. Karen Smith** 02-20-00417-CV | appeal of divorce proceedings | **Texas 2nd Court of Appeals Tim Curry Criminal Justice Center 401 West Belknap, Suite 9000 Fort Worth, TX 76196** | ■ Pending ☐ On appeal ☐ Concluded |
| **Daryl Smith and Darren Keith Reed v. Karen Smith** 02-20-00418-CV | appeal of divorce proceedings | **Texas 2nd Court of Appeals Tim Curry Criminal Justice Center 401 West Belknap, Suite 9000 Fort Worth, TX 76196** | ■ Pending ☐ On appeal ☐ Concluded |
| **Andrew F. Stasio v. Daryl Greg Smith** 325-653971-19 <span style="color:red">MODIFIED CAUSE NO.</span> | attorney's fees dispute | **325th District Court, Tarrant County, TX Family Law Center 200 E. Weatherford St. 5th Floor Fort Worth, TX 76196-0233** | ■ Pending ☐ On appeal ☐ Concluded |

Debtor 1  **Daryl Greg Smith**                                    Case number *(if known)*  **21-60162-rbk**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Dolcefino v. Daryl Smith**<br>**20200909CV1** | | **County Court at Law,**<br>**McLennan County**<br>**501 Washington Avenue**<br>**Room 210**<br>**Waco, TX 76701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Lazy K. Cattle Company, LLC v.**<br>**Canadian River Ranch, LLC, et al**<br>**CJ-2017-4210** | cattle grazing<br>lease dispute | **Oklahoma County District**<br>**Court, Oklahoma**<br>**Oklahoma County**<br>**Courthouse**<br>**320 Robert S. Kerr**<br>**Oklahoma City, OK 73102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Canadian River Ranch, LLC, Daryl**<br>**Greg Smith, and Darren Keith Reed**<br>**v. Stanley W. Wright and Karen A.**<br>**Smith**<br>**CV-2020-00083** | action to clear<br>title | **McIntosh County District**<br>**Court, Oklahoma**<br>**McIntosh County**<br>**Courthouse**<br>**110 N. First St.**<br>**Eufaula, OK 74432** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Karen Annette Smith v. Daryl Greg**<br>**Smith**<br>**CV-2020-00084** | action to<br>domesticate<br>judgment | **McIntosh County District**<br>**Court, Oklahoma**<br>**McIntosh County**<br>**Courthouse**<br>**110 N. First St.**<br>**Eufaula, OK 74432** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Karen A. Smith (Petitioner) and**<br>**Daryl G. Smith (Intervenor) v.**<br>**Commissioner of Internal Revenue**<br>**(Respondent)**<br>**18761-18** | tax dispute | **United States Tax Court**<br>**400 2nd St NW**<br>**Washington, DC 20217** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| ADDED **Mark Cochran v. Daryl Smith**<br>**2020-006859-1** | attorney's fees<br>dispute | **Tarrant County Court at**<br>**Law No. 1**<br>**Tarrant County Old**<br>**Courthouse**<br>**100 W. Weatherford St.**<br>**Fort Worth, TX 76196** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| ADDED **In re Daryl Greg Smith**<br>**02-20-00053-cv** | Appeal of divorce<br>proceedings | **Texas 2nd Court of Appeals**<br>**Tim Curry Criminal Justice**<br>**Center**<br>**401 West Belknap, Suite**<br>**9000**<br>**Fort Worth, TX 76196** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| ADDED **In re Daryl Greg Smith**<br>**20-0300** | Appeal of divorce<br>proceedings | **Texas Supreme Court**<br>**Supreme Court Building**<br>**201 W. 14th Street, Room**<br>**104**<br>**Austin, TX 78701** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor 1 **Daryl Greg Smith**

Case number *(if known)* **21-60162-rbk**

| | Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|---|
| **ADDED** | **Daryl G. Smith v. Bank of America, N.A.**<br>**10-19-00249-cv** | **Appeal from state court judgment** | **Texas 10th Court of Appeals**<br>**McLennan County Courthouse**<br>**501 Washington Ave., Room 415**<br>**Waco, TX 76701-1373** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **ADDED** | **Handprint Valley Ranch, LLC v. Daryl Smith, Keith Reed and Canadian River Ranch**<br>**CJ-2009-343** | **Civil** | **McIntosh County District Court, Oklahoma**<br>**McIntosh County Courthouse**<br>**110 N. First Street**<br>**Eufaula, OK 74432** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **ADDED** | **Joshua Rumsey v. Daryl G. Smith, Karen A. Smith, Darren K. Reed, Julie A. Reed, and Canadian River Ranch LLC**<br>**CV-15-90** | **Quiet title** | **McIntosh County District Court, Oklahoma**<br>**McIntosh County Courthouse**<br>**110 N. First Street**<br>**Eufaula, OK 74432** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **ADDED** | **Daryl Smith and Keith Reed v. Wise Family Living Trust, David Wise, Cheryl Wise and Rodney Ford**<br>**CV-2010-38** | **Adverse possession** | **McIntosh County District Court, Oklahoma**<br>**McIntosh County Courthouse**<br>**110 N. First Street**<br>**Eufaula, OK 74432** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **ADDED** | **GLB Exploration v. Daryl G. Smith, Karen A. Smith, Darren Keith Reed and Julie Ann Reed**<br>**CJ-2001-00257** | **Civil - surface damages** | **McIntosh County District Court, Oklahoma**<br>**McIntosh County Courthouse**<br>**110 N. First Street**<br>**Eufaula, OK 74432** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**This case may have concluded, but it is unclear from the court's docket, so it is being included in an abundance of caution.** |

