UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| DARYL GREG SMITH and, | § | CASE NO. 21-60162-RBK-11 |
| CANADIAN RIVER RANCH, LLC | § | CASE NO. 21-60163-RBK-11 |
| | § | Jointly Administered Under |
| | § | Case No. 21-60162-rbk |
| Debtors. | § | |

## NOTICE OF EXTENDED BAR DATE FOR FILING PROOFS OF CLAIM FOR CERTAIN CREDITORS

**TO THE AFFECTED CREDITORS**:

PLEASE TAKE NOTICE that on August 25, 2021, Gregory S. Milligan, Chapter 11 Trustee for Daryl Greg Smith and Canadian River Ranch, LLC, filed amended schedules and amended statements of financial affairs for each of the Debtors in the above-referenced cases. New creditors (the "**Affected Creditors**[1]") were added to the Amended Schedules and are classified as contingent, unliquidated and/or disputed, which would necessitate the need to file a proof of claim if the Affected Creditors believe they have a claim against one or more of the Debtors.

PLEASE TAKE FURTHER NOTICE that the original bar date for filing a proof of claim was August 9, 2021. Because the Affected Creditors did not receive notice of the bankruptcy cases of the Debtors, the Trustee requested that the Court allow the Affected Creditors additional time to file proofs of claim.

**PLEASE TAKE FURTHER NOTICE that the bar date for filing proofs of claim in writing with the Clerk of the Court has been extended to October 12, 2021 for the Affected Creditors only.** A copy of the Notice of Chapter 11 Bankruptcy Case for each of the Debtors,

---

[1] The Affected Creditors are listed on the attached **Exhibit A**.

1

which contains additional case information, including the Clerk's mailing address, are attached hereto as **Exhibits B and C**.

**PLEASE TAKE FURTHER NOTICE that because the claims of the Affected Creditors are listed as contingent, unliquidated and/or disputed in the Amended Schedules, such Affected Creditors must file a proof of claim in order for their claim to be allowed if they believe they have a basis to assert a claim against one or more of the Debtors.**

**To protect your rights, you should consult an attorney.**

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

By: */s/ Morris D. Weiss*
 Morris D. Weiss
 Texas Bar No. 21110850
 Courtney K. Stone (*admitted pro hac vice*)
 Texas Bar No. 24093208
 William R. "Trip" Nix, III
 Texas Bar No. 24092902
 100 Congress Ave., Suite 1800
 Austin, Texas 78701
 Telephone: (512) 685-6400
 Facsimile: (512) 685-6417
 Email: morris.weiss@wallerlaw.com
  courtney.stone@wallerlaw.com
  trip.nix@wallerlaw.com

COUNSEL TO GREGORY S. MILLIGAN,
CHAPTER 11 TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served upon the Affected Creditors listed on Exhibit A by first class mail on August 27, 2021.

*/s/ Morris D. Weiss*
Morris D. Weiss

2

040122-15051/4816-9837-6693.3

# EXHIBIT A

## AFFECTED CREDITORS

| Creditor | Debtor(s) |
|---|---|
| Baccus Estates<br>Und. 1/5 Interest<br>Rt. 1 Box 709<br>Vernon, OK 74845 | Daryl Greg Smith |
| Charles & Dona Morgan Living Trust<br>28 S. Fork Eagle Mountain Rd.<br>Columbus, MT 59019-7101 | Daryl Greg Smith |
| Cheryl Wise<br>c/o Law Offices of David Wise<br>P.O. Box 1102<br>Friendswood, TX 77549 | Daryl Greg Smith |
| David Wise<br>c/o Law Offices of David Wise<br>P.O. Box 1102<br>Friendswood, TX 77549 | Daryl Greg Smith |
| Dorothy O'shea<br>201 Amarillo Terrace #228<br>Houston, TX 77077 | Daryl Greg Smith |
| Emily Bear, et al.<br>c/o Turner Bear, Jr<br>P.O. Box 907<br>Coweta, OK 74429-0907 | Daryl Greg Smith |
| Francis R. First, III, et al.<br>3208 N. State Hwy 97<br>Sand Springs, OK 74063 | Daryl Greg Smith |
| Freddie Smith<br>c/o Charles Morgan<br>28 S Fork Eagle Mountain Rd<br>Columbus, MT 59019-7101 | Daryl Greg Smith |
| George J. Khair, Jr., Trustee<br>1/3 Interest of Khair Family Trust<br>519 E Andover Dr.<br>Burbank, CA 91504 | Daryl Greg Smith |
| GLB Exploration, Inc.<br>c/o Robert D. Gray<br>3500 S. Boulevard, #10B<br>Edmond, OK 73013 | Daryl Greg Smith |

| Creditor | Debtor(s) |
|---|---|
| Handprint Valley Ranch, LLC<br>2904 Via Esperanza<br>Edmond, OK 73013<br><br>**Additional Notice Party**:<br>Handprint Valley Ranch, LLC<br>c/o Sam T. Allen IV<br>Loeffler, Allen & Ham<br>221 E. Dewey Ave.<br>Sapulpa, OK 74066 | Daryl Greg Smith<br>Canadian River Ranch, LLC |
| James Bruce Siberts, Jr.<br>212 W Clegern<br>Henryetta, OK 74437 | Daryl Greg Smith |
| Joshua Nathaniel Rumsey and Jack N. Rumsey<br>1981 N. Lexington Dr.<br>Chandler, AZ 85224<br><br>**Additional Notice Party**:<br>Joshua Rumsey<br>c/o Mark Grober<br>830 N. Main Street<br>Muskogee, OK 74401 | Daryl Greg Smith<br>Canadian River Ranch, LLC |
| Juanita Louise Daniels<br>Steigleder Trust<br>621 B Street NW<br>Ardmore, OK 73401 | Daryl Greg Smith |
| Lana Marie Shaughnessy<br>947 N. Jackson St<br>Glendale, CA 91207 | Daryl Greg Smith |
| Madill Bank & Trust Co. 1/5 Interest<br>155 Dowsett Ave..<br>Honolulu, HI 96817 | Daryl Greg Smith |
| Melinda Sandlin, 1/9 Interest<br>c/o Melinda Sandlin Gorin<br>3243 Robinwood Ave<br>Clovis, CA 93619 | Daryl Greg Smith |
| Preslie H. Brown, et al.<br>c/o Newt Mitchell<br>2201 West Main<br>Norman, OK 73069 | Daryl Greg Smith |
| Robert Phillip Siberts and James Bruce Siberts, Jr.<br>212 W Clegern<br>Henryetta, OK 74437 | Daryl Greg Smith |

040122-15051/4831-9941-3493.1

| Creditor | Debtor(s) |
|---|---|
| Rodney Ford<br>145A HC 62<br>Eufaula, OK 74432 | Daryl Greg Smith |
| Sky River Properties, LLC<br>3000 Custer Rd #270-222<br>Plano, TX 75075 | Daryl Greg Smith |
| Stidham School<br>113074 E. 4110 Rd<br>Eufaula, OK 74432 | Daryl Greg Smith |
| V.E. Hill<br>c/o Southwest Management Inc.<br>10 Marin Street<br>Honolulu, HI 96817 | Daryl Greg Smith |
| Wise Family Living Trust<br>c/o Law Offices of David Wise<br>P.O. Box 1102<br>Friendswood, TX 77549<br><br>**Additional Notice Party**:<br>Wise Family Living Trust<br>c/o Brandon Wilson<br>3847 South Blvd, Ste. 100<br>Edmund, OK 73013 | Daryl Greg Smith |

# **EXHIBIT B**

**Notice of Bankruptcy Case of Daryl Greg Smith**

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Daryl Greg Smith<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–6367<br>EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Western District of Texas | Date case filed for chapter: | 11  4/9/21 |
| Case number: | 21–60162–rbk | | |

# AMENDED

**DEBTOR'S SSN ADDED**

Official Form 309E1 (For Individuals or Joint Debtors)
# Notice of Chapter 11 Bankruptcy Case    10/20

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Daryl Greg Smith | |
| 2. | All other names used in the last 8 years | | |
| 3. | Address | 5826 Cooksey Lane<br>Waco, TX 76706 | |
| 4. | Debtor's attorney<br>Name and address | Thomas Daniel Berghman<br>Munsch Hardt Kopf & Harr, P.C.<br>500 N. Akard St.<br>Ste. 3800<br>Dallas, TX 75201 | Contact phone  214–855–7554<br><br>Email  tberghman@munsch.com |
| 5. | Bankruptcy clerk's office<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. See Court website for electronic filing information: www.txwb.uscourts.gov. | 800 FRANKLIN AVE., SUITE 140<br>WACO, TX 76701–0 | Hours open:<br>Monday – Friday 8:00 AM – 4:00 PM<br><br>Contact phone  (254) 750–1513<br><br>Date: 4/19/21 |

**For more information, see page 2 >**

Official Form 309E1 (For Individuals or Joint Debtors)    **Notice of Chapter 11 Bankruptcy Case**    page 1

Debtor **Daryl Greg Smith** Case number **21–60162–rbk**

| 6. | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 11, 2021 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Phone:(866)711–2282; Code: 3544189#** |
|---|---|---|---|
| 7. | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). | First date set for hearing on confirmation of plan. The court will send you a notice of that date later.<br><br>**Filing deadline for dischargeability complaints: 7/12/21** |
| | | **Deadline for filing proof of claim:**<br>**For all creditors (except a governmental unit):** 8/9/21<br>**For a governmental unit:** | Provided in Fed. R. Bankr. P. 3002 (c)(1)): *not later than 180 days after the date of the order for relief)* |
| | | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors |
| 8. | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 9. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| 10. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| 11. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |

# EXHIBIT C

**Notice of Bankruptcy Case of Canadian River Ranch, LLC**

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | Canadian River Ranch, LLC <br> Name | EIN: | 86–3159151 |
| United States Bankruptcy Court Western District of Texas | | Date case filed for chapter: | 11  4/9/21 |
| Case number: 21–60163–rbk | | | |

# CORRECTED

**Includes Debtor's EIN**

Official Form 309F1 (For Corporations or Partnerships)
## Notice of Chapter 11 Bankruptcy Case

10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Canadian River Ranch, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5826 Cooksey Lane <br> Waco, TX 76706 | |
| 4. | **Debtor's attorney** <br> Name and address | Thomas Daniel Berghman <br> Munsch Hardt Kopf & Harr, P.C. <br> 500 N. Akard St. <br> Ste. 3800 <br> Dallas, TX 75201 | Contact phone 214–855–7554 <br><br> Email: tberghman@munsch.com |
| 5. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. See Court website for electronic filing information: www.txwb.uscourts.gov. | 800 FRANKLIN AVE., SUITE 140 <br> WACO, TX 76701–0 | Hours open: <br> Monday – Friday 8:00 AM – 4:00 PM <br><br> Contact phone (254) 750–1513 <br><br> Date: 4/20/21 |
| 6. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. <br> Creditors may attend, but are not required to do so. | **May 11, 2021 at 02:30 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Phone:(866)711–2282; Code: 3544189#** |

**For more information, see page 2 >**

Official Form 309F1 (For Corporations or Partnerships) **Notice of Chapter 11 Bankruptcy Case** page 1

Debtor **Canadian River Ranch, LLC**                                            Case number **21–60163–rbk**

| | | |
|---|---|---|
| 7. Proof of claim deadline | **Deadline for filing proof of claim:** | |
| | **For all creditors (except a governmental unit):** | 8/9/21 |
| | **For a governmental unit:** | Provided in Fed. R. Bankr. P. 3002 (c)(1)): *not later than 180 days after the date of the order for relief)* |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | |
| | Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated;*<br>• you file a proof of claim in a different amount; or<br>• you receive another notice. | |
| | If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. | |
| | You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. | |
| | Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 8. **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint:** | _____ |
| 9. **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| 11. **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |