IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| In re: | § | Lead Case No. 21-60162-rbk |
| | § | Second Case No. 21-60163-rbk |
| DARYL GREG SMITH and | § | |
| CANADIAN RIVER RANCH, LLC | § | Chapter 11 |
| | § | |
| Debtors. | § | (Jointly Administered Under |
| | § | Case No. 21-60162-rbk) |

**ORDER GRANTING MOTION TO RECONSIDER ORDER APPROVING APPLICATION TO APPROVE EMPLOYMENT OF REAL ESTATE BROKERS FOR THE TRUSTEE**

CAME ON FOR CONSIDERATION the *Motion to Reconsider* (the "Motion")[1] the *Order Approving Application to Approve Retention and Employment of Keen-Summit Capital Partners LLC, Land Doctors, Inc., and Ranch Masters as Real Estate Brokers for the Trustee* [Docket No. 156] (the "Order") filed by the above-captioned debtors (the "Debtors"); the Court having reviewed the Motion and determining that good cause exists;

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

IT IS HEREBY ORDERED that:

1.      The Motion is GRANTED as set forth herein.

2.      The Order is hereby vacated.

3.      The Trustee may submit a revised Retention Agreement to employ real estate brokers for consideration by the Court; *provided that*:

> (a) there is a 4% cap to any Transaction Fee provided for by the revised Retention Agreement;
>
> (b) Reed may not be entitled to any guaranteed compensation;
>
> (c) Reed may not be employed as a real estate broker by the Trustee; and
>
> (d) Land Doctors may not be reimbursed for any expenses incurred under the expired Listing Agreement.

4.      Any objections to the revised Retention Agreement shall be filed within 14 days of the Retention Agreement being filed with the Court.

# # #

Prepared and submitted by:

**MUNSCH HARDT KOPF & HARR, P.C.**
Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
500 North Akard St., Ste. 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 978-4375
drukavina@munsch.com
tberghman@munsch.com

**ATTORNEYS FOR THE DEBTORS**