## SERVICE LIST

**Via U.S. Mail**

Andrew F. Stasio
Stasio & Stasio, P.C.
303 Main Street, Suite 302
Fort Worth, Texas 76102

Angus Solar, LLC
c/o Cypress Creek Renewables, LLC
3402 Pico Blvd
Santa Monica, CA 90405

Bank of America
Attn: Bankruptcy Department
475 Cross Point Pkwy
PO Box 9000
Getzville, NY 14068-9000

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2238

Boomer State Outdoors, LLC
12384 West 81st Street
South Sapulpa, OK 74066-8141

Bosque County
c/o Tara LeDay
P.O. Box 1269
Round Rock, TX 78680

Canadian River Ranch Partnership
5826 Cooksey Ln
Robinson, TX 76706

Catherine Aileen Smith
5826 Cooksey Lane
Waco, TX 76706

Central TX Radiological Associates, PA
3206 4th Street
Longview, TX 75605

City of Fort Worth
10000 Throckmorton Street
Fort Worth, TX 76102

Darren Keith Reed and Julie Reed
601 S Llano St
Whitney, TX 76692

Discover Bank
PO Box 385908
Minneapolis, MN 55438-5908

Dolcefino Consulting
3701 Kirby Dr., Ste. 560
Houston, TX 77098

Dolcefino Consulting
Freedman Price & Anziani PC
1102 West Avenue, Suite 200
Austin, TX 78701

Eric Grantham Stipe Law Firm
343 E Carl Albert Pkwy
McAlester, OK 74501

Farm Credit of Western Oklahoma
513 S. Mission St.
Anadarko, OK 73005

Farm Credit Of Western Oklahoma, ACA
Brian McEntire, VP/Branch Manager Tuttle
PO Box 790
4955 Farm Credit Dr.
Tuttle, OK 73089

Kelcie A. Hibbs
Loe, Warren, Hibbs & Lawrence, PC
4420 W. Vickery Blvd, Suite 200
Fort Worth, TX 76107

Law Offices of Elizabeth 'Betsy' Parmer
309 W. 7th St., Ste. 900
Fort Worth, TX 76102

Lazy K Cattle Company, LLC
2956 Via Esperanza
Edmond, OK 73013

Lazy K. Cattle Company, LLC
Dylan Charles Edward
Rosell Law Group LLP
101 North Robinson Ave., Ste. 700
Oklahoma City, OK 73102

Mark Cochran
101 W. Randol Mill Road, Ste 110
Arlington, TX 76011
North Texas Tollway Authority
PO Box 660244
Dallas, TX 75266-0244

Office of the Attorney General
Child Support Division
PO Box 12017
Austin, TX 78711

Paul B. Cason
Goodwin/Lewis
PO Box 312
Oklahoma City, OK 73101

Peov Linda Hem
Law Office of Linda Hem, PLLC
10300 North Central Expressway Suite 235
Dallas, Texas 75231

Providence Health Network
Frost-Arnett Company
PO Box 198988
Nashville, TN 37219

Shawn R. Redman
Couch, Conville & Blitt LLC
3501 N. Causeway Blvd., Ste. 800
Metairie, LA 70002

Stipe Law Firm
343 E Carl Albert Pkwy
Mcalester, OK 74501

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
4515 N Santa Fe Ave.
Oklahoma City, OK 73118

T-Mobile
Credence Resource Management, LLC
17000 Dallas Parkway, Ste. 204
Dallas, TX 75248

Terry Terry Law, PLLC
300 Throckmorton, Suite 500
Fort Worth, Texas 76102

Texas Taxing Authorities
c/o Tara LeDay
P.O. Box 1269
Round Rock, TX 78680

Tina Horn
PO Box 154729
Waco, TX 76715

Trustee Jeremy R. Pruett
301 Commerce St., Ste. 1500
Fort Worth, TX 76102

V. Wayne Ward, P.C.
Trinity Plantation Building
1201 E. Belknap
Fort Worth, Texas 7610

White Bluff Property Owners' Association
20022 Misty Valley Cir
Whitney, TX 76692

Whitney ISD
c/o Perdue Brandon Fielder et al
500 East Border Street, Suite 640
Arlington, TX 76010

Whitney ISD Tax Office
305 S San Jacinto St, PO Box 592
Whitney, TX 76692

2

William R. Korb
Bourland, Wall & Wenzel, P.C.
301 Commerce, Ste. 1500
Fort Worth, TX 76102

Baccus Estates
Und. 1/5 Interest
Rt. 1 Box 709
Vernon, OK 74845

Charles & Dona Morgan Living Trust
28 S. Fork Eagle Mountain Rd.
Columbus, MT 59019-7101

Cheryl Wise
c/o Law Offices of David Wise
P.O. Box 1102 Friendswood, TX 77549

David Wise
c/o Law Offices of David Wise
P.O. Box 1102 Friendswood, TX 77549

Dorothy O'shea
201 Amarillo Terrace #228
Houston, TX 77077

Emily Bear, et al.
c/o Turner Bear, Jr
P.O. Box 907
Coweta, OK 74429-0907

Francis R. First, III, et al.
3208 N. State Hwy 97
Sand Springs, OK 74063

Freddie Smith
c/o Charles Morgan
28 S Fork Eagle Mountain Rd
Columbus, MT 59019-7101

George J. Khair, Jr., Trustee
1/3 Interest of Khair Family Trust
519 E Andover Dr.
Burbank, CA 91504

GLB Exploration, Inc.
c/o Robert D. Gray
3500 S. Boulevard, #10B
Edmond, OK 73013

Handprint Valley Ranch, LLC
2904 Via Esperanza
Edmond, OK 73013

Handprint Valley Ranch, LLC
c/o Sam T. Allen IV
Loeffler, Allen & Ham
221 E. Dewey Ave.
Sapulpa, OK 74066

James Bruce Siberts, Jr.
212 W Clegern
Henryetta, OK 74437

Joshua Nathaniel Rumsey and Jack N. Rumsey
1981 N. Lexington Dr.
Chandler, AZ 85224

Joshua Rumsey
c/o Mark Grober
830 N. Main Street
Muskogee, OK 74401

Juanita Louise Daniels
Steigleder Trust
621 B Street NW
Ardmore, OK 73401

Lana Marie Shaughnessy
947 N. Jackson St
Glendale, CA 91207

Madill Bank & Trust Co. 1/5 Interest
155 Dowsett Ave.
Honolulu, HI 96817

Melinda Sandlin, 1/9 Interest
c/o Melinda Sandlin Gorin
3243 Robinwood Ave
Clovis, CA 93619

Preslie H. Brown, et al.
c/o Newt Mitchell
2201 West Main
Norman, OK 73069

Robert Phillip Siberts and James Bruce Siberts, Jr.
212 W Clegern
Henryetta, OK 74437

Rodney Ford
145A HC 62
Eufaula, OK 74432

Sky River Properties, LLC
3000 Custer Rd #270-222
Plano, TX 75075

Stidham School
113074 E. 4110 Rd
Eufaula, OK 74432

V.E. Hill
c/o Southwest Management Inc.
10 Marin Street
Honolulu, HI 96817

Wise Family Living Trust
c/o Law Offices of David Wise
P.O. Box 1102 Friendswood, TX 77549

Wise Family Living Trust
c/o Brandon Wilson
3847 South Blvd, Ste. 100
Edmund, OK 73013

**via ECF**

Thomas Daniel Berghman on behalf of Debtor Canadian River Ranch, LLC
tberghman@munsch.com

Thomas Daniel Berghman on behalf of Debtor Daryl Greg Smith
tberghman@munsch.com

Thomas Daniel Berghman on behalf of JointAdmin Debtor Canadian River Ranch, LLC
tberghman@munsch.com

Eboney Delane Cobb on behalf of Creditor Whitney ISD
ecobb@pbfcm.com, rgleason@pbfcm.com

Mark B. French on behalf of Creditor Mark Cochran
mark@markfrenchlaw.com

Edwin Paul Keiffer on behalf of Creditor Karen Annette Smith
pkeiffer@romclaw.com, bwallace@romclaw.com

Scott D. Lawrence on behalf of Creditor Farm Credit of Western Oklahoma
scott.lawrence@wickphillips.com, brenda.ramirez@wickphillips.com

Tara LeDay on behalf of Creditor Texas Taxing Authorities
tleday@mvbalaw.com, vcovington@mvbalaw.com, alocklin@mvbalaw.com, bankruptcy@mvbalaw.com, jdale@mvbalaw.com

Mark J. Petrocchi on behalf of Creditor Griffith, Jay & Michel, LLP
mpetrocchi@lawgjm.com, mkidd@lawgjm.com

Davor Rukavina on behalf of Debtor Canadian River Ranch, LLC
drukavina@munsch.com

Davor Rukavina on behalf of Debtor Daryl Greg Smith
drukavina@munsch.com

Steve Stasio on behalf of Attorney Andrew F. Stasio, Jr.
mtaubenfeld@mcslaw.com

Steve Stasio on behalf of Creditor Stasio & Stasio, P.C.
mtaubenfeld@mcslaw.com

Marc W. Taubenfeld on behalf of Creditor Bommer State Outdoors, LLC
mtaubenfeld@mcslaw.com, scotton@mcslaw.com

David G. Tekell on behalf of Creditor Tekell and Tekell LLP
david@tekell-law.com, carolyn@tekell-law.com

Shane P. Tobin on behalf of U.S. Trustee United States Trustee - WA12
shane.p.tobin@usdoj.gov, brian.r.henault@usdoj.gov, Carolyn.Feinstein@usdoj.gov, carey.a.tompkins@usdoj.gov, roxana.peterson@usdoj.gov, gary.wright3@usdoj.gov, deborah.a.bynum@usdoj.gov

United States Trustee - WA12
ustpregion07.au.ecf@usdoj.gov

Morris D. Weiss on behalf of Chapter 11 Trustee Gregory S. Milligan
morris.weiss@wallerlaw.com, sherri.savala@wallerlaw.com, annmarie.jezisek@wallerlaw.com

William R. "Trip" Nix on behalf of Chapter 11 Trustee Gregory S. Milligan
trip.nix@wallerlaw.com