

**The relief described hereinbelow is SO ORDERED.**

**Signed September 14, 2021.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| DARYL GREG SMITH and, | § | CASE NO. 21-60162-RBK-11 |
| CANADIAN RIVER RANCH, LLC | § | CASE NO. 21-60163-RBK-11 |
| | § | Jointly Administered Under |
| | § | Case No. 21-60162-rbk |
| Debtors. | § | |

### ORDER APPROVING THE SETTLEMENT AGREEMENT BETWEEN THE TRUSTEE AND BOOMER STATE OUTDOORS, LLC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019

CAME ON FOR CONSIDERATION, the *Motion for Entry of an Order Approving the Settlement Agreement Between the Trustee and Boomer State Outdoors, LLC Pursuant to Federal Rule of Bankruptcy Procedure 9019* (the "**Motion**")[1] filed by the Trustee in the Chapter 11 Cases, seeking an order approving the Settlement Agreement and granting such other and further relief as the Court deems just and proper; having considered the Motion, this Court finding that the Settlement Agreement is fair, equitable, and in the best interests of the Trustee and the Debtors'

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

040122-15051/4822-2901-4005.2

estates; and this court having jurisdiction over the matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this District is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that pursuant to sections 105(a) and 363 of the Bankruptcy Code, Bankruptcy Rule 9019, and Local Rule 9019, the Settlement Agreement is hereby approved; and it is further

ORDERED that the Parties are authorized to take any and all actions in order to effectuate the Settlement Agreement; and it is further

ORDERED that the Court hereby retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

###

*Prepared and submitted by*:

WALLER LANSDEN DORTCH & DAVIS, LLP

Morris D. Weiss
100 Congress Avenue, 18th Floor
Austin, TX 78701
Telephone: 512/685-6400
Telecopier: 512/685-6417
Morris.Weiss@wallerlaw.com

COUNSEL TO GREGORY S. MILLIGAN
CHAPTER 11 THE TRUSTEE