The relief described hereinbelow is SO ORDERED.

Signed September 17, 2021.

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| DARYL GREG SMITH and, | § | CASE NO. 21-60162-RBK-11 |
| CANADIAN RIVER RANCH, LLC | § | CASE NO. 21-60163-RBK-11 |
| | § | Jointly Administered Under |
| | § | Case No. 21-60162-rbk |
| Debtors. | § | |

**ORDER APPROVING APPLICATION TO APPROVE RETENTION
AND EMPLOYMENT OF WEAVER AND TIDWELL, L.L.P.
AS ACCOUNTANT AND TAX RETURN PREPARER
FOR THE TRUSTEE PURSUANT TO 11 U.S.C. §§327(a) AND 328**

CAME ON FOR CONSIDERATION, the *Trustee's Application to Approve Retention and Employment of Weaver and Tidwell, L.L.P. as Accountant and Tax Return Preparer for the Trustee Pursuant to 11 U.S.C. §§327(a) and 328* (the "**Application**")[1] filed by the Trustee in the Chapter 11 Cases, seeking an order (i) authorizing the retention and employment of Weaver and Tidwell, L.L.P. (the "**Firm**") as accountant and tax return preparer to the Trustee in accordance

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

with the terms and conditions set forth in Retention Agreement, (ii) approving the terms and conditions under which the Firm will be retained and compensated as set forth in the Retention Agreement, and (iii) granting such other and further relief as the Court deems just and proper; having considered the Application, this Court finding that (A) the Firm (i) does not hold or represent an interest adverse to the estates and (ii) is a "disinterested person", (B) the Application and declaration in support are in full compliance with all applicable provisions of the Bankruptcy Code, Bankruptcy Rules, and Local Rules, and (C) the relief requested in the Application is in the best interests of the Debtors' estates; and this court having jurisdiction over the matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Application in this District is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Application having been given; and it appearing that no other or further notice of the Application is required; it is hereby

ORDERED that the Application is APPROVED; and it is further

ORDERED that the Trustee is authorized to retain and employ the Firm as accountant and tax return preparer, effective as of the date of the Retention Agreement, pursuant to the terms of the Retention Agreement and Section 328(a) of the Bankruptcy Code; and it is further

ORDERED that the terms and conditions of the Retention Agreement are approved in all respects and the Firm and Trustee have full authority to do that which is necessary to effectuate all terms and conditions of the Retention Agreement; and it is further

ORDERED that the Trustee is authorized to execute amendments to the Retention Agreement, as needed, to provide for the preparation and filing of additional tax returns and consulting services in connection therewith; and it is further

ORDERED that the Firm shall be compensated for its services and reimbursed for its expenses upon the filing and approval in the Chapter 11 Cases of such interim and final applications as may be appropriate; and it is further

ORDERED that the Firm's compensation under the Retention Agreement shall be subject to the standard of review of section 328(a) of the Bankruptcy Code and not any other standard, including that provided in section 330 of the Bankruptcy Code; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this order and neither the Trustee or the Firm shall be required to seek authorization from any other jurisdiction with respect to the relief granted by this order.

###

*Prepared and submitted by*:

WALLER LANSDEN DORTCH & DAVIS, LLP

Morris D. Weiss
100 Congress Avenue, 18th Floor
Austin, TX 78701
Telephone: 512/685-6400
Telecopier: 512/685-6417
Morris.Weiss@wallerlaw.com

COUNSEL TO GREGORY S. MILLIGAN,
CHAPTER 11 TRUSTEE