UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| DARYL GREG SMITH and, | § | CASE NO. 21-60162-RBK-11 |
| CANADIAN RIVER RANCH, LLC | § | CASE NO. 21-60163-RBK-11 |
| | § | Jointly Administered Under |
| | § | Case No. 21-60162-rbk |
| Debtors. | § | |

**TRUSTEE'S DESIGNATION OF WITNESSES AND EXHIBITS
FOR SEPTEMBER 22, 2021 HEARING AND STATUS CONFERENCE**

TO THE HONORABLE RONALD B. KING,
UNITED STATES BANKRUPTCY JUDGE:

Gregory S. Milligan, in his capacity as Chapter 11 Trustee of the above captioned Estates (the "**Trustee**") files this Designation of Witnesses and Exhibits for the status conference and hearing scheduled on September 22, 2021 (the "**Hearing**") as follows:

**WITNESSES**

The Trustee reserves the right to call the following witness(es):

1. Greg Milligan

2. Harold J. Bordwin or Matt Bordwin

In addition, the Trustee reserves the right to call any witness designated by any other party, and any witness necessary for rebuttal or to authenticate a document.

**EXHIBITS**

The Trustee may offer into evidence any or all of the following exhibits at the Hearing:

| Exh. No. | Description | Offer | Object | Admit |
|---|---|---|---|---|
| 1. | Declaration of Harold Bordwin (Exhibit 1 to Doc. 196) | | | |
| 2. | Declaration of Gregory S. Milligan (Exhibit 2 to Doc. 196) | | | |
| 3. | Demonstrative exhibit of Daryl Greg Smith's Ownership in Material Assets and Entities | | | |

In addition, the Trustee designates and asks the Court to take judicial notice of any pleadings, including exhibits, filed in adversary No. 21-06007-rbk, or the above captioned bankruptcy cases, which are being jointly administered under Case No. 21-60162-rbk and any exhibits designated by any other party. The Trustee reserves the right to amend or supplement this Designation as may otherwise be appropriate.

        Respectfully submitted,

        WALLER LANSDEN DORTCH & DAVIS, LLP

By:   */s/ Morris D. Weiss*
     Morris D. Weiss
     Texas Bar No. 21110850
     Courtney K. Stone
     Texas Bar No. 24093208
     William R. "Trip" Nix, III
     Texas Bar No. 24092902
     100 Congress Ave., Suite 1800
     Austin, Texas 78701
     Telephone: (512) 685-6400
     Facsimile: (512) 685-6417
     morris.weiss@wallerlaw.com
     courtney.stone@wallerlaw.com
     trip.nix@wallerlaw.com

COUNSEL TO GREGORY S. MILLIGAN, CHAPTER 11 TRUSTEE

## **CERTIFICATE OF SERVICE**

The foregoing was served on all parties on the attached service list via ECF or via United States mail on September 17, 2021.

*/s/ Morris D. Weiss*
Morris D. Weiss

## SERVICE LIST

**Debtors**
Daryl Greg Smith
Canadian River Ranch, LLC
5826 Cooksey Lane
Waco, TX 76706

**Counsel to Debtors (via ECF)**
Thomas Daniel Berghman
Davor Rukavina
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St., Ste. 3800
Dallas, TX 75201

**United States Trustee (via ECF)**
Shane P. Tobin
Office of the United States Trustee
903 San Jacinto Blvd., Room 230
Austin, TX 78701

**Chapter 11 Trustee (via ECF)**
Gregory S. Milligan
3800 N. Lamar Blvd., Suite 200
Austin, Texas 78756

**Creditors**
Andrew F. Stasio
Stasio & Stasio, P.C.
303 Main Street, Suite 302
Fort Worth, Texas 76102

Angus Solar, LLC
c/o Cypress Creek Renewables, LLC
3402 Pico Blvd
Santa Monica, CA 90405

Bank of America
Attn: Bankruptcy Department
475 Cross Point Pkwy
PO Box 9000
Getzville, NY 14068-9000

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2238

Boomer State Outdoors, LLC
12384 West 81st Street
South Sapulpa, OK 74066-8141

Bosque County
c/o Tara LeDay
P.O. Box 1269
Round Rock, TX 78680

Canadian River Ranch Partnership
5826 Cooksey Ln
Robinson, TX 76706

Catherine Aileen Smith
5826 Cooksey Lane
Waco, TX 76706

Central TX Radiological Associates, PA
3206 4th Street
Longview, TX 75605

City of Fort Worth
10000 Throckmorton Street
Fort Worth, TX 76102

Darren Keith Reed and Julie Reed
601 S Llano St
Whitney, TX 76692

Discover Bank
PO Box 385908
Minneapolis, MN 55438-5908

Dolcefino Consulting
3701 Kirby Dr., Ste. 560
Houston, TX 77098

Dolcefino Consulting
Freedman Price & Anziani PC
1102 West Avenue, Suite 200
Austin, TX 78701

Eric Grantham
Stipe Law Firm
343 E Carl Albert Pkwy
McAlester, OK 74501

Farm Credit of Western Oklahoma
513 S. Mission St.
Anadarko, OK 73005

Farm Credit Of Western Oklahoma, ACA
Brian McEntire, VP/Branch Manager Tuttle
PO Box 790, 4955 Farm Credit Dr.
Tuttle, OK 73089

Freedman & Price, P.C.
1102 West Avenue, Ste. 200
Austin, TX 78701

Gary L. Nickelson
Law Office of Gary L. Nickelson
5201 W. Freeway, Ste. 100
Fort Worth, TX 76107

Greg A. Farrar
Farrar & Farrar PC
2021 S. Lewis Ave., Ste. 420
Tulsa, OK 74104

Griffith, Jay & Michel
2200 Forest Park Blvd.
Fort Worth, TX 76110-1732

Hanszen Laporte, LLP
14201 Memorial Drive
Houston, TX 77079

Hill County
c/o Tara LeDay
P.O. Box 1269
Round Rock, TX 78680

Hill County Tax Assessor
PO Box 412
Hillsboro, TX 76645

Hockley County Cattle Company, Inc.
P.O. Box 825
Levelland, TX 79336

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

James C. Hodges
26522 East 21st Street, Ste. 4
Tulsa, OK 74114

Jessica L. Brown, PLLC
9450 SW Gemini Dr. #99088
Beaverton, OR 97008-7105

Karen Annette Smith
700 Nettleton Dr.
Southlake, TX 76092

Kelcie A. Hibbs
Loe, Warren, Hibbs & Lawrence, PC
4420 W. Vickery Blvd, Suite 200
Fort Worth, TX 76107

Law Offices of Elizabeth 'Betsy' Parmer
309 W. 7th St., Ste. 900
Fort Worth, TX 76102

Lazy K Cattle Company, LLC
2956 Via Esperanza
Edmond, OK 73013

Lazy K. Cattle Company, LLC
Dylan Charles Edward
Rosell Law Group LLP
101 North Robinson Ave., Ste. 700
Oklahoma City, OK 73102

Mark Cochran
101 W. Randol Mill Road, Ste 110
Arlington, TX 76011

North Texas Tollway Authority
PO Box 660244
Dallas, TX 75266-0244

Office of the Attorney General
Child Support Division
PO Box 12017
Austin, TX 78711

Paul B. Cason
Goodwin/Lewis
PO Box 312
Oklahoma City, OK 73101

Peov Linda Hem
Law Office of Linda Hem, PLLC
10300 North Central Expressway
Suite 235
Dallas, Texas 75231

Providence Health Network
Frost-Arnett Company
PO Box 198988
Nashville, TN 37219

Shawn R. Redman
Couch, Conville & Blitt LLC
3501 N. Causeway Blvd., Ste. 800
Metairie, LA 70002

Stipe Law Firm
343 E Carl Albert Pkwy
Mcalester, OK 74501

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
4515 N Santa Fe Ave.
Oklahoma City, OK 73118

T-Mobile
Credence Resource Management, LLC
17000 Dallas Parkway, Ste. 204
Dallas, TX 75248

Terry Terry Law, PLLC
300 Throckmorton, Suite 500
Fort Worth, Texas 76102

Texas Taxing Authorities
c/o Tara LeDay
P.O. Box 1269
Round Rock, TX 78680

Tina Horn
PO Box 154729
Waco, TX 76715

Trustee Jeremy R. Pruett
301 Commerce St., Ste. 1500
Fort Worth, TX 76102

V. Wayne Ward, P.C.
Trinity Plantation Building
1201 E. Belknap
Fort Worth, Texas 7610

White Bluff Property Owners' Association
20022 Misty Valley Cir
Whitney, TX 76692

Whitney ISD
c/o Perdue Brandon Fielder et al
500 East Border Street, Suite 640
Arlington, TX 76010

Whitney ISD Tax Office
305 S San Jacinto St, PO Box 592
Whitney, TX 76692

William R. Korb
Bourland, Wall & Wenzel, P.C.
301 Commerce, Ste. 1500
Fort Worth, TX 76102

Baccus Estates
Und. 1/5 Interest
Rt. 1 Box 709
Vernon, OK 74845

Charles & Dona Morgan Living Trust
28 S. Fork Eagle Mountain Rd.
Columbus, MT 59019-7101

Cheryl Wise
c/o Law Offices of David Wise
P.O. Box 1102
Friendswood, TX 77549

David Wise
c/o Law Offices of David Wise
P.O. Box 1102
Friendswood, TX 77549

Dorothy O'shea
201 Amarillo Terrace #228
Houston, TX 77077

Emily Bear, et al.
c/o Turner Bear, Jr
P.O. Box 907
Coweta, OK 74429-0907

Francis R. First, III, et al.
3208 N. State Hwy 97
Sand Springs, OK 74063

Freddie Smith
c/o Charles Morgan
28 S Fork Eagle Mountain Rd
Columbus, MT 59019-7101

George J. Khair, Jr., Trustee
1/3 Interest of Khair Family Trust
519 E Andover Dr.
Burbank, CA 91504

GLB Exploration, Inc.
c/o Robert D. Gray
3500 S. Boulevard, #10B
Edmond, OK 73013

Handprint Valley Ranch, LLC
2904 Via Esperanza
Edmond, OK 73013

040122-15051/4823-7486-0273.1

Handprint Valley Ranch, LLC
c/o Sam T. Allen IV
Loeffler, Allen & Ham
221 E. Dewey Ave.
Sapulpa, OK 74066

James Bruce Siberts, Jr.
212 W Clegern
Henryetta, OK 74437

Joshua Nathaniel Rumsey
and Jack N. Rumsey
1981 N. Lexington Dr.
Chandler, AZ 85224

Joshua Rumsey
c/o Mark Grober
830 N. Main Street
Muskogee, OK 74401

Juanita Louise Daniels
Steigleder Trust
621 B Street NW
Ardmore, OK 73401

Lana Marie Shaughnessy
947 N. Jackson St
Glendale, CA 91207

Madill Bank & Trust Co. 1/5 Interest
155 Dowsett Ave..
Honolulu, HI 96817

Melinda Sandlin, 1/9 Interest
c/o Melinda Sandlin Gorin
3243 Robinwood Ave
Clovis, CA 93619

Preslie H. Brown, et al.
c/o Newt Mitchell
2201 West Main
Norman, OK 73069

Robert Phillip Siberts
and James Bruce Siberts, Jr.
212 W Clegern
Henryetta, OK 74437

Rodney Ford
145A HC 62
Eufaula, OK 74432

Sky River Properties, LLC
3000 Custer Rd #270-222
Plano, TX 75075

Stidham School
113074 E. 4110 Rd
Eufaula, OK 74432

V.E. Hill
c/o Southwest Management Inc.
10 Marin Street
Honolulu, HI 96817

Wise Family Living Trust
c/o Law Offices of David Wise
P.O. Box 1102
Friendswood, TX 77549

Wise Family Living Trust
c/o Brandon Wilson
3847 South Blvd, Ste. 100
Edmund, OK 73013

**Parties Requesting Service (via ECF)**
Eboney Cobb
Perdue, Brandon, Fielder, Collins & Mott
500 E. Border Street, Suite 640
Arlington, TX 76010

Mark Cochran
c/o Mark B. French
1901 Central Drive, Ste. 704
Bedford, TX 76021

Edwin Paul Keiffer
Rochelle McCullough, LLP
325 N. St. Paul Street, Suite 4500
Dallas, Texas 75201

Jason M. Rudd and Scott Lawrence
Wick Phillips Gould & Martin, LLP
3131 McKinney Avenue, Suite 500
Dallas, TX 75204

Tara LeDay
McCreary, Veselka, Bragg & Allen, P.C.
P. O. Box 1269
Round Rock, TX 78680

Griffith, Jay & Michel, LLP
c/o Mark J. Petrocchi
2200 Forest Park Blvd.
Fort Worth, TX 76110

Steve Stasio
Stasio & Stasio, P.C.
303 Main Street, Suite 302
Fort Worth, Texas 76102

Marc W. Taubenfeld
McGuire, Craddock & Strother, P.C.
500 N. Akard Street, Suite 2200
Dallas, TX 75201

David G. Tekell
Tekell & Tekell, LLP
400 Austin Avenue, Suite 1000
Waco, TX 76701

Ruben Rene Escobedo
6800 Park Ten Blvd.
Suite 135-E
San Antonio, TX 78213

040122-15051/4823-7486-0273.1