

**The relief described hereinbelow is SO ORDERED.**

**Signed March 04, 2022.**

_____
**Ronald B. King**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| DARYL GREG SMITH and, | § | CASE NO. 21-60162-RBK-11 |
| CANADIAN RIVER RANCH, LLC | § | CASE NO. 21-60163-RBK-11 |
| | § | Jointly Administered Under |
| | § | Case No. 21-60162-rbk |
| Debtors. | § | |

**ORDER GRANTING MOTION OF GREGORY S. MILLIGAN, CHAPTER 11
TRUSTEE, SEEKING APPROVAL OF RELEASE OF LIS PENDENS**

CAME ON FOR CONSIDERATION, the *Motion Seeking Approval of Release of Lis Pendens* (the "**Motion**")[1] filed by the Trustee in the Chapter 11 Cases, seeking an order authorizing the Trustee or the Manager, as applicable, to sign the release of lis pendens in the form attached to the Motion as Exhibits D and E (the "**Releases**") and granting such other and further relief as the Court deems just and proper; having considered the Motion, this Court finding that the relief requested in the Motion is in the best interests of the Debtors' estates (including the authorization of the Manager to execute the Release applicable to Caddoa); and this court having jurisdiction

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

over the matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court being able to issue a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Application in this District is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; it is hereby[2]

     **ORDERED** that the Motion is **GRANTED**; and it is further

     **ORDERED** that the Trustee and the Manager, as the case may be, is authorized to sign the Releases and file them in the appropriate real property records; and it is further

     **ORDERED** that notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry; and it is further

     **ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this order and the Trustee and the Manager shall not be required to seek authorization from any other jurisdiction with respect to the relief granted by this order.

###

*Prepared and submitted by*:

WALLER LANSDEN DORTCH & DAVIS, LLP
Morris D. Weiss
100 Congress Avenue, 18th Floor
Austin, TX 78701
Telephone: 512/685-6400
Telecopier: 512/685-6417
Morris.Weiss@wallerlaw.com

COUNSEL FOR THE TRUSTEE

---

[2] The findings and conclusions set forth herein constitute the Court's findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052 made applicable to this proceeding pursuant to Bankruptcy Rule 9014. To the extent any of the following findings of fact constitute conclusions of law, they are adopted as such. To the extent any of the following conclusions of law constitute findings of fact, they are adopted as such. The Court's findings shall also include any oral findings of fact and conclusions of law made by the Court during or at a hearing conducted on this matter.