**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| DARYL GREG SMITH and, | § | CASE NO. 21-60162-RBK-11 |
| CANADIAN RIVER RANCH, LLC | § | CASE NO. 21-60163-RBK-11 |
| | § | Jointly Administered Under |
| | § | Case No. 21-60162-rbk |
| Debtors. | § | |

**NOTICE OF FILING OF QUARTERLY FEE AND EXPENSE STATEMENT OF HMP ADVISORY HOLDINGS, LLC D/B/A HARNEY PARTNERS, AS FINANCIAL ADVISORS TO THE CHAPTER 11 TRUSTEE, FOR THE THIRD AND FOURTH QUARTERS OF 2021**

TO THE HONORABLE RONALD B. KING,
CHIEF UNITED STATES BANKRUPTCY JUDGE:

**PLEASE TAKE NOTICE** that on August 3, 2021, this Court entered the *Order Apporving Employment of HMP Advisory Holdings, LLC d/b/a Harney Partners as Financial Advisors to the Chapter 11 Trustee Pursuant to 11 U.S.C. §§105(a) and 363(b) of the Bankruptcy Code Effective as of June 29, 2021* [Doc. 150] (the "**Order**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 2(a) of the Order, HMP Advisory Holdings, LLC d/b/a Harney Partners ("**Harney Partners**") shall file with the Court, and provide notice to the United States Trustee and any committee appointed, reports of compensation earned and expenses incurred on a quarterly basis (each a "**Quarterly Statement**").

**PLEASE TAKE FURTHER NOTICE** that the Quarterly Statements for each of the third and fourth quarters of 2021 is attached hereto as **Exhibit A**.

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

By: */s/ Morris D. Weiss*
    Morris D. Weiss
    Texas Bar No. 21110850
    Courtney K. Stone
    Texas Bar No. 24093208
    100 Congress Ave., Suite 1800
    Austin, Texas 78701
    Telephone: (512) 685-6400
    Facsimile: (512) 685-6417
    Email:   morris.weiss@wallerlaw.com
                courtney.stone@wallerlaw.com

COUNSEL TO GREGORY S. MILLIGAN, CHAPTER 11 TRUSTEE

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document has been served on the United States Trustee as listed below via the Court's ECF System on March 7, 2022.

Shane P. Tobin
Office of the United States Trustee
903 San Jacinto Blvd., Room 230
Austin, TX 78701

                */s/ Morris D. Weiss*
                Morris D. Weiss

# EXHIBIT A

## Quarterly Reports for 3rd and 4th Quarters of 2021

**Harney Partners**
Daryl Greg Smith and Canadian River Ranch, LLC
*Quarterly Staffing Report: 3Q 2021*

### FEES BY PROFESSIONAL

| Professional | Hours | Fees |
|---|---|---|
| Erik White | 25.3 | $10,752.50 |
| Jim Hobby | 2.5 | $460.00 |
| **TOTAL FEES** | **27.8** | **$11,212.50** |

### FEES BY TASK CATEGORY

| Category | Hours | Fees |
|---|---|---|
| Case Administration | 13.5 | $5,510.00 |
| Claims Administration | 5.0 | $2,125.00 |
| Corporate Finance / Financing | 1.8 | $765.00 |
| Financial Analysis | 3.0 | $1,275.00 |
| Plan & Disclosure Statement | 0.5 | $212.50 |
| Reporting & Analysis | 2.0 | $850.00 |
| Tax Issues | 0.8 | $340.00 |
| Travel | 1.2 | $135.00 |
| **TOTAL FEES** | **27.8** | **$11,212.50** |

### ITEMIZED EXPENSES

| Expense | Amount |
|---|---|
| Round trip mileage to retrieve legal document boxes from the office of C. Nickelson and send boxes to G. Milligan | $33.60 |
| 60 total miles x .56 IRS rate | |
| **TOTAL EXPENES** | **$33.60** |

**Tasks/Contributions**
Support transition to Chapter 11 Trustee
Complete MOR reporting
Claims reconciliation and analysis
Financial analysis regarding solar lease

**Harney Partners**
Daryl Greg Smith and Canadian River Ranch, LLC
*Quarterly Staffing Report: 4Q 2021*

### FEES BY PROFESSIONAL

| Professional | Hours | Fees |
|---|---|---|
| Erik White | 43.6 | $18,530.00 |
| **TOTAL FEES** | **43.6** | **$18,530.00** |

### FEES BY TASK CATEGORY

| Category | Hours | Fees |
|---|---|---|
| Case Administration | 4.4 | $1,870.00 |
| Claims Administration | 1.5 | $637.50 |
| Corporate Finance / Financing | 6.6 | $2,805.00 |
| Court Motions and Hearings | 11.8 | $5,015.00 |
| Financial Analysis | 7.2 | $3,060.00 |
| Plan & Disclosure Statement | 7.7 | $3,272.50 |
| Reporting & Analysis | 4.3 | $1,827.50 |
| Tax Issues | 0.1 | $42.50 |
| **TOTAL FEES** | **43.6** | **$18,530.00** |

**Tasks/Contributions**
Complete MOR reporting
Claims reconciliation and analysis
Financial analysis regarding solar lease
Solicitation and analysis of post-petition financing
Financial analysis and litigation support re: Caddoa exemption issues
Support of Chapter 11 Trustee in asset disposition processes / plan development