**The relief described hereinbelow is SO ORDERED.**

**Signed March 17, 2022.**

_____
**Ronald B. King**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| In re: | § | Lead Case No. 21-60162-rbk |
| | § | Second Case No. 21-60163-rbk |
| DARYL GREG SMITH and | § | |
| CANADIAN RIVER RANCH, LLC | § | Chapter 11 |
| | § | |
| Debtors. | § | (Jointly Administered Under |
| | § | Case No. 21-60162-rbk) |

### ORDER GRANTING EXPEDITED MOTION OF MUNSCH HARDT KOPF & HARR, P.C. TO WITHDRAW AS COUNSEL FOR THE DEBTORS

CAME ON FOR HEARING on the 16th day of March, 2022 the *Expedited Motion of Munsch Hardt Kopf & Harr, P.C. to Withdraw as Counsel for the Debtors* (the "Motion to Withdraw") filed by Munsch Hardt Kopf & Harr, P.C. (as a firm and together with any attorney thereat, collectively the "Counsel"). The Court, having reviewed the Motion to Withdraw and the file and record in the case, finding that service and notice of the Motion to Withdraw was sufficient and appropriate, and, for the reasons stated on the record of said hearing, that good cause for the withdrawal has been shown and that the Motion to Withdraw should otherwise be granted, it is hereby:

ORDERED that the Motion to Withdraw is GRANTED and that Counsel is authorized to withdraw from its representation of the Debtors, except that Counsel shall continue representing the Debtors in connection with the March 22, 2022 hearings and the March 30, 2022 contempt hearing, through to 5:00 p.m. on March 31, 2022; it is further

ORDERED that, unless the Debtors retain and employ new counsel, any filings in the above-captioned bankruptcy cases shall be served on the Debtors' last known mailing addresses and also by e-mail:

| | |
|---|---|
| Daryl Greg Smith<br>5826 Cooksey Ln<br>Robinson, TX 76706<br>dsmith1114@gmail.com | Canadian River Ranch, LLC<br>c/o Daryl Greg Smith, Managing Member<br>5826 Cooksey Ln<br>Robinson, TX 76706 |

# # #

Order submitted by:
Davor Rukavina, Esq.
Texas Bar No. 24030781
Thomas D. Berghman, Esq.
Texas Bar No. 24082683
Thanhan Nguyen, Esq.
Texas Bar No. 24118479
500 North Akard St., Ste. 3800
Dallas, Texas 75201
Telephone: (214) 855-7500
Facsimile: (214) 978-4375