UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| DARYL GREG SMITH and, | § | CASE NO. 21-60162-RBK-11 |
| CANADIAN RIVER RANCH, LLC | § | CASE NO. 21-60163-RBK-11 |
| | § | |
| | § | Jointly Administered Under |
| Debtors. | § | Case No. 21-60162-rbk |

**TRUSTEE'S DESIGNATION OF WITNESSES
AND EXHIBITS FOR MARCH 30, 2022 HEARING**

TO THE HONORABLE RONALD B. KING,
UNITED STATES BANKRUPTCY JUDGE:

Gregory S. Milligan, in his capacity as Chapter 11 Trustee of the above captioned Estates (the "**Trustee**") files this Designation of Witnesses and Exhibits for the hearing on March 30, 2022 (the "**Hearing**") on the *Motion of Chapter 11 Trustee to Hold the Debtor in Contempt* [Doc. 291] as follows:

**WITNESSES**

The Trustee reserves the right to call the following witness(es):

1. Gregory S. Milligan

2. Jason Snell

3. Daryl Greg Smith

In addition, the Trustee reserves the right to call any witness designated by any other party, and any witness necessary for rebuttal or to authenticate a document.

**EXHIBITS**

The Trustee may offer into evidence any or all of the following exhibits at the Hearing:

| Exh. No. | Description | Offer | Object | Admit |
|---|---|---|---|---|
| 1. | Order Approving Second Amendment to Operating Agreement of Caddoa Creek Ranch LLC [Doc. 245] | | | |
| 2. | Second Amendment to the Operating Agreement of Caddoa Creek Ranch, LLC ("**Caddoa**") | | | |
| 3. | 1/14/22 Letter from Jason Snell to Greg Milligan | | | |
| 4. | 1/3/22 Email string between Jason Snell and Greg Milligan | | | |
| 5. | 1/9/22 Email string between Jason Snell and Greg Milligan | | | |
| 6. | 1/10/22 Email string between Jason Snell and Greg Milligan | | | |
| 7. | 1/17/22 Email string between Jason Snell and Greg Milligan | | | |
| 8. | 7/1/21 Hunting Lease between Caddoa and Reno and Henderson parties | | | |
| 9. | Caddoa bank statements for August - November 2021 | | | |
| 10. | Caddoa bank statements for January - August 2021 | | | |
| 11. | Hunting lease between Caddoa and Marcus Snodgress | | | |
| 12. | 4/10/21 Check from Cheryl Snodgress to Caddoa | | | |
| 13. | Debtor's responses to Trustee's requests for admission | | | |
| 14. | Debtor's responses to Trustee's interrogatories | | | |
| 15. | 3/10/22 email from K. Riley to Greg Milligan | | | |
| 16. | 10/8/21 check from Kutner Brinen, P.C. to Daryl Smith | | | |
| 17. | 12/7/21 email from David Wadsworth to Greg Milligan | | | |
| 18. | 9/20/21 engagement letter between the Snell Law Firm and, among others, Daryl Smith and Caddoa | | | |

The Trustee designates and asks the Court to take judicial notice of any pleadings, including exhibits or other documents filed in the above captioned bankruptcy cases, which are being jointly administered under Case No. 21-60162-rbk, and in any related adversary proceedings, and any exhibits designated by any other party. The Trustee reserves the right to amend or supplement this Designation as may otherwise be appropriate.

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

By: */s/ Trip Nix*
    Morris D. Weiss
    Texas Bar No. 21110850
    Courtney K. Stone
    Texas Bar No. 24093208
    William R. "Trip" Nix, III
    Texas Bar No. 24092902
    100 Congress Ave., Suite 1800
    Austin, Texas 78701
    Telephone: (512) 685-6400
    Facsimile: (512) 685-6417
    morris.weiss@wallerlaw.com
    courtney.stone@wallerlaw.com
    trip.nix@wallerlaw.com

    COUNSEL TO GREGORY S. MILLIGAN,
    CHAPTER 11 TRUSTEE

## CERTIFICATE OF SERVICE

The foregoing was served on all parties on the attached service list via ECF and via email on the parties listed below on March 25, 2022.

Daryl Greg Smith
Canadian River Ranch, LLC
5826 Cooksey Lane
Waco, TX 76706
Dsmith1114@gmail.com

The Snell Law Firm, PLLC
Attn: Jason Snell
1615 W. 6th Street, Suite A
Austin, TX 78703
jsnell@snellfirm.com

    */s/ Trip Nix*
    Trip Nix

## SERVICE LIST - ECF PARTIES ONLY

**Counsel to Debtors**
Thomas Daniel Berghman
Davor Rukavina
Thanhan Nguyen
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St., Ste. 3800
Dallas, TX 75201

**United States Trustee**
Shane P. Tobin
Office of the United States Trustee
903 San Jacinto Blvd., Room 230
Austin, TX 78701

**Chapter 11 Trustee**
Gregory S. Milligan
3800 N. Lamar Blvd., Suite 200
Austin, Texas 78756

**Parties Requesting Service**
Eboney Cobb
Perdue, Brandon, Fielder, Collins & Mott
500 E. Border Street, Suite 640
Arlington, TX 76010

Mark Cochran
c/o Mark B. French
1901 Central Drive, Ste. 704
Bedford, TX 76021

Edwin Paul Keiffer
Rochelle McCullough, LLP
325 N. St. Paul Street, Suite 4500
Dallas, Texas 75201

Jason M. Rudd and Scott Lawrence
Wick Phillips Gould & Martin, LLP
3131 McKinney Avenue, Suite 500
Dallas, TX 75204

Tara LeDay
McCreary, Veselka, Bragg & Allen, P.C.
P. O. Box 1269
Round Rock, TX 78680

Griffith, Jay & Michel, LLP
c/o Mark J. Petrocchi
2200 Forest Park Blvd.
Fort Worth, TX 76110

Steve Stasio
Stasio & Stasio, P.C.
303 Main Street, Suite 302
Fort Worth, Texas 76102

Marc W. Taubenfeld
McGuire, Craddock & Strother, P.C.
500 N. Akard Street, Suite 2200
Dallas, TX 75201

David G. Tekell
Tekell & Tekell, LLP
400 Austin Avenue, Suite 1000
Waco, TX 76701

Ruben Rene Escobedo
6800 Park Ten Blvd.
Suite 135-E
San Antonio, TX 78213

J. Michael McBride, Esq.
J. Michael McBride, P.C.
6420 Southwest Blvd., Ste. 112
Fort Worth, TX 76109

Ray Battaglia
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218

William R. Davis, Jr.
David S. Gragg
Langley & Banack, Inc.
745 E. Mulberry, Suite 700
San Antonio, TX 78212

040122-15051/4849-5066-1361.1