UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| DARYL GREG SMITH and, | § | CASE NO. 21-60162-RBK-11 |
| CANADIAN RIVER RANCH, LLC | § | CASE NO. 21-60163-RBK-11 |
| | § | Jointly Administered Under |
| | § | Case No. 21-60162-rbk |
| Debtors. | § | |

**NOTICE OF CONSUMMATION AND CLOSING OF SALE OF REAL ESTATE IN RESPECT OF 913-ACRE PARCEL IN BOSQUE COUNTY, TEXAS**

TO THE HONORABLE RONALD B. KING,
UNITED STATES BANKRUPTCY JUDGE:

**PLEASE TAKE NOTICE** that on April 26, 2022, this Court entered its *Order (A) Approving the Sale of Real Estate Free and Clear of All Liens, Claims, Encumbrances, and Other Interests Pursuant to Bankruptcy Code Sections 105, 363(b), (f), (h), and (m), 365, and 503; and (B) Granting Related Relief* [Doc. 417], (the "**Sale Order**") pursuant to which, *inter alia*, the Trustee[1] was authorized to sell the Property to the Purchaser and deliver and execute the Sales Contract and consummate the Sale Transaction;

**PLEASE TAKE FURTHER NOTICE** that on May 12, 2022, the Closing Date occurred and the Sale Transaction was consummated. All conditions to the closing of the Sales Contract have occurred.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Sale Order.

DATED: May 12, 2022
        Austin, Texas

        Respectfully submitted,

        WALLER LANSDEN DORTCH & DAVIS, LLP

        By: */s/ Morris D. Weiss*
            Morris D. Weiss
            Texas Bar No. 21110850
            Courtney K. Stone
            Texas Bar No. 24093208
            100 Congress Ave., Suite 1800
            Austin, Texas 78701
            Telephone: (512) 685-6400
            Facsimile: (512) 685-6417
            Email:    morris.weiss@wallerlaw.com
                         courtney.stone@wallerlaw.com

        COUNSEL TO GREGORY S. MILLIGAN,
        CHAPTER 11 TRUSTEE

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served upon all parties on the attached service list electronically via the Court's ECF system, and on the parties listed below via email on May 12, 2022.

**Debtors**
Daryl Greg Smith
Canadian River Ranch, LLC
5826 Cooksey Lane
Waco, TX 76706
Dsmith1114@gmail.com

        */s/ Morris D. Weiss*
        Morris D. Weiss

## SERVICE LIST - ECF PARTIES ONLY

**Debtors (via email)**
Daryl Greg Smith
Canadian River Ranch, LLC
5826 Cooksey Lane
Waco, TX 76706
Dsmith1114@gmail.com

**United States Trustee**
Gary W. Wright & Shane P. Tobin
Office of the United States Trustee
903 San Jacinto Blvd., Room 230
Austin, TX 78701

**Chapter 11 Trustee**
Gregory S. Milligan
3800 N. Lamar Blvd., Suite 200
Austin, Texas 78756

**Parties Requesting Service**
Eboney Cobb
Perdue, Brandon, Fielder, Collins & Mott
500 E. Border Street, Suite 640
Arlington, TX 76010

Mark Cochran
c/o Mark B. French
1901 Central Drive, Ste. 704
Bedford, TX 76021

Edwin Paul Keiffer
Rochelle McCullough, LLP
325 N. St. Paul Street, Suite 4500
Dallas, Texas 75201

Jason M. Rudd and Scott Lawrence
Wick Phillips Gould & Martin, LLP
3131 McKinney Avenue, Suite 500
Dallas, TX 75204

Tara LeDay
McCreary, Veselka, Bragg & Allen, P.C.
P. O. Box 1269
Round Rock, TX 78680

Griffith, Jay & Michel, LLP
c/o Mark J. Petrocchi
2200 Forest Park Blvd.
Fort Worth, TX 76110

Steve Stasio
Stasio & Stasio, P.C.
303 Main Street, Suite 302
Fort Worth, Texas 76102

Marc W. Taubenfeld
McGuire, Craddock & Strother, P.C.
500 N. Akard Street, Suite 2200
Dallas, TX 75201

David G. Tekell
Tekell & Tekell, LLP
400 Austin Avenue, Suite 1000
Waco, TX 76701

Ruben Rene Escobedo
6800 Park Ten Blvd.
Suite 135-E
San Antonio, TX 78213

J. Michael McBride, Esq.
J. Michael McBride, P.C.
6420 Southwest Blvd., Ste. 112
Fort Worth, TX 76109

Ray Battaglia
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218

William R. Davis, Jr.
David S. Gragg
Langley & Banack, Inc.
745 E. Mulberry, Suite 700
San Antonio, TX 78212

David Wise
Law Offices of David Wise
P.O. Box 1102
Friendswood, TX 77549

040122-15051/4849-5066-1361.1