**The relief described hereinbelow is SO ORDERED.**

**Signed July 08, 2022.**

_____
**Ronald B. King**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| DARYL GREG SMITH and, | § | CASE NO. 21-60162-RBK-11 |
| CANADIAN RIVER RANCH, LLC | § | CASE NO. 21-60163-RBK-11 |
| | § | Jointly Administered Under |
| | § | Case No. 21-60162-rbk |
| Debtors. | § | |

**ORDER GRANTING SECOND INTERIM FEE APPLICATION OF WALLER LANSDEN DORTCH & DAVIS LLP, COUNSEL TO CHAPTER 11 TRUSTEE, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**

CAME ON FOR CONSIDERATION the Second Interim Fee Application of Waller Lansden Dortch & Davis LLP ("**Waller**") for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred (the "**Application**"). After considering the Application[1] and all responses thereto, the Court is of the opinion it should be granted. It is, therefore,

---

[1] Any capitalized terms not defined herein shall have the meaning ascribed to them in the Application.

040122-15051/4856-6677-6092.2      Page 1

ORDERED that the total amount of $430,954.00 (the "**Total Amount**") in fees billed and expenses incurred by Waller in the representation of the Chapter 11 Trustee from January 1, 2022 through March 31, 2022 (the "**Application Period**") is hereby approved on an interim basis; it is further specifically

ORDERED that Waller is entitled to receive payment of the Total Amount from the Trustee, and that this payment is approved.

# # #

ENTRY REQUESTED BY:

WALLER LANSDEN DORTCH & DAVIS, LLP
Morris D. Weiss
100 Congress Avenue, 18th Floor
Austin, Texas 78701
Telephone: (512) 685-6400
Facsimile: (512) 685-6417
morris.weiss@wallerlaw.com

**ATTORNEYS FOR GREGORY S. MILLIGAN,
CHAPTER 11 TRUSTEE TO THE DEBTORS**