UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| DARYL GREG SMITH and, | § | CASE NO. 21-60162-RBK-11 |
| CANADIAN RIVER RANCH, LLC | § | CASE NO. 21-60163-RBK-11 |
| | § | Jointly Administered Under |
| | § | Case No. 21-60162-rbk |
| Debtors. | § | |

**FIRST INTERIM APPLICATION FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES INCURRED
FOR GREGORY S. MILLIGAN, CHAPTER 11 TRUSTEE**

**This pleading requests relief that may be adverse to your interests.**

**If no timely response is filed within 21 days from the date of service, the relief requested herein may be granted without a hearing being held.**

**A timely filed response is necessary for a hearing to be held.**

TO THE HONORABLE RONALD B. KING,
UNITED STATES BANKRUPTCY JUDGE

COMES NOW, Gregory S. Milligan, ("**Applicant**" or "**Trustee**") and makes his First Interim Application for Allowance of Compensation and Reimbursement of Expenses Incurred (the "**Application**"), in his capacity as Chapter 11 Trustee for Daryl Greg Smith ("**Smith**") and Canadian River Ranch, LLC ("**CRR**", and collectively with Smith, the "**Debtors**") for the period from June 29, 2021 through June 30, 2022 (the "**Application Period**") pursuant to the provisions of 11 U.S.C. §330 and in support thereof, would respectfully show the Court as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over the subject matter of this Application pursuant to the provisions of 28 U.S.C. §1334 and §157. This matter is a core proceeding pursuant to

28 U.S.C. §157(b)(2). This Application is filed pursuant to 11 U.S.C. §§326 and 330 of chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

## NARRATIVE SUMMARY

**A.**     **Case Background**

2. The Debtors each filed a voluntary petition for relief under the Bankruptcy Code on April 9, 2021 (the "**Petition Date**").

3. On May 18, 2021, the Court ordered that the Debtors' cases (the "**Bankruptcy Cases**") be jointly administered. *See* Order Granting Debtors' Motion for Joint Administration [Doc. 29].

**B.**     **Appointment of Trustee**

4. On June 29, 2021, the United States Trustee requested appointment of the Trustee in this matter, and the Court approved such appointment. *See* Order Approving Appointment of Gregory S. Milligan as Chapter 11 Trustee [Doc. 91].

**C.**     **Determination of Statutory Fees**

5. During the Application Period, Applicant served as the Chapter 11 Trustee and now makes this Application for the award of reasonable compensation pursuant to §§ 326 and 330 of the United States Bankruptcy Code.

6. During the Application Period, Applicant was responsible for $3,317,178.34 in disbursements from the Smith estate. See **Exhibit A**. Based upon the limitations on trustee compensation as set forth in 11 U.S.C. §326, the maximum amount of allowable trustee fees is $122,765.35. See **Exhibit B**.

**D.**     **Request for Fees and Expenses**

7. The Trustee in this Application is seeking interim approval of $122,765.35 in fees.

8. The Trustee is also seeking reimbursement of $3,739.47 in actual and necessary expenses incurred by the Trustee, as summarized in **Exhibit C** attached hereto.

9. No prior fee applications have been filed by Applicant in connection with his services provided in this case under Chapter 11 and no payments of fees or expenses have been received by Applicant.

10. Applicant has previously filed substantive and lengthy disclosures in these Bankruptcy Cases and does not hold nor has he represented at any time during this engagement any interest adverse to the estate, and has been at all times a disinterested party. Applicant has made no agreement for the sharing of compensation for services rendered in or in connection with this case with any other person, other than the individual members of the Applicant's firm.

11. Applicant has attached as **Exhibit D** a summary which lists the total hours billed of 864.6 hours during the Application Period. If billed at his standard hourly rate, Applicant's compensation would total $475,330.00.

**E.** **Description of Services Performed and Results Obtained**

12. During the Application Period, the Trustee familiarized himself with the constituents in the case as well as the assets and liabilities of the estate and prioritized the issues that needed to be addressed. In addition, the Applicant was involved in the following:

- Addressing issues related to the perseveration of the solar lease;

- Learning about the sales efforts undertaken to date in Oklahoma and how best to position the property for marketing and sale going forward, including the retention of a broker team to continue marketing the property;

- Filing amended schedules and statements of financial affairs to provide more accurate and complete information to the Court and parties in interest;

- Litigating issues related to the exemption asserted by D. Smith in his 90% interest in Caddoa and getting appointed as manager of such entity;

- Negotiating compromises of controversies with Tekell and Tekell, LLP and Hanszen Laporte, LLP;

- Negotiating compromises of controversies with the largest secured creditor in the Smith estate, Karen Smith ("**K. Smith**"), including pre-petition claims, post-petition claims, and the use of cash collateral;

- Negotiating compromises of controversies with the largest unsecured creditor in the Smith estate, David Wise;

- Negotiating compromises of controversies with a hunting tenant on the Oklahoma ranch, Boomer State Outdoors;

- Identifying title issues that needed to be addressed in Texas and Oklahoma to facilitate the sales process;

- Selecting brokers to market and sell the 913 acre property in Bosque County, Texas, that resulted in gross proceeds of approximately $4.9MM;

- Evaluating options for monetizing the solar lease and conducting negotiations with multiple potential stalking horse bidders;

- Ensuring the filing of all necessary tax filings for the Smith estate and CRR estate;

- Responding to Smith's multiple appeals and attempt to stay further critical actions in the Smith estate; and

- Preparing for an exit from chapter 11.

**F.    Availability of Funds**

13.    As noted, the Applicant negotiated a settlement with K. Smith that was approved by this Court pursuant to the *Order (I) Approving the Settlement Agreement Among the Trustee on Behalf of the Debtors, Caddoa Creek Ranch, LLC, and Karen Annette Smith Pursuant to Federal Rule of Bankruptcy Procedure 9019, and (II) Authorizing the Trustee to Enter into a Restructuring Support Agreement* entered on June 27, 2022 [Dkt. 476] (the "**K. Smith Order**").  Pursuant to the K. Smith Order, among other things, the Bosque Waterfall (as defined therein) was approved that, among other things authorized the use of cash collateral and included a carveout reserve for Trustee fees in the amount of $135,000.

14. The payment sought pursuant to this Application is what was contemplated by the referenced provisions of the Bosque Waterfall and is consistent with the K. Smith Order.

## CONCLUSION

15. For all of the foregoing reasons, the Trustee requests that this Application be granted.

## PRAYER FOR RELIEF

**WHEREFORE,** the Applicant respectfully prays that the Court (a) allow on an interim basis the reasonable compensation for professional services rendered in the amount of $122,765.35 for the Application Period; and (b) reimbursement of expenses in the amount of $3,739.47, and (c) provide the Applicant all such other and further relief as to which he has shown himself to be justly entitled.

DATED: July 13, 2022

Respectfully submitted,

By: *Greg Milligan*
Gregory S. Milligan
8911 N. Capital of Texas Highway, Suite 2120
Austin, Texas 78759
gmilligan@harneypartners.com

CHAPTER 11 TRUSTEE OF
DARYL GREG SMITH AND
CANADIAN RIVER RANCH, LLC

SUBMITTED BY:

W<small>ALLER</small> L<small>ANSDEN</small> D<small>ORTCH</small> & D<small>AVIS</small>, LLP

By: */s/ Morris D. Weiss*
Morris D. Weiss
Texas Bar No. 21110850
Courtney K. Stone
Texas Bar No. 24093208
William R. "Trip" Nix
Texas Bar No. 24092902
100 Congress Ave., Suite 1800
Austin, Texas 78701
Telephone: (512) 685-6400
Facsimile: (512) 685-6417
Email: morris.weiss@wallerlaw.com
 courtney.stone@wallerlaw.com
 trip.nix@wallerlaw.com

COUNSEL TO GREGORY S. MILLIGAN,
CHAPTER 11 TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served upon all parties on the attached service list electronically via the Court's ECF system or by first class mail on July 13, 2022.

 */s/ Morris D. Weiss*
 Morris D. Weiss

## LIMITED SERVICE LIST

**Debtors (via mail and email)**
Daryl Greg Smith
Canadian River Ranch, LLC
5826 Cooksey Lane
Waco, TX 76706
Dsmith1114@gmail.com

**Former Counsel to Debtors (via ECF)**
Thomas Daniel Berghman
Davor Rukavina
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St., Ste. 3800
Dallas, TX 75201

**United States Trustee (via ECF)**
Gary W. Wright & Shane P. Tobin
Office of the United States Trustee
903 San Jacinto Blvd., Room 230
Austin, TX 78701

**Chapter 11 Trustee (via ECF)**
Gregory S. Milligan
3800 N. Lamar Blvd., Suite 200
Austin, Texas 78756

**Secured Creditors**
Farm Credit of Western Oklahoma
513 S. Mission St.
Anadarko, OK 73005

Farm Credit Of Western Oklahoma, ACA
Brian McEntire, VP/Branch Manager Tuttle
PO Box 790, 4955 Farm Credit Dr.
Tuttle, OK 73089

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Karen Annette Smith
700 Nettleton Dr.
Southlake, TX 76092

**20 Largest Unsecured Creditors (Combined)**
Bank of America
Attn: Bankruptcy Department
475 Cross Point Pkwy
P. O. Box 9000
Getzville, NY 14068

Boomer State Outdoors, LLC
12384 West 81st Street South
Sapulpa, OK 74066-8141

Catherine Aileen Smith
5826 Cooksey Lane
Waco, TX 76706

Central TX Radiological Associates, PA
3206 4th Street
Longview, TX 75695

City of Fort Worth
10000 Throckmorton Street
Fort Worth, TX 76102

Discover Bank
P. O. Box 385908
Minneapolis, MN 55438-5908

Dolcefino Consulting
3701 Kirby Dr., Suite 560
Houston, TX 77098

Griffith, Jay & Michel
2200 Forest Park Blvd.
Ft. Worth, TX 76110

Hanszen Laporte, LLP
14201 Memorial Drive
Houston, TX 77079

Hockley County Cattle Company, Inc.
P.O. Box 825
Levelland, TX 79336

Jessica L. Brown, PLLC
9450 SW Gemini Dr., #99088
Beaverton, OR 97008-7105

Law Offices of Elizabeth Parmer
309 W. 7th St., Ste 900
Ft. Worth, TX 76102

Lazy K Cattle Company, LLC
2956 Via Esperanza
Edmond, OK 73013

Lazy K. Cattle Company, LLC
Dylan Charles Edward
Rosell Law Group LLP
101 North Robinson Ave., Suite 700
Oklahoma City, OK 73102

North Texas Tollway Authority
PO Box 660244
Dallas, TX 75266

Providence Health Network
Frost-Arnett Company
PO Box 198988
Nashville, TN 37219

Stipe Law Firm
343 E Carl Albert Pkwy
Mcalester, OK 74501

Tekell & Tekell, LLP
400 Austin Avenue, Suite 1000
Waco, TX 76701

T-Mobile
Credence Resource Management LLC
17000 Dallas Pkwy., Ste 204
Dallas, TX 75248

**Parties Requesting Service
(via ECF)**
Eboney Cobb
Perdue, Brandon, Fielder, Collins & Mott
500 E. Border Street, Suite 640
Arlington, TX 76010

Mark Cochran
c/o Mark B. French
1901 Central Drive, Ste. 704
Bedford, TX 76021

Edwin Paul Keiffer
Rochelle McCullough, LLP
325 N. St. Paul Street, Suite 4500
Dallas, Texas 75201

Jason M. Rudd and Scott Lawrence
Wick Phillips Gould & Martin, LLP
3131 McKinney Avenue, Suite 500
Dallas, TX 75204

Tara LeDay
McCreary, Veselka, Bragg & Allen, P.C.
P. O. Box 1269
Round Rock, TX 78680

Griffith, Jay & Michel, LLP
c/o Mark J. Petrocchi
2200 Forest Park Blvd.
Fort Worth, TX 76110

Steve Stasio
Stasio & Stasio, P.C.
303 Main Street, Suite 302
Fort Worth, Texas 76102

Marc W. Taubenfeld
McGuire, Craddock & Strother, P.C.
500 N. Akard Street, Suite 2200
Dallas, TX 75201

David G. Tekell
Tekell & Tekell, LLP
400 Austin Avenue, Suite 1000
Waco, TX 76701

Ruben Rene Escobedo
6800 Park Ten Blvd.
Suite 135-E
San Antonio, TX 78213

J. Michael McBride, Esq.
J. Michael McBride, P.C.
6420 Southwest Blvd., Ste. 112
Fort Worth, TX 76109

Ray Battaglia
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218

William R. Davis, Jr.
David S. Gragg
Langley & Banack, Inc.
745 E. Mulberry, Suite 700
San Antonio, TX 78212

David Wise
Law Offices of David Wise
P.O. Box 1102
Friendswood, TX 77549

040122-15051/4891-4672-1803.1

**EXHIBIT A**
Disbursements through June 30, 2022

| Disbursement | Trustee Bank Account | Date | Amount | Cumulative Disbursed |
|---|---|---|---|---|
| Bosque County IRS Tax Lien | TSCB - Main Operating | 9/30/2021 | (8,012.09) | (8,012.09) |
| 3Q21 UST Fee | TSCB - Main Operating | 11/12/2021 | (250.00) | (8,262.09) |
| Canadian Valley Electric Coop Deposit - Check 1003 | TSCB - Main Operating | 2/10/2022 | (2,000.00) | (10,262.09) |
| 4Q21 UST Fee - Check 1002 | TSCB - Main Operating | 2/17/2022 | (250.00) | (10,512.09) |
| 2021 Property Taxes - Bosque County - Check 1004 | TSCB - Main Operating | 2/22/2022 | (2,025.16) | (12,537.25) |
| Eufaula Abstract & Title - Check 1005 | TSCB - Main Operating | 3/15/2022 | (11,000.00) | (23,537.25) |
| Canadian Valley Electrical Coop - Check 1006 | TSCB - Main Operating | 3/15/2022 | (23.00) | (23,560.25) |
| Canadian Valley Electrical Coop - Check 1007 | TSCB - Main Operating | 3/15/2022 | (71.00) | (23,631.25) |
| George Adams & Co - Bond Premium - Check 1008 | TSCB - Main Operating | 3/16/2022 | (219.00) | (23,850.25) |
| Kenneth Leatherwood, Survey Update - Check 1009 | TSCB - Main Operating | 3/16/2022 | (6,824.04) | (30,674.29) |
| Stuart Cammack, Landman fees - Check 1010 | TSCB - Main Operating | 3/15/2022 | (4,237.02) | (34,911.31) |
| Canadian Valley Electrical Coop - Check 1011 | TSCB - Main Operating | 4/8/2022 | (88.00) | (34,999.31) |
| Canadian Valley Electrical Coop - Check 1012 | TSCB - Main Operating | 4/8/2022 | (33.00) | (35,032.31) |
| Canadian Valley Electrical Coop - Check 1013 | TSCB - Main Operating | 5/10/2022 | (59.00) | (35,091.31) |
| Canadian Valley Electrical Coop - Check 1014 | TSCB - Main Operating | 5/10/2022 | (33.00) | (35,124.31) |
| 1Q22 UST Fee - Check 1015 | TSCB - Main Operating | 5/12/2022 | (250.00) | (35,374.31) |
| 90% of payments made by Thomas Title - Bosque 913 Closing | Thomas Title | 5/12/2022 | (268,762.73) | (304,137.04) |
| Gary Adams & Co - Bond Premium - Check 1017 | TSCB - Main Operating | 6/14/2022 | (2,486.00) | (306,623.04) |
| Canadian Valley Electrical Coop - Check 1018 | TSCB - Main Operating | 6/22/2022 | (33.50) | (306,656.54) |
| Canadian Valley Electrical Coop - Check 1019 | TSCB - Main Operating | 6/22/2022 | (60.90) | (306,717.44) |
| Wire to Caddoa Creek Ranch | TSCB - Main Operating | 6/28/2022 | (100,000.00) | (406,717.44) |
| Wire to Law Office of Gary Nickelson (on behalf of Karen Smith) | TSCB - Main Operating | 6/28/2022 | (1,790,889.00) | (2,197,606.44) |
| Wire to Karen Smith | TSCB - Main Operating | 6/28/2022 | (500,000.00) | (2,697,606.44) |
| Wire to Kelcie Hibbs (William M Warren PLLC) | TSCB - Main Operating | 6/28/2022 | (119,021.90) | (2,816,628.34) |
| Bank Fees | TSCB - Main Operating | 6/30/2022 | (550.00) | (2,817,178.34) |
| Wire to Waller Law - Attorney Fees | TSCB - Professional Fee Reserve | 6/29/2022 | (471,319.81) | (3,288,498.15) |
| Wire to Weaver - Tax Professional | TSCB - Professional Fee Reserve | 6/29/2022 | (10,251.36) | (3,298,749.51) |
| Wire to Harney Partners - Financial Advisor Fees | TSCB - Professional Fee Reserve | 6/29/2022 | (18,428.83) | (3,317,178.34) |

**EXHIBIT B**
Section 326 Compensation Calculation

**Chapter 11 Trustee Compensation per Section 326**

| Disbursements: | | | Fee Percentage | | Fees |
|---|---|---|---|---|---|
| $0 | to | $5,000 | @ 25% | = | $1,250.00 |
| $5,000 | to | $50,000 | @ 10% | = | $4,500.00 |
| $50,000 | to | $1,000,000 | @ 5% | = | $47,500.00 |
| $1,000,000 | to | $3,317,178.34 | @ 3% | = | $69,515.35 |
| | | | | | $122,765.35 |

**EXHIBIT C**
Itemization of Trustee Expenses

| Date | User | Expense Category | Qty | Description | Rate ($) | Billable ($) |
|---|---|---|---|---|---|---|
| 07/20/21 | Greg Milligan | Taxi | 1 | Uber charge for OKC trip (airport to hotel) | $ 22.99 | $ 22.99 |
| 07/20/21 | Greg Milligan | Taxi | 1 | Uber charge for OKC trip (hotel to rental car company) | $ 20.69 | $ 20.69 |
| 07/20/21 | Greg Milligan | Hotel | 1 | Hotel for OKC trip (Home2Suites by Hilton) | $ 135.82 | $ 135.82 |
| 07/20/21 | Greg Milligan | Airfare | 1 | Airfare - Roundtrip Austin to OKC (SWA) | $ 526.96 | $ 526.96 |
| 07/20/21 | Greg Milligan | Car Rental | 1 | Car rental OKC (Budget) | $ 785.55 | $ 785.55 |
| 08/20/21 | Greg Milligan | UST Fees | 1 | Q2 UST fees paid from HMP Chase account | $ 250.00 | $ 250.00 |
| 09/27/21 | Greg Milligan | Shipping - FedEx | 1 | FedEx of abstracts to Matt Skalka at Thomas Title | $ 23.69 | $ 23.69 |
| 09/28/21 | Greg Milligan | Airfare | 1 | Southwest for Oct 6 to Oct 8 OKC trip | $ 442.96 | $ 442.96 |
| 10/06/21 | Greg Milligan | Taxi | 1 | Airport to Hotel | $ 34.50 | $ 34.50 |
| 10/08/21 | Greg Milligan | Parking | 1 | Airport parking for OK ranch tour | $ 34.00 | $ 34.00 |
| 10/08/21 | Greg Milligan | Hotel | 1 | Two nights at Sheraton OKC | $ 311.10 | $ 311.10 |
| 10/08/21 | Greg Milligan | Taxi | 1 | Uber from hotel to airport | $ 35.06 | $ 35.06 |
| 11/02/21 | Greg Milligan | Meals | 1 | Lunch meeting with D. Smith | $ 60.00 | $ 60.00 |
| 02/09/22 | Greg Milligan | Shipping - UPS | 1 | UPS overnight security deposits to Canadian Valley Electric Co-op. | $ 50.88 | $ 50.88 |
| 02/26/22 | Greg Milligan | Shipping - FedEx | 1 | Heise lease termination letter | $ 31.36 | $ 31.36 |
| 02/28/22 | Greg Milligan | Shipping - FedEx | 1 | Payment to Eufaula Abstract & Title Co. | $ 26.78 | $ 26.78 |
| 03/04/22 | Greg Milligan | Shipping - FedEx | 1 | Releases of lis pendens to Thomas Title | $ 26.37 | $ 26.37 |
| 03/09/22 | Greg Milligan | Shipping - FedEx | 1 | FedEx of original Bosque 913 signatures to Thomas Title | $ 26.43 | $ 26.43 |
| 05/04/22 | Greg Milligan | Shipping - FedEx | 1 | Bosque 913 original deeds to Thomas Title | $ 28.16 | $ 28.16 |
| 05/23/22 | Greg Milligan | Mileage | 97 | Austin to San Antonio | $ 0.56 | $ 54.32 |
| 05/24/22 | Greg Milligan | Mileage | 97 | San Antonio to Austin | $ 0.56 | $ 54.32 |
| 05/27/22 | Greg Milligan | Case Expense | 1 | LoneTree research (April 1 to April 30) | $ 462.30 | $ 462.30 |
| 05/28/22 | Greg Milligan | Hotel | 1 | Hotel night before KAS mediation (Emily Morgan) | $ 273.91 | $ 273.91 |
| 06/02/22 | Greg Milligan | Shipping - FedEx | 1 | Bond premium check to George Adams & Co Insurance | $ 21.32 | $ 21.32 |
| | | | | | | $ 3,739.47 |

**EXHIBIT D**
Trustee Hours

| Month | Hours |
|---|---:|
| Jun-21 | 15.8 |
| Jul-21 | 162.5 |
| Aug-21 | 123.5 |
| Sep-21 | 78.2 |
| Oct-21 | 67.0 |
| Nov-21 | 65.9 |
| Dec-21 | 22.3 |
| Jan-22 | 55.8 |
| Feb-22 | 77.6 |
| Mar-22 | 78.0 |
| Apr-22 | 25.4 |
| May-22 | 51.1 |
| Jun-22 | 41.5 |
| **Total through 6/30/22** | **864.6** |

*Fees if billed hourly*

| | |
|---|---:|
| Hourly Rate | $ 550.00 |
| Hourly Fees | $ 475,530.00 |