# UNITED STATES BANKRUPTCY COURT
*Western District of Texas*
**800 FRANKLIN AVE., SUITE 140**
**WACO, TX 76701−0**

*Barry D. Knight*     *(254) 750−1513*
CLERK OF COURT

**DATE:** **August 19, 2022**

**Davor Rukavina, Thomas Daniel Berghman**
**Munsch Hardt Kopf & Harr, P.C.**
**500 N. Akard St., Ste. 3800**
**Dallas, TX 75201−6659**

**Thanhan Nguyen**
**Munsch Hardt Kopf and Harr PC**
**1717 West 6th Street, Suite 250**
**Austin, TX 78703**

**Daryl Greg Smith**
**5826 Cooksey Lane**
**Waco, TX 76706**

**RE: Exhibits**

    Bankruptcy Case No.: **21−60162−rbk**
    Case Style: Daryl Greg Smith and Canadian River Ranch, LLC

Dear Sirs:

A final order was entered on 06/24/2021 regarding the following contested matters:

> **Motion to Appoint Trustee filed by Edwin Paul Keiffer for Creditor Karen Annette Smith and**

> **Motion to Extend Time for Removal of Prepetition Actions filed by Thomas Daniel Berghman for JointAdmin Debtor Canadian River Ranch, LLC, Debtor Daryl Greg Smith**

Exhibits that were submitted to the Court for consideration are no longer necessary as a dispositive order has been entered.

Please notify the Bankruptcy Court Clerk's Office in order to retrieve the exhibits, submitted by you, no later than **8/29/22** If we do not hear from you by this date, your exhibits will be destroyed by the Bankruptcy Clerk's Office without further notice.

                                                 Barry D. Knight
                                                 Clerk, U. S. Bankruptcy Court

                                                 BY: Bridget Hardage

| | | |
|---|---|---|
| **903 San Jacinto, Suite 322**<br>**Austin, Texas 78701**<br>**(512) 916–5237** | **511 E. San Antonio Avenue, Suite 444**<br>**El Paso, Texas 79901**<br>**(915) 779–7362** | **615 E. Houston Street, Suite 597**<br>**San Antonio, Texas 78205**<br>**(210) 472–6720** |

**[Exhibits Letter]** [Ltrex]