**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| DARYL GREG SMITH and, | § | CASE NO. 21-60162-RBK-11 |
| CANADIAN RIVER RANCH, LLC | § | CASE NO. 21-60163-RBK-11 |
| | § | Jointly Administered Under |
| | § | Case No. 21-60162-rbk |
| Debtors. | § | |

**NOTICE OF FILING OF QUARTERLY FEE AND EXPENSE STATEMENT OF HMP ADVISORY HOLDINGS, LLC D/B/A HARNEY PARTNERS, AS FINANCIAL ADVISORS TO THE CHAPTER 11 TRUSTEE, FOR THE THIRD QUARTER OF 2022**

TO THE HONORABLE RONALD B. KING,
CHIEF UNITED STATES BANKRUPTCY JUDGE:

**PLEASE TAKE NOTICE** that on August 3, 2021, this Court entered the *Order Approving Employment of HMP Advisory Holdings, LLC d/b/a Harney Partners as Financial Advisors to the Chapter 11 Trustee Pursuant to 11 U.S.C. §§105(a) and 363(b) of the Bankruptcy Code Effective as of June 29, 2021* [Doc. 150] (the "**Order**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 2(a) of the Order, HMP Advisory Holdings, LLC d/b/a Harney Partners ("**Harney Partners**") shall file with the Court, and provide notice to the United States Trustee and any committee appointed, reports of compensation earned and expenses incurred on a quarterly basis (each a "**Quarterly Statement**").

**PLEASE TAKE FURTHER NOTICE** that the Quarterly Statement for the third quarter of 2022 is attached hereto as **Exhibit A**.

Respectfully submitted,

WALLER LANSDEN DORTCH & DAVIS, LLP

By: */s/ Morris D. Weiss*
    Morris D. Weiss
    Texas Bar No. 21110850
    Courtney K. Stone
    Texas Bar No. 24093208
    100 Congress Ave., Suite 1800
    Austin, Texas 78701
    Telephone: (512) 685-6400
    Facsimile: (512) 685-6417
    Email:    morris.weiss@wallerlaw.com
                 courtney.stone@wallerlaw.com

    COUNSEL TO GREGORY S. MILLIGAN,
    CHAPTER 11 TRUSTEE

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on the United States Trustee as listed below via the Court's ECF System on November 4, 2022.

Gary W. Wright and Shane P. Tobin
Office of the United States Trustee
903 San Jacinto Blvd., Room 230
Austin, TX 78701

          */s/ Morris D. Weiss*
          Morris D. Weiss

# EXHIBIT A

## Quarterly Report for 2nd Quarter of 2022

**Harney Partners**
Daryl Greg Smith and Canadian River Ranch, LLC
*Quarterly Staffing Report: 3Q2022*

### FEES BY PROFESSIONAL

| Professional | Hours | Fees |
|---|---|---|
| Erik White | 17.7 | $7,522.50 |
| **TOTAL FEES** | **17.7** | **$7,522.50** |

### FEES BY TASK CATEGORY

| Category | Hours | Fees |
|---|---|---|
| Case Administration | 0.4 | $170.00 |
| Corporate Finance / Financing | 7.8 | $3,315.00 |
| Financial Analysis | 4.5 | $1,912.50 |
| Reporting & Analysis | 4.0 | $1,700.00 |
| Tax Issues | 1.0 | $425.00 |
| **TOTAL FEES** | **17.7** | **$7,522.50** |

**Tasks/Contributions**
Complete MOR reporting
Outreach to potential buyers / capital providers to monetize solar lease tract
Financial analysis
Support of Chapter 11 Trustee in asset disposition processes / plan development