**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| DARYL GREG SMITH and, | § | CASE NO. 21-60162-RBK-11 |
| CANADIAN RIVER RANCH, LLC | § | CASE NO. 21-60163-RBK-11 |
| | § | Jointly Administered Under |
| | § | Case No. 21-60162-rbk |
| Debtors. | § | |

**NOTICE OF SUBSEQUENT BUDGET RELATED TO
AMENDED ORDER AUTHORIZING USE OF CASH COLLATERAL**

 **PLEASE TAKE NOTICE** that on February 24, 2022, this Court entered the *Amended Order Authorizing the Use of Cash Collateral* [Doc. 308] (the "**Cash Collateral Order**[1]").

 **PLEASE TAKE FURTHER NOTICE** that the Cash Collateral Order authorized the use of the Cash Collateral for payment of certain budgeted items as set forth on Exhibit A to the Cash Collateral Order (the "**Budget**").

 **PLEASE TAKE FURTHER NOTICE** that the Cash Collateral Order authorizes the Trustee to make additional expenditures upon the prior written consent of the Secured Creditors and the filing of a notice of amendment to the Budget (such amended budget, the "**Subsequent Budget**") which, upon filing, automatically supplements and replaces the Budget.

 **PLEASE TAKE FURTHER NOTICE** that the Trustee has filed Subsequent Budgets on March 10, 2022 [Doc. 357], June 1, 2022 [Doc. 446]; June 24, 2022 [Doc. 473]; July 1, 2022 [Doc. 479] and July 29, 2022 [Doc. 506].

 **PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a Subsequent Budget listing further additional expenditures that have been approved by the Secured Creditors.

---

[1] Any term not otherwise defined herein shall have the meaning set forth in the Cash Collateral Order.

040122-15051/4853-9946-5793.1

**PLEASE TAKE FURTHER NOTICE** that the Subsequent Budget attached hereto now constitutes the Budget and all other provisions of the Cash Collateral Order remain unchanged pending further order of the Court.

DATED:     December 1, 2022
           Austin, Texas

                              Respectfully submitted,

                              WALLER LANSDEN DORTCH & DAVIS, LLP

                              */s/ Morris D. Weiss*
                              Morris D. Weiss
                              Texas Bar No. 21110850
                              Courtney K. Stone (*admitted pro hac vice*)
                              Texas Bar No. 24093208
                              William R. "Trip" Nix, III
                              Texas Bar No. 24092902
                              100 Congress Ave., Suite 1800
                              Austin, Texas 78701
                              Telephone: (512) 685-6400
                              Facsimile: (512) 685-6417
                              Email: morris.weiss@wallerlaw.com
                                     courtney.stone@wallerlaw.com
                                     trip.nix@wallerlaw.com

                              COUNSEL TO GREGORY S. MILLIGAN,
                              CHAPTER 11 TRUSTEE

## CERTIFICATE OF SERVICE

The foregoing was served on all persons on the attached Service List electronically via the Court's ECF service, or via email and/or first class mail on December 1, 2022.

                              */s/ Morris D. Weiss*
                              Morris D. Weiss

040122-15051/4853-9946-5793.1

# LIMITED SERVICE LIST

**Debtors (via mail and email)**
Daryl Greg Smith
Canadian River Ranch, LLC
5826 Cooksey Lane
Waco, TX 76706
Dsmith1114@gmail.com

**Former Counsel to Debtors (via ECF)**
Thomas Daniel Berghman
Davor Rukavina
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St., Ste. 3800
Dallas, TX 75201

**United States Trustee (via ECF)**
Gary W. Wright & Shane P. Tobin
Office of the United States Trustee
903 San Jacinto Blvd., Room 230
Austin, TX 78701

**Governmental Agencies**
United States Department of Justice
United States Attorney, Civil Process Clerk
for the Internal Revenue Service
601 N. W. Loop 410, Suite 600
San Antonio, TX 78216

United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Oklahoma Tax Commission
Oklahoma City, OK 73194

**Chapter 11 Trustee (via ECF)**
Gregory S. Milligan
3800 N. Lamar Blvd., Suite 200
Austin, Texas 78756

**Secured Creditors**
Farm Credit of Western Oklahoma
513 S. Mission St.
Anadarko, OK 73005

Farm Credit Of Western Oklahoma, ACA
Brian McEntire, VP/Branch Manager Tuttle
PO Box 790, 4955 Farm Credit Dr.
Tuttle, OK 73089

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Karen Annette Smith
700 Nettleton Dr.
Southlake, TX 76092

**20 Largest Unsecured Creditors (Combined)**
Bank of America
Attn: Bankruptcy Department
475 Cross Point Pkwy
P. O. Box 9000
Getzville, NY 14068

Boomer State Outdoors, LLC
12384 West 81st Street South
Sapulpa, OK 74066-8141

Catherine Aileen Smith
5826 Cooksey Lane
Waco, TX 76706

Central TX Radiological Associates, PA
3206 4th Street
Longview, TX 75695

City of Fort Worth
10000 Throckmorton Street
Fort Worth, TX 76102

Discover Bank
P. O. Box 385908
Minneapolis, MN 55438-5908

Dolcefino Consulting
3701 Kirby Dr., Suite 560
Houston, TX 77098

Griffith, Jay & Michel
2200 Forest Park Blvd.
Ft. Worth, TX 76110

Hanszen Laporte, LLP
14201 Memorial Drive
Houston, TX 77079

Hockley County Cattle Company, Inc.
P.O. Box 825
Levelland, TX 79336

040122-15051/4891-4672-1803.1

Jessica L. Brown, PLLC
9450 SW Gemini Dr., #99088
Beaverton, OR 97008-7105

Law Offices of Elizabeth Parmer
309 W. 7th St., Ste 900
Ft. Worth, TX 76102

Lazy K Cattle Company, LLC
2956 Via Esperanza
Edmond, OK 73013

Lazy K. Cattle Company, LLC
Dylan Charles Edward
Rosell Law Group LLP
101 North Robinson Ave., Suite 700
Oklahoma City, OK 73102

North Texas Tollway Authority
PO Box 660244
Dallas, TX 75266

Providence Health Network
Frost-Arnett Company
PO Box 198988
Nashville, TN 37219

Stipe Law Firm
343 E Carl Albert Pkwy
Mcalester, OK 74501

Tekell & Tekell, LLP
400 Austin Avenue, Suite 1000
Waco, TX 76701

T-Mobile
Credence Resource Management LLC
17000 Dallas Pkwy., Ste 204
Dallas, TX 75248

**Parties Requesting Service
(via ECF)**
Eboney Cobb
Perdue, Brandon, Fielder, Collins & Mott
500 E. Border Street, Suite 640
Arlington, TX 76010

Mark Cochran
c/o Mark B. French
1901 Central Drive, Ste. 704
Bedford, TX 76021

Edwin Paul Keiffer
Rochelle McCullough, LLP
325 N. St. Paul Street, Suite 4500
Dallas, Texas 75201

Jason M. Rudd and Scott Lawrence
Wick Phillips Gould & Martin, LLP
3131 McKinney Avenue, Suite 500
Dallas, TX 75204

Tara LeDay
McCreary, Veselka, Bragg & Allen, P.C.
P. O. Box 1269
Round Rock, TX 78680

Griffith, Jay & Michel, LLP
c/o Mark J. Petrocchi
2200 Forest Park Blvd.
Fort Worth, TX 76110

Steve Stasio
Stasio & Stasio, P.C.
303 Main Street, Suite 302
Fort Worth, Texas 76102

Marc W. Taubenfeld
McGuire, Craddock & Strother, P.C.
500 N. Akard Street, Suite 2200
Dallas, TX 75201

David G. Tekell
Tekell & Tekell, LLP
400 Austin Avenue, Suite 1000
Waco, TX 76701

Ruben Rene Escobedo
6800 Park Ten Blvd.
Suite 135-E
San Antonio, TX 78213

J. Michael McBride, Esq.
J. Michael McBride, P.C.
6420 Southwest Blvd., Ste. 112
Fort Worth, TX 76109

Ray Battaglia
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218

William R. Davis, Jr.
David S. Gragg
Langley & Banack, Inc.
745 E. Mulberry, Suite 700
San Antonio, TX 78212

David Wise
Law Offices of David Wise
P.O. Box 1102
Friendswood, TX 77549

# EXHIBIT A

**Subsequent Budget**

Daryl G. Smith (21-60162-RBK-11)                                                    <span style="color:red">Exhibit "A"</span>
Canadian River Ranch, LLC (21-60163-RBK-11)

### Subsequent Cash Collateral Budget

**Approval #7: 11/30/2022**

| Amount | Payee | Purpose |
|---|---|---|
| $ 9,261.19 | Kenneth D. Leatherwood | Survey for 1,239.37 acres in Bosque County |

**Approval #6: 7/29/2022**

| Amount | Payee | Purpose |
|---|---|---|
| $ 6,201.68 | McIntosh County Treasurer | Payment of McIntosh County, OK Property Taxes |
| $ 1,420.17 | Bent County Treasurer | Payment of Bent County, CO Property Taxes |

**Approval #5: 6/30/2022**

| Amount | Payee | Purpose |
|---|---|---|
| $ 9,440.00 | O'Connell Law PLLC | Payment of Court-Approved Professional Fees |

**Approval #4: 6/23/2022**

| Amount | Payee | Purpose |
|---|---|---|
| $ 7,500.00 | George Adams & Co. Insurance | Chapter 11 Trustee Bond Renewal |

**Approval #3: 6/1/2022**

| Amount | Payee | Purpose |
|---|---|---|
| $ 2,486.00 | George Adams & Co. Insurance | Chapter 11 Trustee Bond Premium |

**Approval #2: 3/9/2022**

| Amount | Payee | Purpose |
|---|---|---|
| $ 7,500.00 | Kenneth Leatherwood Surveying | Survey for Bosque 913 |
| $ 5,000.00 | Stuart Cammack | Landman for Bosque 913 |
| $ 250.00 | Canadian Valley Electric Coop | Monthly Recurring Utilities for OK Property |
| $ 219.00 | George Adams & Co. Insurance | Chapter 11 Trustee Bond Premium |

**Approval #1: 1/27/2022**

| Amount | Payee | Purpose |
|---|---|---|
| $ 11,000.00 | Eufaula Abstract & Title | Abstract Research for OK Property |
| $ 15,000.00 | Harper's Excavation | Road Improvements for OK Property |