

**TriState Capital Bank**
101 Federal Street
Pittsburgh, PA 15219

Member FDIC

Period Covered:
March 01, 2023 - March 31, 2023
Page 1 of 6

Gregory Scott Milgan
PO Box 90099
Austin TX 78709

| | |
|---|---|
| Case Number | 21-60162 |
| Case Name | Daryl Greg Smith |
| | DEBTOR |
| Trustee Number | 631341 |
| Trustee Name | Gregory Scott Milgan |
| | TRUSTEE |

☎ **Questions:**
800.634.7734
banking.services@stretto.com
www.stretto.com

## Consolidated Balance Summary

| Account | Number | Ending Balance Prior Period | Ending Balance This Period |
|---|---|---|---|
| Checking Account | | | |
| TRUSTEE CHECKING | 342 | $8,465.18 | $270,874.33 |
| TRUSTEE CHECKING | 367 | $3,452.00 | $57,469.09 |
| TRUSTEE CHECKING | 573 | $49,705.00 | $49,670.00 |
| Money Market | | | |
| MONEY MARKET | 327 | $480,948.22 | $608,360.89 |
| MONEY MARKET | 359 | $576,310.57 | $1,930,538.36 |
| **Total** | | **$1,118,880.97** | **$2,916,912.67** |

## MONEY MARKET

**Account Number:** ████8327

| | | | |
|---|---|---|---|
| Enclosures | 3 | **Beginning Balance** | $480,948.22 |
| Avg Collected Balance | $513,834.79 | + Total Additions | $127,286.71 |
| Interest Paid Year to Date | $704.11 | − Total Subtractions | $485.00 |
| | | **Ending Balance** | **$608,360.89** |

\* Indicates a Skip in Check Number(s)
"E" Indicate an Electronic Check

## Checks

| Check # | Date | Amount |
|---|---|---|
| 1056 | 03-02 | $45.00 |
| 1058* | 03-20 | $95.00 |
| 1060* | 03-23 | $45.00 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 03-31 | BANK & TECH FEE | $300.00 |

## Credits

| Date | Description | Additions |
|---|---|---|
| 03-13 | CUSTOMER DEPOSIT | $416.02 |
| 03-24 | INCOMING WIRE FROM STEWART TITLE GUARANTY CO 64527014 | $126,870.69 |
| 03-31 | INT PMT SYS-GEN | $610.96 |



**TriState Capital Bank**
101 Fiedt Street #3100
Pittsburgh, PA 15219

Member FDIC

Period Covered:
March 01, 2023 - March 31, 2023
Page 2 of 6

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-28 | $480,948.22 | 03-02 | $480,903.22 | 03-13 | $481,319.24 |
| 03-20 | $481,224.24 | 03-23 | $481,179.24 | 03-24 | $608,049.93 |
| 03-31 | $608,360.89 | | | | |

## Interest Information

| | |
|---|---|
| Annual percentage yield earned | 1.40% |
| Interest-bearing days | 31 |
| Average balance for APY | $513,827.53 |
| Interest earned | $610.96 |

Note: When the statement period end date falls on a weekend (Saturday or Sunday) or bank holiday, the posted interest reflects calculations only up to the prior business day (e.g. Friday) before the period end date. Interest accrued after the last business day will be reflected in the next month's statement.

## TRUSTEE CHECKING

Account Number: 8342

| | | |
|---|---|---|
| Enclosures | 0 | |
| | Beginning Balance | $8,465.18 |
| | + Total Additions | $262,809.15 |
| | - Total Subtractions | $400.00 |
| | Ending Balance | $270,874.33 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 03-31 | BANK & TECH FEE | $400.00 |

### Credits

| Date | Description | Additions |
|---|---|---|
| 03-24 | INCOMING WIRE FROM STEWART TITLE GUARANTY CO 64526976 | $262,809.15 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-28 | $8,465.18 | 03-24 | $271,274.33 | 03-31 | $270,874.33 |

## MONEY MARKET

Account Number: 8359

| | | | |
|---|---|---|---|
| Enclosures | 0 | Beginning Balance | $576,310.57 |
| Avg Collected Balance | $925,572.44 | + Total Additions | $1,353,427.25 |
| Interest Paid Year to Date | $1,211.11 | - Total Subtractions | $300.00 |
| | | Ending Balance | $1,930,538.36 |

### Debits

| Date | Description | Subtractions |
|---|---|---|
| 03-31 | BANK & TECH FEE | $300.00 |



**TriState Capital Bank**
101 Federal Street
Pittsburgh, PA 15219

Member FDIC

Period Covered:
March 01, 2023 - March 31, 2023
Page 3 of 6

## Credits

| Date | Description | Additions |
|---|---|---|
| 03-24 | INCOMING WIRE FROM STEWART TITLE GUARANTY CO 64526908 | $1,353,427.25 |
| 03-31 | INT PMT SYS-GEN | $1,100.54 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-28 | $576,310.57 | 03-24 | $1,929,737.82 | 03-31 | $1,930,538.36 |

## Interest Information

| | |
|---|---|
| Annual percentage yield earned | 1.40% |
| Interest-bearing days | 31 |
| Average balance for APY | $925,572.44 |
| Interest earned | $1,100.54 |

Note: When the statement period end date falls on a weekend (Saturday or Sunday) or bank holiday, the posted interest reflects calculations only up to the prior business day (e.g. Friday) before the period end date. Interest accrued after the last business day will be reflected in the next month's statement.

## TRUSTEE CHECKING                                              Account Number: ████ 8367

| | | |
|---|---|---|
| Enclosures | 0 | |
| | Beginning Balance | $3,452.00 |
| | + Total Additions | $54,137.09 |
| | - Total Subtractions | $120.00 |
| | Ending Balance | $57,469.09 |

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 03-31 | BANK & TECH FEE | $120.00 |

## Credits

| Date | Description | Additions |
|---|---|---|
| 03-24 | INCOMING WIRE FROM STEWART TITLE GUARANTY CO 64526941 | $54,137.09 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-28 | $3,452.00 | 03-24 | $57,589.09 | 03-31 | $57,469.09 |

## TRUSTEE CHECKING                                              Account Number: ████ 8573

| | | |
|---|---|---|
| Enclosures | 0 | |
| | Beginning Balance | $49,705.00 |
| | + Total Additions | $0.00 |
| | - Total Subtractions | $35.00 |
| | Ending Balance | $49,670.00 |



**TriState Capital Bank**
101 Field Street, 3rd Floor
Pittsburgh, PA 15219

Period Covered:
March 01, 2023 - March 31, 2023
Page 4 of 6

## Debits

| Date | Description | Subtractions |
|---|---|---|
| 03-31 | BANK & TECH FEE | $35.00 |

## Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 02-28 | $49,705.00 | 03-31 | $49,670.00 | | |



**TriState Capital Bank**
Pittsburgh, PA

Period Covered:
March 01, 2023 - March 31, 2023
Page 5 of 6

---

**Check 1056** — 03/02/2023 — $45.00

TriState Capital Bank, Pittsburgh, PA
Daryl Greg Smith
8911 N. Capital Of Texas Highway
Suite 2120
Austin TX 78759
VOID AFTER 90 DAYS
Regarding: Daryl Greg Smith (21-60162)
Account #571
Date 02/18/2023
$ **********45.00
---Forty-Five Dollars and 00/100
Pay to the Order of: Vivian RWD #6, P.O. Box 430, Eufaula OK 74432
Signed: Gregory Milligan

Endorsement: For Deposit Only, Vivian Rural Water District #6

---

**Check 1058** — 03/20/2023 — $95.00

TriState Capital Bank, Pittsburgh, PA
Daryl Greg Smith
8911 N. Capital Of Texas Highway
Suite 2120
Austin TX 78759
VOID AFTER 90 DAYS
Regarding: Daryl Greg Smith (21-60162)
Acct #: 1700004796
Date 03/09/2023
$ **********95.00
---Ninety-Five Dollars and 00/100
Pay to the Order of: Canadian Valley Electrical Cooperative, P.O. Box 269080, Oklahoma City OK 73126-9080
Signed: Gregory Milligan

Endorsement: Canadian Valley Electric Coop, For Deposit Only 03172023, BancFirst >103003632<, Lockbox 0831284530

---

**Check 1060** — 03/23/2023 — $45.00

TriState Capital Bank, Pittsburgh, PA
Daryl Greg Smith
8911 N. Capital Of Texas Highway
Suite 2120
Austin TX 78759
VOID AFTER 90 DAYS
Regarding: Daryl Greg Smith (21-60162)
Acct #571
Date 03/17/2023
$ **********45.00
---Forty-Five Dollars and 00/100
Pay to the Order of: Vivian RWD #6, P.O. Box 430, Eufaula OK 74412
Signed: Gregory Milligan

Endorsement: For Deposit Only, Vivian Rural Water District #6

Member FDIC



**TriState Capital Bank**
301 Grant Street, Suite 2700
Pittsburgh, PA 15219

Member FDIC

Period Covered:
March 01, 2023 - March 31, 2023
Page 6 of 6

## ERROR RESOLUTION NOTICE

In case of errors or questions about your electronic transfers, call, email or write us at the telephone number, email address or mailing address listed below, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days (5 business days for debit card point-of-sale transactions and 20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account, a point-of-sale transaction, or a foreign-initiated transfer) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. Your account is considered a new account for the first 30 days after the first deposit is made, unless each of you already has an established account with us before this account is opened. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

Stretto
410 Exchange
Suite 100
Irvine CA 92602
Phone: 800-634-7734

Email: Banking.Services@Stretto.com