**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| DARYL GREG SMITH and, | § | CASE NO. 21-60162-RBK-11 |
| CANADIAN RIVER RANCH, LLC | § | CASE NO. 21-60163-RBK-11 |
| | § | Jointly Administered Under |
| | § | Case No. 21-60162-rbk |
| Debtors. | § | |

**NOTICE OF FILING OF QUARTERLY FEE AND EXPENSE STATEMENT
OF HMP ADVISORY HOLDINGS, LLC D/B/A HARNEY PARTNERS,
AS FINANCIAL ADVISORS TO THE CHAPTER 11 TRUSTEE,
FOR THE FIRST QUARTER OF 2023**

TO THE HONORABLE RONALD B. KING,
CHIEF UNITED STATES BANKRUPTCY JUDGE:

**PLEASE TAKE NOTICE** that on August 3, 2021, this Court entered the *Order Approving Employment of HMP Advisory Holdings, LLC d/b/a Harney Partners as Financial Advisors to the Chapter 11 Trustee Pursuant to 11 U.S.C. §§105(a) and 363(b) of the Bankruptcy Code Effective as of June 29, 2021* [Doc. 150] (the "**Order**").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 2(a) of the Order, HMP Advisory Holdings, LLC d/b/a Harney Partners ("**Harney Partners**") shall file with the Court, and provide notice to the United States Trustee and any committee appointed, reports of compensation earned and expenses incurred on a quarterly basis (each a "**Quarterly Statement**").

**PLEASE TAKE FURTHER NOTICE** that the Quarterly Statement for the first quarter of 2023 is attached hereto as **Exhibit A**.

Page 1

#218618001_v1 838496.15051

Respectfully submitted,

HOLLAND & KNIGHT LLP

By:   <u>*/s/ Morris D. Weiss*</u>
    Morris D. Weiss
    Texas Bar No. 21110850
    100 Congress Ave., Suite 1800
    Austin, Texas 78701
    Telephone: (512) 685-6400
    Facsimile: (512) 685-6417
    morris.weiss@hklaw.com

COUNSEL TO GREGORY S. MILLIGAN, CHAPTER 11 TRUSTEE

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document has been served on the United States Trustee as listed below via the Court's ECF System on May 17, 2023.

Gary W. Wright and Shane P. Tobin
Office of the United States Trustee
903 San Jacinto Blvd., Room 230
Austin, TX 78701

<u>*/s/ Morris D. Weiss*</u>
Morris D. Weiss

#218618001_v1 838496.15051

# EXHIBIT A

## Quarterly Report for 1st Quarter of 2023

**Harney Partners**
Daryl Greg Smith and Canadian River Ranch, LLC
*Quarterly Staffing Report: 1Q2023*

**FEES BY PROFESSIONAL**

| Professional | Hours | Fees |
|---|---|---|
| Erik White | 26.8 | $11,390.00 |
| **TOTAL FEES** | **26.8** | **$11,390.00** |

**FEES BY TASK CATEGORY**

| Category | Hours | Fees |
|---|---|---|
| Asset Disposition | 13.9 | $5,907.50 |
| Financial Analysis | 6.7 | $2,847.50 |
| Reporting & Analysis | 5.1 | $2,167.50 |
| Tax Issues | 1.1 | $467.50 |
| **TOTAL FEES** | **26.8** | **$11,390.00** |

ITEMIZED EXPENSES

| Expense | | Amount |
|---|---|---|
| r/t mileage from Austin to San Antonio to attend mediation | 5/24/2022 | $99.45 |
| parking at mediation in SA | 5/24/2022 | $32.00 |
| **TOTAL EXPENES** | | **$131.45** |

**Tasks/Contributions**
Complete MOR reporting
Assist with closing sales of (i) Colorado mineral interests and (ii) Bosque County solar tract
Financial analysis & tax issues

*NOTE: $131.45 of expenses and 2 hours ($850) of time included above are from June 2022 and not included in prior quarterly staffing reports.*