**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| DARYL GREG SMITH and, | § | CASE NO. 21-60162-RBK-11 |
| CANADIAN RIVER RANCH, LLC | § | CASE NO. 21-60163-RBK-11 |
| | § | Jointly Administered Under |
| | § | Case No. 21-60162-rbk |
| Debtors. | § | |

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR THE DEBTORS AND (II) OCCURRENCE OF EFFECTIVE DATE**

**TO ALL CREDITORS, EQUITY INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that an order (the "**Confirmation Order**") [Doc. 745] confirming the Amended Joint Chapter 11 Plan of Reorganization for the Debtors[1], dated June 21, 2023 [Doc. 742] (the "**Plan**"), filed by Gregory S. Milligan, Chapter 11 Trustee (the "Trustee") for the Estates of Daryl Greg Smith and Canadian River Ranch, LLC, the debtors in the above-captioned bankruptcy cases (collectively, the "**Debtors**"), was signed by the Honorable Ronald B. King, United States Bankruptcy Judge, and entered by the Clerk of the United States Bankruptcy Court for the Western District of Texas, Waco Division (the "**Bankruptcy Court**") on June 22, 2023.

PLEASE TAKE FURTHER NOTICE that the Confirmation Order is available for inspection during regular business hours in the office of the Clerk of the Bankruptcy Court, 800 Franklin Avenue, #140, Waco, Texas 76701. The Confirmation Order is also available for a fee for registered users of PACER at https://ecf.txwb.uscourts.gov/cgi-bin/login.pl.

PLEASE TAKE FURTHER NOTICE that the Plan and its provisions are binding upon and inure to the benefit of the Debtors, all present and former Holders of Claims against the Debtors, their respective successors and assigns, including the Trustee, all other parties-in-interest in the Chapter 11 Cases (irrespective of whether such Claims or Interests are deemed to have accepted the Plan and whether or not the Claim or Interest of such Holder is impaired under the Plan), all Entities that are parties to or are subject to the settlements, compromises, releases, discharges, and injunctions described in the Plan, each Entity acquiring property under the Plan, and any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtors or Trustee.

PLEASE TAKE FURTHER NOTICE that all conditions to the Effective Date as set forth in section 9.2 of the Plan occurred on or by June 26, 2023. Thus the Effective Date is June 26, 2023.

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to such terms in the Plan.

#224478611_v1

PLEASE TAKE FURTHER NOTICE that the deadline for Professionals to file their final fee applications for the allowance of compensation for services rendered and reimbursement of expenses incurred through the Effective Date, reflecting fees and expenses incurred as of the end of the month preceding the date of the Confirmation Hearing with an estimate for the fees and expenses incurred from the end of such month through the later of the Effective Date or the time period covered by such application (the "**Professional Fees Deadline**") is fourteen (14) days after the Effective Date, or July 10, 2023.

PLEASE TAKE FURTHER NOTICE that objections to any Professional's final fee applications must be filed and served on the requesting Professional or other Entity, no later than ten (10) days after the date on which the applicable application was served.

PLEASE TAKE FURTHER NOTICE that the deadline for applications for payment of Administrative Expense Claims (including requests for compensation pursuant to section 503(b)(3) and (4) of the Bankruptcy Code) to be filed with the Bankruptcy Court was the date of the Confirmation Hearing (the "**Administrative Expense Bar Date**").

PLEASE TAKE FURTHER NOTICE that the Trustee, and any other party in interest, shall have ten (10) days following the Administrative Expense Bar Date to review and object to such Administrative Expenses. All such objections shall be litigated to Final Order; provided, however, that the Trustee may compromise and settle, withdraw or resolve by any other method, without requirement of Bankruptcy Court approval, any objections to Administrative Expenses.

PLEASE TAKE FURTHER NOTICE that any objections to Claims shall be filed on or before the date that is ten (10) days after the Effective Date (the "**Claim Objection Deadline**"), or July 6, 2023.

DATED:   June 27, 2023
         Austin, Texas

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: ___/s/ Morris D. Weiss_____
Morris D. Weiss
Texas Bar No. 21110850
100 Congress Ave., Suite 1800
Austin, Texas 78701
Telephone: (512) 685-6400
Facsimile: (512) 685-6417
morris.weiss@hklaw.com

COUNSEL TO GREGORY S. MILLIGAN,
CHAPTER 11 TRUSTEE

Page 2

#224478611_v1

## **CERTIFICATE OF SERVICE**

The foregoing was served on all persons on the attached service list via the Court's ECF notification or via first class mail on June 27, 2023.

/s/ *Morris D. Weiss*
Morris D. Weiss

## SERVICE LIST

**Debtors (via mail and email)**
Daryl Greg Smith
Canadian River Ranch, LLC
5826 Cooksey Lane
Waco, TX 76706
Dsmith1114@gmail.com

**Former Counsel to Debtors (via ECF)**
Thomas Daniel Berghman
Davor Rukavina
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St., Ste. 3800
Dallas, TX 75201

**United States Trustee (via ECF)**
Gary W. Wright & Shane P. Tobin
Office of the United States Trustee
903 San Jacinto Blvd., Room 230
Austin, TX 78701

**Governmental Agencies**
United States Department of Justice
United States Attorney, Civil Process Clerk
for the Internal Revenue Service
601 N. W. Loop 410, Suite 600
San Antonio, TX 78216

United States Attorney General
Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Oklahoma Tax Commission
Oklahoma City, OK 73194

Steven Bass (**via email**)
Assistant United States Attorney
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
Steven.Bass@usdoj.gov

**Chapter 11 Trustee (via ECF)**
Gregory S. Milligan
3800 N. Lamar Blvd., Suite 200
Austin, Texas 78756

**Creditors**
Andrew F. Stasio
Stasio & Stasio, P.C.
303 Main Street, Suite 302
Fort Worth, Texas 76102

Angus Solar, LLC
c/o Cypress Creek Renewables, LLC
3402 Pico Blvd
Santa Monica, CA 90405

Bank of America
Attn: Bankruptcy Department
475 Cross Point Pkwy
PO Box 9000
Getzville, NY 14068-9000

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2238

Boomer State Outdoors, LLC
12384 West 81st Street
South Sapulpa, OK 74066-8141

Bosque County
c/o Tara LeDay
P.O. Box 1269
Round Rock, TX 78680

Canadian River Ranch Partnership
5826 Cooksey Ln
Robinson, TX 76706

Catherine Aileen Smith
5826 Cooksey Lane
Waco, TX 76706

Central TX Radiological Associates, PA
3206 4th Street
Longview, TX 75605

City of Fort Worth
10000 Throckmorton Street
Fort Worth, TX 76102

Darren Keith Reed and Julie Reed
601 S Llano St
Whitney, TX 76692

Discover Bank
PO Box 385908
Minneapolis, MN 55438-5908

Dolcefino Consulting
3701 Kirby Dr., Ste. 560
Houston, TX 77098

Dolcefino Consulting
Freedman Price & Anziani PC
1102 West Avenue, Suite 200
Austin, TX 78701

Eric Grantham
Stipe Law Firm
343 E Carl Albert Pkwy
McAlester, OK 74501

Farm Credit of Western Oklahoma
513 S. Mission St.
Anadarko, OK 73005

Farm Credit Of Western Oklahoma, ACA
Brian McEntire, VP/Branch Manager Tuttle
PO Box 790, 4955 Farm Credit Dr.
Tuttle, OK 73089

Freedman & Price, P.C.
1102 West Avenue, Ste. 200
Austin, TX 78701

Gary L. Nickelson
Law Office of Gary L. Nickelson
5201 W. Freeway, Ste. 100
Fort Worth, TX 76107

Greg A. Farrar
Farrar & Farrar PC
2021 S. Lewis Ave., Ste. 420
Tulsa, OK 74104

Griffith, Jay & Michel
2200 Forest Park Blvd.
Fort Worth, TX 76110-1732

Hanszen Laporte, LLP
14201 Memorial Drive
Houston, TX 77079

040122-15051/4823-7486-0273.1

Hill County
c/o Tara LeDay
P.O. Box 1269
Round Rock, TX 78680

Hill County Tax Assessor
PO Box 412
Hillsboro, TX 76645

Hockley County Cattle Company, Inc.
P.O. Box 825
Levelland, TX 79336

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

James C. Hodges
26522 East 21st Street, Ste. 4
Tulsa, OK 74114

Jessica L. Brown, PLLC
9450 SW Gemini Dr. #99088
Beaverton, OR 97008-7105

Karen Annette Smith
700 Nettleton Dr.
Southlake, TX 76092

Kelcie A. Hibbs
Loe, Warren, Hibbs & Lawrence, PC
4420 W. Vickery Blvd, Suite 200
Fort Worth, TX 76107

Law Offices of Elizabeth 'Betsy' Parmer
309 W. 7th St., Ste. 900
Fort Worth, TX 76102

Lazy K Cattle Company, LLC
2956 Via Esperanza
Edmond, OK 73013

Lazy K. Cattle Company, LLC
Dylan Charles Edward
Rosell Law Group LLP
101 North Robinson Ave., Ste. 700
Oklahoma City, OK 73102

Mark Cochran
101 W. Randol Mill Road, Ste 110
Arlington, TX 76011

North Texas Tollway Authority
PO Box 660244
Dallas, TX 75266-0244

Office of the Attorney General
Child Support Division
PO Box 12017
Austin, TX 78711

Paul B. Cason
Goodwin/Lewis
PO Box 312
Oklahoma City, OK 73101

Peov Linda Hem
Law Office of Linda Hem, PLLC
10300 North Central Expressway
Suite 235
Dallas, Texas 75231

Providence Health Network
Frost-Arnett Company
PO Box 198988
Nashville, TN 37219

Shawn R. Redman
Couch, Conville & Blitt LLC
3501 N. Causeway Blvd., Ste. 800
Metairie, LA 70002

Stipe Law Firm
343 E Carl Albert Pkwy
Mcalester, OK 74501

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
4515 N Santa Fe Ave.
Oklahoma City, OK 73118

T-Mobile
Credence Resource Management, LLC
17000 Dallas Parkway, Ste. 204
Dallas, TX 75248

Terry Terry Law, PLLC
300 Throckmorton, Suite 500
Fort Worth, Texas 76102

Texas Taxing Authorities
c/o Tara LeDay
P.O. Box 1269
Round Rock, TX 78680

Tina Horn
PO Box 154729
Waco, TX 76715

Trustee Jeremy R. Pruett
301 Commerce St., Ste. 1500
Fort Worth, TX 76102

V. Wayne Ward, P.C.
c/o Jackie Ward
305 W. Sycamore St.
Denton, TX 76201

White Bluff Property Owners' Association
20022 Misty Valley Cir
Whitney, TX 76692

Whitney ISD
c/o Perdue Brandon Fielder et al
500 East Border Street, Suite 640
Arlington, TX 76010

Whitney ISD Tax Office
305 S San Jacinto St, PO Box 592
Whitney, TX 76692

William R. Korb
Bourland, Wall & Wenzel, P.C.
301 Commerce, Ste. 1500
Fort Worth, TX 76102

Baccus Estates
Und. 1/5 Interest
Rt. 1 Box 709
Vernon, OK 74845

Charles & Dona Morgan Living Trust
28 S. Fork Eagle Mountain Rd.
Columbus, MT 59019-7101

Cheryl Wise
c/o Law Offices of David Wise
P.O. Box 1102
Friendswood, TX 77549

David Wise
c/o Law Offices of David Wise
P.O. Box 1102
Friendswood, TX 77549

Dorothy O'shea
201 Amarillo Terrace #228
Houston, TX 77077

040122-15051/4823-7486-0273.1

| | | |
|---|---|---|
| Emily Bear, et al.<br>c/o Turner Bear, Jr<br>P.O. Box 907<br>Coweta, OK 74429-0907 | Madill Bank & Trust Co. 1/5 Interest<br>155 Dowsett Ave..<br>Honolulu, HI 96817 | Mark Cochran<br>c/o Mark B. French<br>1901 Central Drive, Ste. 704<br>Bedford, TX 76021 |
| Francis R. First, III, et al.<br>3208 N. State Hwy 97<br>Sand Springs, OK 74063 | Melinda Sandlin, 1/9 Interest<br>c/o Melinda Sandlin Gorin<br>3243 Robinwood Ave<br>Clovis, CA 93619 | Edwin Paul Keiffer<br>Rochelle McCullough, LLP<br>325 N. St. Paul Street, Suite 4500<br>Dallas, Texas 75201 |
| Freddie Smith<br>c/o Charles Morgan<br>28 S Fork Eagle Mountain Rd<br>Columbus, MT 59019-7101 | Preslie H. Brown, et al.<br>c/o Newt Mitchell<br>2201 West Main<br>Norman, OK 73069 | Jason M. Rudd and Scott Lawrence<br>Wick Phillips Gould & Martin, LLP<br>3131 McKinney Avenue, Suite 500<br>Dallas, TX 75204 |
| George J. Khair, Jr., Trustee<br>1/3 Interest of Khair Family Trust<br>519 E Andover Dr.<br>Burbank, CA 91504 | Robert Phillip Siberts<br>and James Bruce Siberts, Jr.<br>212 W Clegern<br>Henryetta, OK 74437 | Tara LeDay<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P. O. Box 1269<br>Round Rock, TX 78680 |
| GLB Exploration, Inc.<br>c/o Robert D. Gray<br>3500 S. Boulevard, #10B<br>Edmond, OK 73013 | Rodney Ford<br>145A HC 62<br>Eufaula, OK 74432 | Griffith, Jay & Michel, LLP<br>c/o Mark J. Petrocchi<br>2200 Forest Park Blvd.<br>Fort Worth, TX 76110 |
| Handprint Valley Ranch, LLC<br>2904 Via Esperanza<br>Edmond, OK 73013 | Sky River Properties, LLC<br>3000 Custer Rd #270-222<br>Plano, TX 75075 | Steve Stasio<br>Stasio & Stasio, P.C.<br>303 Main Street, Suite 302<br>Fort Worth, Texas 76102 |
| Handprint Valley Ranch, LLC<br>c/o Sam T. Allen IV<br>Loeffler, Allen & Ham<br>221 E. Dewey Ave.<br>Sapulpa, OK 74066 | Stidham School<br>113074 E. 4110 Rd<br>Eufaula, OK 74432 | Marc W. Taubenfeld<br>McGuire, Craddock & Strother, P.C.<br>500 N. Akard Street, Suite 2200<br>Dallas, TX 75201 |
| James Bruce Siberts, Jr.<br>212 W Clegern<br>Henryetta, OK 74437 | V.E. Hill<br>c/o Southwest Management Inc.<br>10 Marin Street<br>Honolulu, HI 96817 | David G. Tekell<br>Tekell & Tekell, LLP<br>400 Austin Avenue, Suite 1000<br>Waco, TX 76701 |
| Joshua Nathaniel Rumsey<br>and Jack N. Rumsey<br>1981 N. Lexington Dr.<br>Chandler, AZ 85224 | Wise Family Living Trust<br>c/o Law Offices of David Wise<br>P.O. Box 1102<br>Friendswood, TX 77549 | Ruben Rene Escobedo<br>6800 Park Ten Blvd.<br>Suite 135-E<br>San Antonio, TX 78213 |
| Joshua Rumsey<br>c/o Mark Grober<br>830 N. Main Street<br>Muskogee, OK 74401 | Wise Family Living Trust<br>c/o Brandon Wilson<br>3847 South Blvd, Ste. 100<br>Edmund, OK 73013 | J. Michael McBride, Esq.<br>J. Michael McBride, P.C.<br>6420 Southwest Blvd., Ste. 112<br>Fort Worth, TX 76109 |
| Juanita Louise Daniels<br>Steigleder Trust<br>621 B Street NW<br>Ardmore, OK 73401 | **Parties Requesting Service (via ECF)**<br>Eboney Cobb<br>Perdue, Brandon, Fielder, Collins & Mott<br>500 E. Border Street, Suite 640<br>Arlington, TX 76010 | |
| Lana Marie Shaughnessy<br>947 N. Jackson St<br>Glendale, CA 91207 | | |

040122-15051/4823-7486-0273.1

Ray Battaglia
Law Offices of Ray Battaglia, PLLC
66 Granburg Circle
San Antonio, TX 78218

William R. Davis, Jr.
David S. Gragg
Langley & Banack, Inc.
745 E. Mulberry, Suite 700
San Antonio, TX 78212

David Wise
Law Offices of David Wise
P.O. Box 1102
Friendswood, TX 77549

David M. Powlen
Barnes & Thornburg LLP
222 Delaware Ave., Suite 1200
Wilmington, DE 19801

Sean T. Wilson
Kelley Drye & Warren LLP
515 Post Oak Blvd. Suite 900
Houston, TX 77027