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

| Debtor 1 | **Daryl Greg Smith** | Case number *(if known)* | **21-60162-rbk** |
|---|---|---|---|

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☑ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Karen Annette Smith<br>700 Nettleton Dr.<br>Southlake, TX 76092** | **approximately 10,497.35 acres of real property<br>in Township 10 North, Range 14 East of the I.B.M., McIntosh County, Oklahoma**<br><br>**Property potentially subject to receivership.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **February 7, 2020** | **$19,745,515.35** |
| **Karen Annette Smith<br>700 Nettleton Dr.<br>Southlake, TX 76092** | **approximately 80 acres on E. Highway 52, McIntosh County, Oklahoma**<br><br>**Property potentially subject to receivership.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **February 7, 2020** | **$167,200.00** |
| **Karen Annette Smith<br>700 Nettleton Dr.<br>Southlake, TX 76092** | **approximately 40 acres on W. N4060 Road, McIntosh County, Oklahoma**<br><br>**Property potentially subject to receivership.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **February 7, 2020** | **$83,600.00** |
| **Karen Annette Smith<br>700 Nettleton Dr.<br>Southlake, TX 76092** | **approximately 40 acres on E. 1140 Road, McIntosh County, Oklahoma**<br><br>**Property potentially subject to receivership.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **February 7, 2020** | **$83,600.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1   **Daryl Greg Smith**                                  Case number *(if known)*   **21-60162-rbk**

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Karen Annette Smith**<br>**700 Nettleton Dr.**<br>**Southlake, TX 76092** | **approximately 913.325 acres in Bosque County, Texas**<br><br>**Property potentially subject to receivership.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **February 7, 2020** | **$1,908,000.00** |
| **Karen Annette Smith**<br>**700 Nettleton Dr.**<br>**Southlake, TX 76092** | **approximately 1,092.12 acres in Bosque County, Texas**<br><br>**Property potentially subject to receivership.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **February 7, 2020** | **$2,458,800.00** |
| **Karen Annette Smith**<br>**700 Nettleton Dr.**<br>**Southlake, TX 76092** | **approximately 147.214 acres in Bosque County, Texas**<br><br>**Property potentially subject to receivership.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **February 7, 2020** | **$331,200.00** |
| **Karen Annette Smith**<br>**700 Nettleton Dr.**<br>**Southlake, TX 76092** | **approximately 120 acres of real property in McIntosh County, Oklahoma**<br><br>**Property potentially subject to receivership.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **February 7, 2020** | **$50,160.00** |
| **Karen Annette Smith**<br>**700 Nettleton Dr.**<br>**Southlake, TX 76092** | **approximately 159 acres of real property in McIntosh County, Oklahoma**<br><br>**Property potentially subject to receivership.**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized or levied. | **February 7, 2020** | **$332,310.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor 1 | **Daryl Greg Smith** | Case number *(if known)* | **21-60162-rbk** |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

| Part 6: | List Certain Losses |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

| Part 7: | List Certain Payments or Transfers |
|---|---|

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Munsch Hardt Kopf & Harr, P.C.**<br>**500 N. Akard Street, Suite 3800**<br>**Dallas, TX 75201**<br>tberghman@munsch.com<br>**Canadian River Ranch, LLC** | **Attorney fees and filing fees** | **11/25/2020** | **$20,000.00** |

| Debtor 1 | **Daryl Greg Smith** | Case number *(if known)* | **21-60162-rbk** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

- ☑ No
- ☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

- ☑ No
- ☐ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

- ☑ No
- ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:** List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- ☑ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

- ☑ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

- ☑ No
- ☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Daryl Greg Smith** | Case number *(if known)* | **21-60162-rbk** |

---

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☐ No
■ Yes. Fill in the details.

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Unknown** | **McIntosh County OK** | **various trailers from recreational lease and other equipment related to cattle grazing are currently parked on McIntosh County land** | **Unknown** |

---

**Part 10:**   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

■ No
☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

---

**Part 11:**   Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

■ A partner in a partnership

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     

| Debtor 1 | **Daryl Greg Smith** | Case number (*if known*) | **21-60162-rbk** |

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Canadian River Ranch, LLC<br>5912 Cooksey Ln<br>Robinson, TX 76706** | **land lease**<br><br>**Lisa W. Hull, CPA, PC** | EIN:    **86-3159151**<br><br>From-To  **August 23, 2010 to present** |
| **Caddoa Creek Ranch, LLC<br>5912 Cooksey Ln<br>Robinson, TX 76706** | **land lease**<br><br>**Lisa W. Hull, CPA, PC** | EIN:    **68-0674705**<br><br>From-To  **March 25, 2008 to present** |
| **DD Farms, LLC<br>5912 Cooksey Ln<br>Robinson, TX 76706** | **land lease**<br><br>**Lisa W. Hull, CPA, PC** | EIN:    **21-1499224**<br><br>From-To  **November 23, 2009 to present** |
| **Canadian River Ranch Partnership<br>5912 Cooksey Ln<br>Robinson, TX 76706** | **land lease**<br><br>**Lisa W. Hull, CPA, PC** | EIN:    **75-2949091**<br><br>From-To  **December 15, 2000 to present** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ No

☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:**  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Gregory S. Milligan,**
**Chapter 11 Trustee for**

**Daryl Greg Smith**
**Signature of Debtor 1**

**Signature of Debtor 2**

Date    **August 25, 2021**

Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

■ No
☐ Yes. Name of Person _____ . Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy